

*Q3CV80 ATTY APR*

FILED

2003 OCT 30 P 1: 13

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD BENNETT | : | |
| VS. | : | NO. 3:03CV80(AVC) |
| ACCENTURE, LLP | : | October 27, 2003 |

### APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff,

TODD A. BENNETT.

THE PLAINTIFF

BY _____

Katrena Engstrom (ct09444)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: kengstrom@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Damian W. Wilmot, Esq. at Seyfarth Shaw, Two Seaport Lane, Suite 300, Boston, MA 02110; and Douglas Varga, Esq., Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, Bridgeport, CT 06604.

Katrena Engstrom