UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACCENTURE LLP, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:03CV0080 AVC<br><br>December 1, 2003 |

### CONSENTED TO MOTION TO EXTEND DISCOVERY PERIOD

The Parties in the above-captioned matter, Plaintiff Todd Bennett and Defendant Accenture LLP, respectfully request that the Court extend the date for completing discovery by thirty days from December 1, 2002 until January 5, 2004 (the first business day after the new year holiday weekend). The additional time is necessary so that full discovery in accordance with Fed. R. Civ. P. 26 can be made. In support of its Motion, the Parties state as follows:

1. Following the Court's mandated settlement conference on October 28, 2003, the Parties attempted to resolve this matter through settlement but were unsuccessful.

2. Thereafter, the Plaintiff served Defendant with written discovery on November 3, 2003.

3. Defendant's response to Plaintiff's written discovery is due on December 3, 2003.

4. By motion filed simultaneously herewith, the Defendant has requested additional time to respond to Plaintiff's written discovery.

5. The discovery period currently ends on December 1, 2003.

6. In order for Defendant to respond to Plaintiff's discovery in a timely manner, the Parties request that the Court extend the discovery period to January 5, 2004 (the first business day after the new year holiday weekend).

7. Counsel for the Plaintiff has consented to this Motion.

WHEREFORE, the Parties respectfully request that this Court extend the date for completing discovery until January 5, 2004 and, correspondingly, extend the remaining deadlines for dispositive motions, pre-trial memoranda, and trial readiness by thirty days.

                        Respectfully submitted,

                        DEFENDANT,

                        **ACCENTURE LLP**

                        _____
                        Lynn A. Kappelman (ct03480)
                        Daniel Klein (ct18934)
                        Damian W. Wilmot (ct22694)
                        **SEYFARTH SHAW**
                        Two Seaport Lane, Suite 300
                        Boston, Massachusetts, 02110
                        (617) 946-4800

<u>DEFENDANT'S LOCAL COUNSEL</u>
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 Lafayette Blvd.
Bridgeport, CT 06604
(203) 333-9441
fax (203) 333-1489

## CERTIFICATION

I, Damian W. Wilmot, hereby certify that, I have, on this Monday, December 01, 2003, sent a copy of the foregoing document to the following counsel of record, via first class mail.

John R. Williams, Esq.
Williams & Pattis LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Damian W. Wilmot

BO1 15613735.1