UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TODD BENNETT, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:03CV0080 AVC
)
ACCENTURE LLP, ) December 1, 2003
)
Defendant. )

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DISCOVERY

Pursuant to Federal Rules of Civil Procedure 33 and 34, Defendant, Accenture LLP ("Accenture" or "Defendant") moves this Court to allow the Defendant more time to respond to the Plaintiff's, Todd Bennett ("Plaintiff"), first set of interrogatories and document requests to the Defendant. Specifically, the Defendant requests an extension on the due dates for Defendant's responses; thereby making the date for the Defendant's responses to Plaintiff's written discovery due on or before January 5, 2004 (the first business day after the new year holiday weekend). Counsel for the Plaintiff does not object to this request.

WHEREFORE, Accenture requests an order from the Court allowing it more time to respond to Plaintiff's interrogatories and document requests.

BO1 15613734.1

Respectfully submitted,

DEFENDANT,

**ACCENTURE LLP**

_____
Lynn A. Kappelman (ct03480)
Daniel Klein (ct18934)
Damian W. Wilmot (ct22694)
**SEYFARTH SHAW**
Two Seaport Lane, Suite 300
Boston, Massachusetts, 02110
(617) 946-4800

DEFENDANT'S LOCAL COUNSEL
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 Lafayette Blvd.
Bridgeport, CT 06604
(203) 333-9441
fax (203) 333-1489

## CERTIFICATION

I, Damian W. Wilmot, hereby certify that, I have, on this Monday, December 01, 2003, sent a copy of the foregoing document to the following counsel of record, via first class mail.

John R. Williams, Esq.
Williams & Pattis LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Damian W. Wilmot

2

BO1 15613734.1