UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:03CV0080 AVC |
| ACCENTURE LLP, | ) December 1, 2003 |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DISCOVERY

Pursuant to Federal Rules of Civil Procedure 33 and 34, Defendant, Accenture LLP ("Accenture" or "Defendant") moves this Court to allow the Defendant more time to respond to the Plaintiff's, Todd Bennett ("Plaintiff"), first set of interrogatories and document requests to the Defendant. Specifically, the Defendant requests an extension on the due dates for Defendant's responses; thereby making the date for the Defendant's responses to Plaintiff's written discovery due on or before January 5, 2004 (the first business day after the new year holiday weekend). Counsel for the Plaintiff does not object to this request.

WHEREFORE, Accenture requests an order from the Court allowing it more time to respond to Plaintiff's interrogatories and document requests.

December 3, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

BO1 15613734.1