UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:03CV0080 AVC |
| ) | |
| ACCENTURE LLP, ) | December 1, 2003 |
| ) | |
| Defendant. ) | |

### CONSENTED TO MOTION TO EXTEND DISCOVERY PERIOD

The Parties in the above-captioned matter, Plaintiff Todd Bennett and Defendant Accenture LLP, respectfully request that the Court extend the date for completing discovery by thirty days from December 1, 2002 until January 5, 2004 (the first business day after the new year holiday weekend). The additional time is necessary so that full discovery in accordance with Fed. R. Civ. P. 26 can be made. In support of its Motion, the Parties state as follows:

1. Following the Court's mandated settlement conference on October 28, 2003, the Parties attempted to resolve this matter through settlement but were unsuccessful.

2. Thereafter, the Plaintiff served Defendant with written discovery on November 3, 2003.

3. Defendant's response to Plaintiff's written discovery is due on December 3, 2003.

4. By motion filed simultaneously herewith, the Defendant has requested additional

```
3:03CV0080(AVC).  December 3, 2003.  The motion to extend the
discovery period (document no. 14) is GRANTED as follows:(1) All
discovery, including depositions of all witnesses, shall be
completed by January 5, 2004.
SO ORDERED.
                    _____
                    Alfred V. Covello, U.S.D.J.
```