UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 27  A 10: 13

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| TODD BENNETT,           ) | |
| )| |
| Plaintiff,           ) | |
| ) | |
| v.                        ) | Civil Action No. 3:03CV0080 AVC |
| ) | |
| ACCENTURE LLP,    ) | January 26, 2004 |
| ) | |
| Defendant.          ) | |

**CONSENTED TO MOTION TO EXTEND PERIOD TO FILE ALL MOTIONS EXCEPT MOTIONS *IN LIMINE* INCIDENT TO TRIAL**

The Parties in the above-captioned matter, Plaintiff Todd Bennett and Defendant Accenture LLP, respectfully request that the Court extend the date for filing all motions, except motions *in limine* incident to trial, from February 9, 2004 to March 10, 2004 (thirty days). Discovery in this action recently concluded on January 5, 2004. Following discovery, the Parties seek additional time to file all motions so that they adequately can prepare their dispositive motions. Such motions may assist the Parties in resolving this matter through settlement or allow the Court to resolve this matter before a trial is held. Counsel for the Plaintiff has consented to this Motion.

WHEREFORE, the Parties respectfully request that this Court extend the date for filing all motions, except motions *in limine* incident to trial, to March 10, 2004.

                Respectfully submitted,

                DEFENDANT,

                **ACCENTURE LLP**

                _____
                Lynn A. Kappelman (ct03480)
                Daniel Klein (ct18934)
                Damian W. Wilmot (ct22694)
                **SEYFARTH SHAW**
                Two Seaport Lane, Suite 300
                Boston, Massachusetts, 02110
                (617) 946-4800

DEFENDANT'S LOCAL COUNSEL
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 Lafayette Blvd.
Bridgeport, CT 06604
(203) 333-9441
fax (203) 333-1489

## CERTIFICATION

I, Damian W. Wilmot, hereby certify that, I have, on this Monday, January 26, 2004, sent a copy of the foregoing document to the following counsel of record, via first class mail.

      John R. Williams, Esq.
      Katrena Engstrom, Esq.
      Williams & Pattis LLC
      51 Elm Street, Suite 409
      New Haven, CT 06510

                _____
                Damian W. Wilmot, Esq.