UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| TODD BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:03CV0080 AVC |
| ) | |
| ACCENTURE LLP, ) | January 26, 2004 |
| ) | |
| Defendant. ) | |

**CONSENTED TO MOTION TO EXTEND PERIOD TO FILE ALL MOTIONS
EXCEPT MOTIONS *IN LIMINE* INCIDENT TO TRIAL**

The Parties in the above-captioned matter, Plaintiff Todd Bennett and Defendant Accenture LLP, respectfully request that the Court extend the date for filing all motions, except motions *in limine* incident to trial, from February 9, 2004 to March 10, 2004 (thirty days). Discovery in this action recently concluded on January 5, 2004. Following discovery, the Parties seek additional time to file all motions so that they adequately can prepare their dispositive motions. Such motions may assist the Parties in resolving this matter through settlement or allow the Court to resolve this matter before a trial is held. Counsel for the Plaintiff has consented to this Motion.

February 2, 2004. GRANTED. Alfred V. Covello, U.S.D.J.
SO ORDERED.