UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| TODD BENNETT | : | CIVIL ACTION NO. |
| | : | 3:03CV0080 (AVC) |
| Plaintiff, | : | |
| v. | : | |
| ACCENTURE, LLP | : | |
| | : | |
| Defendant. | : | February 23, 2004 |

2004 FEB 24 A 11: 36

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant, Accenture LLP ("Accenture" or the "Company"), hereby submits this Memorandum of Law in Support of its Motion for Summary Judgment on Plaintiff Todd Bennett's ("Plaintiff" or "Mr. Bennett") claims that Accenture violated Section 46a-60(a)(1) of the Connecticut General Statutes because it did not reassign him to a limited part-time position within the Company when he returned after a four year disability leave.

The grounds for this Motion are that in 2001, Accenture did not have a vacant position available for which Mr. Bennett was qualified. Further, he cannot prove that any accommodation existed which would have allowed him to perform the essential functions of the consultant or analyst job. In sum, Accenture satisfied its duty when it made good faith efforts to accommodate Mr. Bennett's unreasonable requests for accommodation.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, this Court should enter Summary Judgment for Accenture on Mr. Plaintiff's Complaint.

>Respectfully Submitted,
>by Defendant,
>ACCENTURE, LLP
>
>_____
>Lynn A. Kappelman
>Damian W. Wilmot
>SEYFARTH SHAW
>World Trade Center East
>2 Seaport Lane, Suite
>Boston, MA 02210
>(617) 946-4800
>lkappelman@seyfarth.com
>dwilmot@seyfarth.com

DEFENDANT'S LOCAL COUNSEL
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 Lafayette Blvd.
Bridgeport, CT 06604
(203) 333-9441
fax (203) 333-1489

## CERTIFICATE OF SERVICE

I, Damian W. Wilmot, hereby certify that, I have, on this February 23, 2004, sent a copy of the foregoing MOTION FOR SUMMARY JUDGMENT to the following counsel of record, via first class mail:

John R. Williams, Esq.
Katrena Engstrom, Esq.
Williams & Pattis LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Damian W. Wilmot, Esq.