UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD BENNETT | : | CIVIL ACTION NO. |
| | : | 3:03CV0080 (AVC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ACCENTURE, LLP | : | |
| | : | |
| Defendant. | : | |

FILED
2004 FEB 24  A 11: 37
DISTRICT COURT
HARTFORD, CT.

## AFFIDAVIT OF DAMIAN W. WILMOT

I, Damian W. Wilmot, being duly sworn, depose and state:

1. I am over 18 years of age and I understand the obligation of an oath.

2. I submit this affidavit in support of Accenture, LLP's ("Accenture" or the "Company") Motion for Summary Judgment in the above-captioned matter.

3. I am an attorney with the law firm Seyfarth Shaw LLP, the firm retained by Accenture to represent the Company in this matter.

4. Plaintiff filed the above-captioned matter on or about October 25, 2001.

5. Accenture's counsel took Plaintiff Todd Bennett's deposition in this matter on August 29, 2003.

6. Excerpts from the Plaintiff's deposition, which Accenture has relied upon in its Memorandum in Support of its Motion for Summary Judgment, are filed simultaneously herewith, and are attached hereto as Exhibit A.

_____
Damian W. Wilmot

Subscribed and sworn to
before me this 23 day of February    2004.

_____
Notary Public/Commissioner of the Court

BO1 15624931.1

A

Case 3:03-cv-00080-AVC   Document 25   Filed 02/24/2004   Page 2 of 20

```
 1                    U.S. DISTRICT COURT

 2                  DISTRICT OF CONNECTICUT

 3     TODD BENNETT                    CIVIL ACTION NO.
                Plaintiff              3:03CV0080AVC
 4     VS.

 5     ACCENTURE, LLP                  AUGUST 29, 2003
                Defendants
 6

 7
                   DEPOSITION OF TODD BENNETT
 8
                                                COPY
 9     APPEARANCES:

10          FOR THE PLAINTIFF:
                WILLIAMS And PATTIS, LLC
11                  51 Elm Street, Suite 409
                    New Haven, Connecticut 06510
12          BY:  TIMOTHY J. MAHONEY, ESQ. (203-562-9931)

13

            FOR THE DEFENDANT (LOCAL COUNSEL):
14              ZELDES, NEEDLE & COOPER
                    1000 Lafayette Boulevard
15                  Bridgeport, Connecticut 06604
            BY:  DOUGLAS VARGAS, ESQ. (203-333-1489)
16               (Not Present)

17          FOR THE DEFENDANTS, ACCENTURE, LLP:
                LAW OFFICES OF SEYFARTH SHAW, LLP
18                  Two Seaport Lane, Suite 300
                    Boston, Massachusetts 02210
19          BY:  LYNN A. KAPPELMAN, ESQ. (Ct.)13480
                 (617-946-4800)
20
            ALSO PRESENT:
21              Geomatrix Productions, Matt DeGennaro.

22                              ALEEN M. STANTON, CLSR, #00196

23
            NIZIANKIEWICZ & MILLER REPORTING SERVICES
24                      972 Tolland Street
                East Hartford, Connecticut 06108-1533
25                      (860) 291-9191
```

```
 1                Defendant's Exhibit No. 7).
 2     BY MS. KAPPELMAN:
 3          Q    Directing your attention, sir, to what's been
 4     marked as Exhibit 7 for your deposition, it is your
 5     Complaint in this matter dated December 20, 2002
 6     against Accenture, LLP; do you see that?
 7          A    I do.
 8          Q    Have you had an opportunity to review the
 9     allegations in your Complaint recently?
10          A    Yes, I have.
11          Q    In preparation for this deposition0?
12          A    Yes.
13          Q    And is there anything in the Complaint that
14     is not accurate as you sit here today?
15          A    Not that I'm aware of, no.  I believe it is
16     all accurate.
17          Q    And are there any facts in the Complaint that
18     you wish to add at this time that support your claims?
19          A    Nothing that I wish to add as I sit here.
20          Q    How old are you, sir?
21          A    I am 33-years-old.
22          Q    And how old were you when you first came to
23     work at Accenture?
24          A    I was 22-years-old.
25          Q    And what's your social security number?
```

