1    an answer.  I think Dr. Dietrich is a fine doctor, but
2    my problem was a little bit out of the ordinary for his
3    family practice.
4         Q    So who is the next doctor that you saw?
5         A    I believe the next doctor that I saw was a
6    doctor by the name of Dennis Miller in Branford.
7         Q    And what was Dr. Miller's specialty?
8         A    Dr. Miller ran or participated in a family
9    practice, but he had developed a reputation for being a
10   little bit investigative.
11        Q    And what did Dr. Miller do?
12        A    He ran some tests that were again
13   inconclusive.  He sent me to a neurologist.
14        Q    Do you know what kind of tests he ran?
15        A    Mainly blood work.
16        Q    Did they test for anemia?
17        A    I believe they did, yes.
18        Q    And when did you see Dr. Miller?
19        A    I don't recall the exact date, but it must
20   have been sometimes during the winter of 1997.
21        Q    So January, February or March of 1997?
22        A    I don't remember the exact dates, but in that
23   ballpark.
24        Q    And what conclusions did Dr. Miller come to
25   about your condition?

1   A   He was also unable to diagnose me.

2   Q   So what was the next thing that you did?

3   A   At that point we couldn't even be sure if
4   there wasn't something environmental that was making me
5   sick in our apartment, so my wife and I decided to take
6   some time away to see if that improved things.

7   Q   Where were you living at the time?

8   A   We were living in Avon Mill Apartments in
9   Avon, Connecticut.

10  Q   So what did you do?

11  A   We actually flew down to see her parents in
12  Florida and within hours of arriving my symptoms
13  worsened greatly. I wound up hospitalized in an effort
14  to try to determine what the problem was. That was
15  again inconclusive, but while I was in the hospital I
16  talked to my wife's sister. She had a roommate in
17  college whose husband was extremely ill I believe with
18  cancer, but I never pressed on what the diagnosis was.
19  He had received a great deal of help from a doctor in
20  Orange, Connecticut by the name of Robban Sica, Dr.
21  Robban Sica; and again, she to even a greater degree
22  had a reputation as a doctor who would investigate or
23  pursue all avenues to try to determine what the problem
24  was.

25  Q   What was Dr. Sica's specialty?

1    A    I don't know if she has a specialty beyond a
2 very comprehensive understanding of medicine and the
3 human body and a willing to probe a little bit deeper
4 than the average doctor.
5    Q    Now, in your Interrogatory Disclosure in
6 response to No. 9, you disclosed Dr. Robban Sica at
7 quote, The Center For The Healing Arts, unquote; is
8 that where she is?
9    A    To the best of my knowledge, yes.
10    Q    And do they practice non-traditional medicine
11 there?
12    A    She has a foot in both doors.  I would say
13 that her approach is primarily traditional medicine,
14 but unlike a lot of doctors she is not afraid or
15 hesitant to try alternative complimentary approaches.
16    Q    And what tests -- when did you see Dr. Sica?
17    A    We saw her upon coming back from Florida I
18 would say approximately March or April of 1997.
19    Q    And what tests did Dr. Sica run?
20    A    She ran a wide variety of tests including
21 blood work, as you mentioned before for anemia, mono,
22 Lyme's Disease.  She ran a number of endocrinology
23 tests for thyroid and other hormone levels and she
24 tried to put me on a number of different medicines and
25 supplements to see what I would respond to and