1  say to him about the position?
2      A   Our conversation as I recall it today was not
3  so much about the position but about me.  He had an
4  interesting interviewing style.  He said in essence we
5  have forty-five minutes for this interview.  We'll save
6  five or ten minutes for questions at the end.  Why
7  should I hire you?  Go.
8      And so most of the conversation was about my
9  qualifications and experiences and what I could add to
10 Anderson Consulting, now Accenture.
11     Q   And what position were you hired for?
12     A   I was hired as -- the names changed over the
13 years, but I believe I was called an analyst initially.
14     Q   And what were the duties and responsibilities
15 of an analyst?
16     A   That's a complicated question because no two
17 engagements that we were assigned to were the same.  If
18 on an engagement it was going to be anything from
19 developing and managing relationships with clients,
20 gathering user requirements, design, detail design of
21 computer programs, preparation of presentations.
22     Q   So it was computer and information technology
23 work?
24     A   Yes, and I've participated in engagements
25 both where we built computer systems as well as more

1    strategic engagements such as we looked at
2    re-engineering the remittance processing department of
3    SNET in New Haven or also I participated in an
4    engagement in looking at re-engineering the Away From
5    Homeland Office Division of AT&T, but also built
6    computer systems on other -- on other projects.  And
7    what I was leading up to was that then the
8    responsibilities, if not on a project and in the
9    office, could range from training and trying to better
10   ourselves and gain skills to participating in proposals
11   and development of new work as well as recruiting.
12        Q    How many other interviews did you have for
13   the position with Accenture?
14        A    I had that one interview on campus at
15   Clarkson University as I mentioned earlier.  I then had
16   a conversation on the phone I believe with Jill
17   Berkwitz and I was invited to an office visit in
18   Hartford where I participated in both formal and
19   informal interviews, the latter of which occurring over
20   lunch.  I don't recall how many it was, but it was at
21   least half a day long.
22        Q    And what position.  Strike that.  What was
23   the location of the office that you were hired into?
24        A    The office was at One Financial Plaza, the
25   gold building in Hartford, Connecticut.

1   Q   And to whom did you report?

2   A   Upon being hired?

3   Q   Right.

4   A   I reported as a pool of staff consultants. I
5   did not until assigned to a project answer directly to
6   a supervisor.

7   Q   And about how many projects would you be on
8   at one time?

9   A   It depends on the level of the person in
10  question. If we're talking about me, when I was at
11  entry level, typically that would be one project at a
12  time.

13  Q   Were you hired into a particular market unit?

14  A   At that time the term "market unit" did not
15  exist. I was hired into, and again these names changed
16  as well, but it was their technical specialty division.
17  Originally it was called the Advanced Systems Group and
18  the named changed after that to -- I don't recall what
19  it changed to after that.

20  Q   And how many hours a week were you working?

21  A   Like many of my other answers that depends on
22  what I was doing, what project I was on, and whether or
23  not I was staffed.

24  Q   Were you compensated on an hourly basis or
25  with a salary?

```
 1        A    The compensation was salaried, but with
 2   overtime in essence making it appear as if it was
 3   hourly compensation and the way it worked was that the
 4   first I believe 80 hours of overtime were unpaid
 5   counting as vacation and anything beyond that I was
 6   paid at my standard rate.
 7        Q    And do you recall what your standard rate was
 8   the time you were hired in 1991?
 9        A    I was hired, if not exactly approximately
10   #29,000 a year.  I don't recall what that worked out to
11   on an hourly basis.
12        Q    Now, I believe you told me that you graduated
13   in 1992 from Clarkson; is that correct?
14        A    I did.
15        Q    So on your first interview you filled out
16   your application in October of '91 before you had
17   graduated?
18        A    As is the typical custom there and I suspect
19   at many other colleges, the interviewing and
20   application process takes place throughout the senior
21   year.
22        Q    So when did you actually begin working for
23   Anderson Consulting?
24        A    I began working for Anderson Consulting in
25   August of 2000 -- no, I keep saying, in August of 1992.
```

```
 1     Excuse me.
 2                MS. KAPPELMAN:  I'd like to ask the
 3     court reporter to mark this as the next
 4     exhibit, please?
 5                (Whereupon, the referred to
 6     document was Marked For Identification as
 7     Defendant's Exhibit No. 11).
 8     BY MS. KAPPELMAN:
 9          Q    Directing your attention, sir, to what's been
10     marked as Bennett Exhibit 11 for your deposition.  It
11     appears to be the job description for an analyst in the
12     Technology Competency Group; do you see that?
13          A    Please give me a moment to review this.  This
14     is indeed the summary of an analyst within the
15     Technology Competency Group.  This document never
16     directly applied to me because by the time of the
17     Technology Competency Group I was no longer at the
18     analyst level.  I was at the consultant level which is
19     one step up from this.
20          Q    And how did your job as a consultant with
21     Technology Competency Group differ from the job
22     description that's outlined here?
23          A    My job was quite a bit different in terms of
24     job supervision that I would supervise a number of
25     people performing at the analyst level both Anderson
```