1   Q   And did your physician I think it was Sica
2   who diagnosed it or Zampieron?
3   A   Zampieron diagnosed it initially. Sica has
4   been my attending physician that really coordinated my
5   care.
6   Q   Did either of them give you a sense of how
7   long the condition would last when they saw in late '96
8   and early 1997?
9   A   In late 1996 and early 1997, they did not
10  have the diagnosis to give me a timeframe for.
11  Q   Okay. And did you have other conditions in
12  late 1996 and early 1997 for which you were being
13  treated?
14  A   No, I did not.
15  Q   Directing your attention to what's been
16  marked as Exhibit 16 for your deposition which is a one
17  page letter from a Dr. Sica to Pam Johnson at Anderson
18  Consulting; do you see that?
19  A   I do.
20  Q   It's dated May 23, 1997. Have you had an
21  opportunity to see this letter before?
22  A   Not in some time, but yes, I have seen it.
23  Q   Okay. And when did you first have occasion
24  to see it?
25  A   I imagine shortly after it was mailed.

```
 1        Q    Okay.  So sometime in May of 1997?
 2        A    Correct.
 3        Q    And was it mailed to you, or did you get a
 4   carbon copy?
 5        A    I suspect I got a copy.  I don't know for
 6   certain, but that would be reasonable.
 7        Q    Did you ask Dr. Sica to mail this letter to
 8   Pam Johnson?
 9        A    I don't recall doing so.
10        Q    But you were aware that it happened in or
11   about May of 1997?
12        A    Correct.
13        Q    Okay.  If the letter it says "Todd Bennett
14   has been under care of my office since April 21, 1997,"
15   and just stopping there does that comport with your
16   recollection that that's when you first went to see Dr.
17   Sica?
18        A    That sounds reasonable, yes.
19        Q    And it says that you went there "complaining
20   of fatigue, weakness, chronic sinusitis and multiple
21   allergies."  Do you see that?
22        A    I do.  I regard that as an incomplete list
23   because it does not include the symptoms we've
24   discussed previously.
25        Q    Right, but it also does include chronic
```

1  sinusitis. Do you recall that that was one of the
2  things you were suffering from in May of 1997?
3      A    Actually, a very good point. I would like to
4  amend my previous testimony, if I may, that during the
5  fall of 1996 I did have very bad sinus problems and I
6  was under the treatment of Dr. Dietrich for a variety
7  of antibiotics to knock out those sinus conditions. I
8  had forgotten that.
9      Q    And it says, "Multiple allergies." Do you
10 recall that in late 1996 and early 1997 you were
11 suffering from multiple allergies?
12     A    That was regarded as a possible cause of the
13 sinus problems, that the allergies were causing buildup
14 or backup, or I don't know the exact term which then
15 became infected.
16     Q    Did any of your doctors tell you that chronic
17 sinusitis might cause fatigue or weakness?
18     A    I recall visiting an allergist by the name of
19 Dr. Kroll I believe in December of 1996 or thereabouts
20 and I -- to the best of my recollection we discussed
21 that; however, the problems that I was experiencing
22 were of a magnitude that made that highly unlikely.
23     Q    But did a doctor tell you that it is possible
24 that your chronic sinusitis might be causing difficulty
25 concentrating, reading, weakness and fatigue?

1    A    No, I have not because I don't suffer from
2    these things any longer.
3    Q    And again, did your doctors, Dr. Sica or Dr.
4    Zampieron, give you any idea about how long they
5    thought you might be unable to perform the functions of
6    your job as a result of the diagnosis they gave you?
7    A    They gave me an idea, but I think it's
8    important to take into account when looking at this
9    document that in essence this document is wrong, that
10   this was his initial cut, Dr. Sica's initial cut, at a
11   diagnosis which turns out to be incorrect.  Actually, I
12   had not even seen Dr. Zapieron at this point.  Dr. Sica
13   had no idea that the problem was copper toxicity at
14   this point.
15   Q    So as of May 1997 you didn't know that you
16   had copper toxicity?
17   A    That is correct.
18   Q    At some point you requested a medical leave
19   of absence correct?
20   A    I did.
21   Q    Yes?
22   A    Yes, excuse me.
23        MS. KAPPELMAN:  I'd like to ask the
24   court reporter to mark this as the next
25   exhibit, please?

```
 1                    (Whereupon, the referred to
 2              document was Marked For Identification as
 3              Defendant's Exhibit No. 17).
 4   BY MS. KAPPELMAN:
 5       Q    Directing your attention to what's been
 6   marked as Exhibit 17 for your deposition.  Do you
 7   recognize this document?
 8                    (Witness looking at document).
 9       A    I do.
10       Q    Is this a document that you filled out?
11       A    I filled out the first page.  I do not
12   believe that I filled out the second page.  The second
13   page appears to be the signature of Dr. Dennis Miller
14   where he talked about continued investigation.
15       Q    Okay.  So is that your signature on the first
16   page?
17       A    Yes, it is.
18       Q    Where it's dated?
19       A    Yes, it is.
20       Q    So did you sign and date this on February 14,
21   1997?
22       A    It appears I did, yes.
23       Q    And it says that you anticipate the start
24   date for your leave as December 1996 in the middle of
25   the page?
```