1          Consulting employees as well as client personnel.  In
2          addition, I had a number of different responsibilities
3          such as planning, budgeting both time, mainly time, but
4          sometimes dollars as well, managing relationships with
5          more senior level client personnel, managing and
6          maintaining relationships with vendors, being more
7          involved in the decision making process and a little
8          bit further removed from the hands-on technology
9          application?
10     Q    Take a moment to review the description for
11         the analyst for the Technology Competency Group and let
12         me know how that differed from your job as an analyst
13         with the Advanced Systems Group?
14                    (Witness looking at document).
15     A    This would be a high level description of an
16         analyst in the Advanced Systems Group as well I think
17         when I was first hired and as I mentioned I think one
18         of the reasons this document is somewhat vague at a
19         high level is because their responsibilities depended
20         greatly based on the project that you were assigned to.
21     Q    So what would you say your average weekly
22         hours would be on a busy project?
23     A    At which level?
24     Q    As an analyst?
25     A    On a busy project it could be anywhere from

1  well, we really didn't start considering a busy project
2  until you were up in the fifty hour range, anywhere
3  from fifty to a hundred hours a week.
4      Q   And was anybody working part-time as an
5  analyst in the Advanced Systems Group when you were
6  there?
7      A   I don't recall.
8      Q   And how about when you got promoted, were you
9  in a consulting position; is that what you were saying?
10     A   The term was then called consultant, correct.
11 That's the position that I described before.
12     Q   And as a consultant what were your average
13 hours on a busy week on a busy project?
14     A   Are you asking me what my hours were or what
15 they typically were?
16     Q   No, you?
17     A   I would say I worked anywhere I worked well
18 up into the seventy or eighty hours a week.
19     Q   And was that typical for a consultant at your
20 level at that time in the Technology Competency Group?
21     A   It depended on the project and it also
22 depended on the stage of the project, but it was
23 certainly possible.
24     Q   And did you know anybody while you were a
25 consultant in the Technology Competency Group that was

1    doing that job part-time?

2    A    I recall people mainly pregnant women or
3    women back from maternity leave working on a part-time
4    basis or doing job sharing.

5    Q    Do you remember any particular pregnant women
6    or people on a part-time basis who were doing the job
7    of consultant?

8    A    I don't recall any names at this point, no.

9    Q    Do you remember anything that you could
10   describe about those people other than names,
11   department, who they reported to, what projects they
12   were on, anything that would help us locate them?

13   A    Sure.  I think there was one or two on the
14   Vista Project at ITT Hartford.

15   Q    And these folks were working part-time?

16   A    I believe so.  I believe there were also some
17   individuals working on internal projects in the office,
18   quality measures or tracking client satisfaction.