1   A   It does.

2   Q   As you sit here today do you recall that you
3 began your medical leave of absence in December of
4 1996?

5   A   My recollection of it is that it was not that
6 cut and dry from a timeline standpoint, that I was in
7 and out of work making every effort to be productive
8 both on the productive both on the project and then
9 when I left that back in the office and I was not out
10 of office fulltime until I believe -- until I believe
11 April of 1997.

12   Q   Okay.  So in April of 1997 you went out on
13 leave fulltime?

14   A   Correct, initially on short term and then on
15 long term.

16   Q   And it was about a month later Dr. Sica wrote
17 what we have as Exhibit 16 which she still only saw
18 chronic sinusitis and multiple allergies and candida
19 enteritis, correct?

20   A   What is the date on that again?

21   Q   May 23, 1997.

22   A   Correct.

23   Q   As you sit here today when did you get your
24 diagnosis as copper toxicity?

25   A   I do not recall the date.  It was definitely

```
 1    during 1997, but I do not recall the date.
 2       Q    And when Dr. Zampieron diagnosed your copper
 3    toxicity did he give you an idea of how long you should
 4    be out of work, how long you would be suffering from
 5    your symptoms?
 6       A    No, he did not.
 7       Q    No sense on that?
 8       A    I remember discussing that with him because I
 9    very much wanted to get better and I very much wanted
10    the symptoms I was experiencing to stop and my
11    recollection is that he was unable to provide that
12    answer because every individual is different in terms
13    of your body's desire to retain the copper as well as
14    the copper level they're experiencing.
15       Q    And did he suggest a course of treatment to
16    rid yourself of copper toxicity?
17       A    He did.
18       Q    And what was the course of treatment that he
19    proposed?
20       A    He proposed in concert with Dr. Sica a dual
21    treatment strategy using both natural and traditional
22    medicine to attack this.  His approach was -- actually,
23    let me start first with the traditional medicine
24    approach through Dr. Sica which as I have mentioned was
25    to chelate and bind the copper through both oral and
```

1      intravenous means and pull it out.

2          Q    So let me just interrupt you.  For non

3      doctors that means to give you medication which would

4      draw the copper to it and cause you to excrete the

5      copper--

6          A    Exactly.

7          Q    --to get it out of your system?

8          A    Correct.

9          Q    And that's spelled C-h-e-l-a-t-i-n-g, a

10     chelating agent?

11         A    C-h-e-l-a-t-i-n-g, correct, I believe.

12         Q    Okay.

13         A    So that was the traditional tract.  The

14     natural tract to go along with that and the

15     complimentary tract was while -- while that was

16     occurring to try to increase my body's ability to

17     excrete that primarily through sweating.  So I would go

18     through both hydro-therapy and sauna treatments where

19     depending on the treatment I would either sit in very

20     hot water periodically or sit in a sauna periodically

21     to increase my body's temperature, sweat profusely and

22     get into a shower to cool off my body to a more

23     comfortable level and repeat the process.

24         Q    Did you ever determine where you might have

25     picked up such increased copper toxicity?

1    A    The theory that my doctors have developed is
2    that I got it from well water growing up in East
3    Granby.
4    Q    Is there anyone else that you know in your
5    family, for example, that has increased copper
6    toxicity?
7    A    Not that I'm aware of, no.
8    Q    Do you have brothers and sisters?
9    A    I have one brother.
10   Q    How old is he?
11   A    He is 30.
12   Q    How about your mom and dad, are they still
13   alive?
14   A    They are.
15   Q    Do any of them have problems with copper
16   toxicity?
17   A    Not that I'm aware of.
18   Q    Are you still in touch with any of your
19   neighbors from East Granby?
20   A    Some.
21   Q    Okay.  Do any of them to your knowledge have
22   problems with copper toxicity?
23   A    Not that I'm aware of.
24   Q    Have you done any investigation with the Town
25   of East Granby about why there may have been or if they