19   Q    And they were also consultants in the
20   Technology Competency Group?

21   A    That I don't recall at this point.

22   Q    And my question is about folks that were
23   consultants in the Technology Competency Group.  Were
24   the folks that were working part-time on the Vista
25   project consultants in the Technology Competency Group?

```
 1   BY MS. KAPPELMAN:
 2        Q    Directing your attention, Mr. Bennett, to
 3   what's been marked as 12, it's a letter to you dated
 4   July 1, 1993 from a Roger Gelfenbien?
 5        A    G-e-l-f.
 6        Q    Who is Mr. Gelfenbien?
 7        A    Mr. Gelfenbien was the managing partner of
 8   Anderson Consulting's Hartford office at the time.
 9        Q    And it says here that "as of July 1993 your
10   compensation was increasing from 29 to 33,000 a year."
11   Do you see that?
12        A    I do.
13        Q    Does that comport with your recollection that
14   at that time in or about actually September of '93 you
15   were earning $33,000?
16        A    That is correct to my recollection.
17        Q    Did you have an opportunity to earn bonuses
18   as well?
19        A    As I discussed previously both at the analyst
20   and consultant ranks the overtime structure was such
21   that after the first eighty hours you were paid on an
22   hourly basis while technically not a bonus per say in
23   lump sum, it was additional payment above that amount.
24        Q    So is it fair to say that you regularly
25   worked more than eighty hours a week as an analyst?
```

1    A    That's not what I said.

2    Q    How often would you say you kicked into that
3    overtime rate in a year?

4    A    Well, when I mentioned eighty hours--

5            THE WITNESS: Thank you.

6    A    --that was per year, not per week. Every
7    year I was into that I worked more than eighty hours of
8    overtime routinely.

9    Q    And do you have any sense of how many hours
10   of overtime you worked per year as an analyst?

11   A    No, I do not. I'm sure your client's records
12   would show that, but I don't know.

13           MS. KAPPELMAN: I'd like to ask the
14           court reporter to mark this as the next
15           exhibit?

16           (Whereupon, the referred to
17           document was Marked For Identification as
18           Defendant's Exhibit No. 13).

19   BY MS. KAPPELMAN:

20   Q    Directing your attention, sir, to what's been
21   marked as Defendant's 13 for your deposition. It's a
22   letter to you from a William D. Greene dated August 8,
23   1994. Who is Mr. Greene?

24   A    To the best of my recollection at this point
25   the Advanced Systems Group between the Hartford and

1       Boston offices had been combined for efficiency and
2       Bill Greene was the partner based out of Boston who was
3       running that group.
4            Q    But you were still physically in Hartford?
5            A    I was based out of Hartford, but I went to
6       whatever project I was sent and staffed on.
7            Q    And at that time does this comport with your
8       recollection that in September of 1994 you got a raise
9       from 33,000 to $37,500 per year?
10           A    Well, I don't remember the exact numbers, but
11      yes, that seems reasonable to me.
12           Q    During this period of time were you still an
13      analyst or had you become a consultant?
14           A    I do not recall.  As I mentioned previously
15      the promotion occurred approximately two years after I
16      -- after two years of employment, but I don't recall if
17      that was before or after this document.
18                MS. KAPPELMAN:  I'd like to ask the
19           court reporter to mark this as the next
20           exhibit, please?
21                (Whereupon, the referred to
22           document was Marked For Identification as
23           Defendant's Exhibit No. 14).
24      BY MS. KAPPELMAN:
25           Q    Directing your attention, sir, to what's been

1    marked as Exhibit 14 for your deposition.  It is a
2    letter to you again from a Mr. Gelfenbien in August of
3    1995; do you recognize this document?
4         A    I do.  It appears to be the subsequent years
5    raise letter.
6         Q    Does it comport with your recollection that
7    in September of 1995 you received a raise from $37,500
8    to 43,000 a year?
9         A    Again, I don't recall the exact figures at
10   this point, but that seems reasonable to my
11   recollection.
12        Q    As of August of 1995 did you have any
13   disability or problem performing the functions of your
14   job?
15        A    I had been out sick on a project called the
16   Seatips project.  I was actually on that project for
17   two periods.  During one of those periods I experienced
18   what in hindsight I recognized as the early symptoms of
19   working too many hours, getting run down and my body
20   not being able to cope with the copper toxicity.
21             However, I thought I had Mononucleosis or was
22   otherwise sick and I had reported that to anyone at
23   Anderson beyond the fact that my immediate supervisor
24   at that time Mark Raymond was well aware of my
25   troubles, but I was not on disability.

```
 1        Q    And do you remember when that was?
 2        A    It was definitely during my first stint with
 3   the Seatips project.  It was in the Hartford office and
 4   it was in the autumn timeframe, but I do not recall
 5   which year that was.
 6        Q    Were you a consultant or an analyst at that
 7   point?
 8        A    I'm sorry.  I don't recall.
 9        Q    And when you say working "too many hours,"
10   about how many hours were you working in that job per
11   week?
12        A    I do not recall the number of hours, but
13   again, I'm sure your client has the employment records
14   to look that up, but it was a potential of overtime
15   hours.  We were in a crunch period trying to complete
16   the development and testing of a computer system.
17        Q    And how often would you say that consultants
18   or analysts got into crunch periods as part of the
19   functions of their job at Anderson Consulting?
20        A    Again, it depended on the project, but it was
21   fairly common.
22             MS. KAPPELMAN:  Why don't you mark
23        that first?
24             (Whereupon, the referred to
25        document was Marked For Identification as
```