1  have any information about excess copper in the water?
2      A    I have not contacted the town.  What I have
3  investigated is that I grew up in an area with a high
4  water table near the first copper mine in America
5  closer to even another copper mine and really the whole
6  Northeast is ground rich in copper and anybody with a
7  well has this potential exposure.
8      Q    Right, but my question why you, Todd Bennett,
9  are having such severe problems and nobody else in your
10 family or in your neighborhood?
11     A    Okay.  That's the first time you've addressed
12 that--
13     Q    Right.
14     A    --in that manner.  The reason I believe for
15 that is that I have a greater tendency to attract and
16 retain a greater amount of copper than my body needs
17 genetically.  I have been through some testing at the
18 University of Michigan where they have a center that
19 specializes in Wilson's Disease which is a genetic
20 disorder where bodies retain additional copper.  And
21 the theory that my doctors have developed is that I do
22 not have full blown Wilson's Disease, but I have
23 something between a normal affinity for copper and
24 Wilson's.
25     Q    And which doctors have come up with that

85

```
 1    theory?
 2        A    Dr. Sica.
 3        Q    Okay.  At some point you applied for
 4    long-term disability benefits from Aetna, correct?
 5        A    Correct.
 6        Q    When did that occur, if you can recall?
 7        A    I cannot tell you the exact day, but I was on
 8    short term disability from then Anderson to now
 9    Accenture starting in October of 1997.  I believe that
10    lasted for approximately three months.  So it would be
11    sometime during the late spring or summer of 1997, but
12    I can't give you the exact date.
13        Q    Let's start again.  You believe you started
14    on short term disability with Anderson when?
15        A    I believe April of 1997.
16        Q    And you were on that for two or three months
17    until you applied for long-term disability?
18        A    The long-term disability was applied for and
19    I think I had some part in the application process and
20    I think Anderson/Accenture did as well.
21        Q    Now, at the time you applied for long-term
22    disability had you had your diagnosis of copper
23    toxicity?
24        A    I do not know.
25        Q    Okay.
```

```
1    that was the distinction in April of 2002?
2         A    I did.
3         Q    Okay.  And how long were you out on long-term
4    disability leave?
5         A    Based on this document from the initial
6    payment on July 6, 1997 until sometime as I have
7    testified in late winter or early spring of 2002,
8    actually probably until this April 7, 2002 date that
9    they reference.
10        Q    Okay, but I believe that you mentioned to me
11   that you tried to come back to work at some point and
12   you made contact?
13        A    With Accenture, that is correct.
14        Q    Do you recall when that was?
15        A    To the best of my recollection, I made
16   initial contact on January 31st of 2001 to Michelle
17   Holt.
18        Q    So you received disability benefits until the
19   winter of '02, correct?
20        A    That approximate timeframe, yes.
21        Q    Okay.  And from July 6, 1997 until January
22   2001, when you contacted Michelle Holt, you were out on
23   long-term disability leave?
24        A    Correct, and then past that as you've
25   indicated.
```

```
 1         Q    And you didn't feel as though you were ready
 2    to come back to work until at least January 2001?
 3         A    I didn't feel ready and I had not received
 4    medical clearance from my doctors until then.
 5         Q    Okay.  January, okay.  That's a period of
 6    about three and, you know, three and a half years, July
 7    1977 until January 2001?
 8         A    It's several years.
 9         Q    What did you do during the period from July
10    1997 until January 2001 with yourself during the day?
11         A    My abilities were greatly limited at that
12    point.
13         Q    When you would wake up in the morning what
14    time would you wake up?
15         A    I don't recall at this point.  My primary
16    focus on that during that period was to improve my
17    health.  And so the doctors' appointments took a lot of
18    my time as did both the traditional and natural methods
19    that I previously outlined.
20         Q    How old were you in July of 1997?
21         A    I was 27.
22         Q    So just give me an example of an average day
23    between July of 1997 and January 2001?
24         A    I would if I had a doctor's appointment
25    obviously attend that.  If not, I would depending on
```