1            Defendant's Exhibit No. 15).
2    BY MS. KAPPELMAN:
3        Q    Directing your attention, sir, to what's been
4    marked as Exhibit 15 from your deposition do you
5    recognize that letter to you dated August 9, 1996?
6        A    This appears to be my raise letter from the
7    subsequent year.  Yes, I do recognize it.  Although, I
8    don't remember the exact figures, they do seem
9    reasonable.
10       Q    Okay.  So does it comport with your
11   recollection that in September of 1996 you started to
12   earn $51,500 a year?
13       A    Again, I don't recall the exact figure, but
14   that does seem reasonable to me, yes.
15       Q    And at the time you went on leave in 1997
16   your salary would have been the same as it was in
17   September of 1996?
18       A    Correct, with the obvious addition of any
19   overtime I had worked and at the time that I went out
20   on disability I was unable to work overtime.
21       Q    Right.  And why were you unable to work
22   overtime at the time you went out on disability?
23       A    At that point I was unable to work regular
24   time let alone overtime.
25       Q    And it's pretty common as a consultant to get

1     into crunch time and have to work overtime hours?

2        A    Yes, it is.

3        Q    At some point you started to develop these
4     symptoms that you talked to me about, failure to be
5     able to concentrate, weakness, twitches and fatigue,
6     correct?

7        A    The list is that I described to you earlier
8     today and that's what I can remember at this point.

9        Q    Are there any other symptoms that you
10    developed prior to 1997?

11       A    Prior to 1997 or during 1997?

12       Q    Prior to 1997?

13       A    As I mentioned when I was on my first
14    engagement with the Seatips project I got run down
15    enough that I was beginning to feel symptoms.  At that
16    point it was mainly the fatigue.  The full set of
17    symptoms did not become manifest until I was on the
18    Vista project in 1996.

19       Q    And are there symptoms other than the ones
20    that you have just outlined for me that you suffered in
21    1996?

22       A    Would it be possible for you to read back the
23    list to be sure?

24       Q    Failure to be able to concentrate, weakness,
25    twitches and fatigue.

1       A       Tingliness in my extremities, a feeling of
2   heaviness in my extremities and at that point also in
3   my cheeks, and there may be other symptoms, but that's
4   what I recall at this point.
5       Q       Did you go see a doctor for those symptoms?
6       A       I did.
7       Q       When did you first see a doctor for your
8   symptoms?
9       A       I first saw a doctor sometime during the
10  autumn of 1996.  I went to my primary care physician.
11      Q       And who was that?
12      A       It was Dr. Steven Dietrich at the time.
13      Q       Okay.  And what did Dr. Dietrich do when you
14  went to see him, Dr. Dietrich?
15      A       He ran some blood tests.  Again, as I
16  mentioned, how I felt on the Seatips project I thought
17  maybe I had Mononucleosis and some other tests, could
18  determine nothing wrong based on those tests except for
19  some elevated liver enzymes.  He suggested that I come
20  back some months later to perform a re-test and that
21  was not satisfactory to me because I didn't want to
22  wait several months.  I was having trouble, a great
23  deal of trouble making it through a regular day.
24      Q       So what did you do next?
25      A       I went to other doctors in hopes of pursuing