1    where I was in the treatment course do the
2    hydro-therapy or the sauna. You're looking for an hour
3    to hour day and I was unable to do much in those days.
4    For example, during the earlier part of that period I
5    was so sick that if I visited my family on the weekend
6    for an hour or two I was unable to do much of anything
7    for the following week.
8         Q    Is that pretty much the way it was through
9    until January 2001, or was there a period of time where
10   things got significantly better?
11        A    There's never been a period of time when
12   things have gotten significantly better. It's been a
13   slow process. And 2001 that's when my doctors and I
14   thought that I had improved enough to the point where
15   part-time employment was feasible and honestly would do
16   more help for me at that point than good -- excuse me,
17   do more help for me than harm; whereas, before then it
18   would have done more harm than good.
19        Q    So from July 1997 until January 2001 you
20   didn't have any other income coming in other than your
21   70 percent LTD benefit?
22        A    As evidenced by my Tax Returns we had my
23   wife's salary and whatever our investments earned, but
24   I was not earning any other money beyond that. I had
25   no employment.

1  Q    And did you have any hobbies?  Did you go to
2  the gym?  Did you play any sports?
3  A    I went to the gym mainly for the sauna.  I
4  did my very best to keep active with computers using
5  the Internet to monitor news and trends.
6  Q    And which gym did you go to?
7  A    I went to two gyms.  One was in Unionville,
8  Connecticut.
9  Q    Do you remember the name of it?
10 A    I'm sorry I don't and I don't believe they
11 are in business any more.  It was in the center of
12 Unionville behind the Friendly's in a plaza by the
13 river down below.
14      The second gym that I went to I believe is
15 called the Windsor Racquet Club.  It's a gym and racket
16 sports facility in Windsor, Connecticut.
17 Q    And what are the kinds of things you would do
18 when you went to the Windsor Racquet Club?
19 A    At the Windsor Racquet Club I would do
20 sessions where I would both sit in the sauna and then
21 shower to cool off repeatedly or sit in a whirlpool and
22 then go to the sauna -- to the shower and cool off
23 repeatedly in an effort to ramp up my excretions of the
24 copper.
25 Q    Did you work out on any machines?

```
1        A    No, I did not.  I was unable to.
2        Q    At either the gym in Unionville or in
3   Windsor?
4        A    I did not use any machines.  In either case I
5   was not able to and the story was the same for
6   Unionville except they did not have a whirlpool, so it
7   was just the sauna.
8        Q    Okay.  So what were the circumstances that
9   led you to believe that you could go back to work at
10  Accenture in January of 2001?
11       A    It had always been my goal to come back and I
12  had improved enough to the point where I thought it
13  made sense to have an evaluation.  So I went to the
14  Gaylord Hospital in Wallingford, Connecticut, the
15  Gaylord Rehabilitation Center, and they performed an
16  evaluation on me.
17            I had speech therapy, physical therapy,
18  occupational therapy.  The results from that were
19  combined and the attending physician there was Dr.
20  Gerald Kaplan I believe his name is.  He's the doctor
21  who based on those results cleared me for a return to
22  work.
23       Q    And do you know when you first saw Dr.
24  Kaplan?
25       A    I do not, but it was definitely while I was
```

```
 1   friends, but not much.  I would say a lot of my
 2   relationships at the time were Anderson Consulting
 3   people or other friends, I just did not have the energy
 4   for that.
 5       Q    Okay.  Did you know that during the period of
 6   your disability Anderson went through a number or
 7   reorganizations?
 8       A    I did.
 9       Q    How did you learn about that?
10       A    Listening to voicemails mainly.
11       Q    Were you still listening to voicemails from
12   the company during the three and a half years you were
13   on leave?
14       A    I was for the first part of that period.
15   After some time they turned my voice-mailbox off, but
16   I'm not sure exactly when that was.  But between
17   receiving voicemails and also talking to these I guess
18   a handful of friends, I was aware and I'm not surprised
19   because Anderson at that point was a company that
20   tended to reinvent itself fairly regularly.
21       Q    Were you aware during the period of your
22   leave that Anderson had suffered an economic downturn?
23       A    I don't believe it did suffer an economic
24   downturn, certainly not before I contacted them in
25   2001.
```