1      Q     Okay.  So as you sit here today you don't
2  know that there was any economic downturn in the
3  company's business during your period of leave?
4      A     Are you talking about the period of my entire
5  leave or the period before I contacted them to come
6  back to work?
7      Q     Let's take two periods.  Prior to January of
8  2001 were you familiar with any sort of economic
9  downturn in Accenture's business?
10     A     Prior to January 2001, no, I'm not aware of
11 any.
12     Q     From January 2001 until you brought this
13 lawsuit in December 2002, are you familiar with any
14 economic downturn in Accenture's business?
15     A     I am.  I read that in the response to the
16 various petitions that went back and forth.  I think
17 that's mainly where I first learned about it.
18     Q     But you didn't learn of it independently
19 through friends or contacts in the industry?
20     A     I knew that there were some other changes
21 going on such as the company going public and I think
22 -- I think it was apparent that the economy as a whole
23 was beginning to slow down, but I was not aware of
24 anything in particular with Accenture.
25     Q     Were you aware that during the period of your

```
 1    leave Accenture had gone through a number of work force
 2    reductions?
 3         A    Which period are you referring to at this
 4    point?
 5         Q    Let's start with the period up until January
 6    of 2001?
 7         A    No, I'm not.  I was not aware of that.
 8         Q    Were you aware that from January 2001 to
 9    December of 2002 when you brought your lawsuit
10    Accenture had gone through additional work force
11    reductions?
12         A    I don't recall when, but at some point I
13    became aware of that, yes.
14         Q    And how did you become aware of that?
15         A    I probably read about it on the Internet, but
16    like I said I couldn't tell you when.
17         Q    Were you aware that folks from the period of
18    January 2001 until December of 2002 in your own
19    consulting group were laid off?
20         A    Would you please state the dates again?
21         Q    Sure.  The January 2001 period to December
22    2002 I believe you told me you were aware during that
23    period of time that Anderson had gone through
24    reductions in force?
25         A    Uh -- at some point during that period I
```

1   became aware of it, but I do not have any knowledge of
2   any individuals who were impacted from it, but in terms
3   of a global organization standpoint, yes, I became
4   aware of that.
5       Q   In the information that you read which
6   allowed you to become aware of the reductions in force
7   did it say anything about folks in your position, that
8   is, consultants in the technology group getting laid
9   off?
10      A   I don't believe that anything I read was
11  nearly that specific.
12      Q   Did you become aware that other folks who had
13  held your position had gotten laid off between January
14  '01 and December 2002?
15      A   I had really lost contact with most people,
16  most of my associates at Accenture at that point, and
17  the main source of information like I said was what I
18  read which was generally available or the information I
19  learned from -- from the notes that you are referring
20  to.  Late in that period I believe I did, but certainly
21  when I was initially trying to get my job back.
22      Q   Did anybody tell you or did you learn through
23  the media or any other source that Accenture had gone
24  into a hiring freeze between the period of January of
25  2001 and December 2002?

99

1   A   I was not aware of that until I read that in
2   a response in one of the petitions that's been outlined
3   so far.
4   Q   So nobody between January 2001 and December
5   2002 when you brought this lawsuit told you that
6   Accenture had gone into a hiring freeze?
7   A   Let me amend my answer.  I definitely read
8   about it in the document that I mentioned before.  It's
9   possible that it came up in one of my conversations
10  with Michelle Holt and Accenture, but I could not tell
11  you the date of that.
12  Q   And during the period of your leave from July
13  1996 -- I'm sorry, July 1997 to January 2001, did
14  Accenture change its business units in any other way or
15  the way that it structured its business in any other
16  way?
17  A   I'm sure there were changes, but I will leave
18  those up to your client to document.
19  Q   Were you aware during your leave that
20  Accenture had created market units during the period of
21  your leave?
22  A   Again, are we talking about the period before
23  I tried to come back or?
24  Q   The period before you tried to come back
25  January 2001?

```
 1      A    I did not know if they were using it or not.
 2  I'm sure they were.
 3      Q    Did you know whether they were still using
 4  Visual Basic in January of 2001?
 5      A    Again, I don't know if I knew of any specific
 6  examples, but I would be shocked if they weren't
 7  somewhere.
 8      Q    Did you know if they were still using Power
 9  Builder in January of 2001?
10      A    The same answer there.
11      Q    Okay.  Did you try to find out whether they
12  were using File Net in January of 2001?
13      A    As a matter of fact, I know they were because
14  I know it was part of a subsequent proposal.
15      Q    Okay.  Do you know if they were still using
16  the same Oracle systems on which you were expert?
17      A    The same answer for File Net.
18      Q    Yes.
19      A    I knew that it was part of a subsequent
20  proposal.
21      Q    So when you applied in January of 2001, did
22  you make any efforts to determine whether you were
23  up-to-date on any technologies and systems which
24  Accenture had developed or started applying since July
25  1997?
```

1  A  I knew that my technical skills were a little
2  dated, but I also knew that many of the same products I
3  used were still in use potentially in that updated
4  version. I knew that Anderson/Accenture had an
5  excellent training program designed to get intelligent
6  people up to speed quickly and I was confident I could
7  do that.
8  Q  So when you say that you knew your technology
9  skills were dated, how did you know that?
10 A  Because as I mentioned technology --
11 technology marches on. The low level details can
12 change. The high level design concepts and the
13 application of that technology is not as transient as
14 some of the low level details.
15 Q  So, for example, Accenture was using
16 PeopleSoft when you came back in 2001, correct?
17 A  I believe they were, yes.
18 Q  For some projects?
19 A  Correct.
20 Q  Was that something that you were conversant
21 with?
22 A  No, it's not.
23 Q  Had you ever used it before?
24 A  No, I have not.
25 Q  Had you ever been trained on it?

1    A    No, I have not.

2    Q    Were there any other technologies which
3 Accenture was using in early 2001 which you had never
4 used before?

5    A    I don't know how I can answer that question
6 because I don't know the list of technologies that they
7 were using.

8    Q    So you don't know?  The answer is you don't
9 know as you sit here today if there were technologies
10 that Accenture was using in 2001 that you had never
11 used before?

12   A    With thousands and thousands of engagements
13 going on, I don't know what they had.  I did know that
14 my skills were transferrable.  My skills were updatable
15 and many of my skills were up of a high enough level
16 that the underlying technology was less transient.

17   Q    But you didn't have expertise on all of the
18 new systems and programs that Accenture was using when
19 you came back from leave; is that correct?

20   A    To use PeopleSoft as an example like the
21 other that they had been brought in, I'm sure I would
22 have needed some training on PeopleSoft and I would
23 have come up to speed very quickly.

24   Q    But as you sit here today you don't know if
25 there were any other technologies or programs that

1  Accenture was using in early 2001 that you had never
2  used before?
3      A   Again, with thousands of engagements going on
4  I don't know what technologies were in use.
5      Q   And during the period of your leave from July
6  1997 until January '01 when you first contacted them,
7  what had you done to update your technology during that
8  period and to make sure you stayed current?
9      A   I had again using mainly the Internet kept up
10 with trends in the industry and I had done some work
11 with HTML which I mentioned which is website and
12 obviously E-Commerce was the exploding field then in
13 websites.  I had done no specific training on anything,
14 but I was well aware of what was happening in the
15 industry and conversant enough to be able to come back
16 up to speed quickly.
17     Q   And when you say you had kept up with trends,
18 what had you done during that period of time to keep
19 your skills fresh and by that period of time I'm
20 talking about June 1997 to January 2001?
21     A   As I think I mentioned my skills had become
22 somewhat dated, however, my low level skills.  My
23 higher level skills were very transferrable and I kept
24 myself informed enough that I was able to come up to
25 speed quickly.

```
 1          Q    My question was what did you do to keep up
 2   with the trends?
 3          A    Are you asking me did I take any training
 4   while I was out on leave?
 5          Q    Well, that would be one thing.
 6          A    I did not take any training while I was out
 7   on leave.
 8          Q    Okay.  What did you do to keep up with the
 9   trends?  There must be something that you did that
10   you're referring to?
11          A    As my ability permitted as I think I
12   mentioned I read on the Internet what was happening in
13   the industry.
14          Q    So you read articles on the Internet?
15          A    As my ability permitted it, yes.
16          Q    Okay.  What else did you do to keep up?
17          A    I think that was the extent of it.
18          Q    Okay.  And what sites did you look at to read
19   articles about what was going on in your industry?
20          A    I don't think I can come up with a conclusive
21   list at this point, but places like Information Week,
22   PC Week World, Info World, PC Magazine, C Net, Slash
23   Dot, and some other places.
24          Q    And how many hours a day would you say or how
25   many hours a week would you say you spent quote,
```

1   keeping up with trends and reading articles on the
2   Internet?
3       A   I don't have an answer for you for that
4   because it was a variable thing based on how much
5   energy my previous activities had taken from me.
6       Q   And what is the most time you would spend in
7   a week doing that activity?
8       A   I'm sorry. I don't have an answer for that.
9       Q   Was it an hour a week, or was it twenty hours
10  a week?
11      A   I would say it was definitely on the lower
12  end of that range, but I don't have a number for you.
13      Q   And again, was there anything and when you
14  say you became conversant with HTML, what did you do
15  during this period of time to become conversant with
16  HTML?
17      A   Before I went out on short term disability
18  when I was in and out of the office in an effort to try
19  to continue working. I did some training on HTML. I
20  also did some pro bono work for Hartford Hospital where
21  we did some websites. I think it was for the cardiac
22  unit, either cardiac or cancer. And so then I would
23  read a little bit about HTML and then take those sites
24  that I had previously built and changed them or tweaked
25  them a little bit to see how the changes were

112

1   work?

2       A   To the best of my knowledge, it was the
3   January 31st date indicated.

4       Q   And do you know who you spoke to?

5       A   Michelle Holt.

6       Q   Do you know what her title was at Accenture
7   then?

8       A   I do not know.

9       Q   And how did you know who to contact when you
10  wanted to come back?

11      A   I think I contacted her first because she had
12  been involved in staffing previously and I didn't know
13  if she would be the right person, but it seemed like a
14  good place to start.

15      Q   And what did you say to her and what did she
16  say to you during that first conversation that you had
17  with her in January of '01?

18      A   As you see my notes are incomplete for that
19  conversation, but to the best of my recollection, I
20  informed her where I stood in terms of my recovery, the
21  fact that I had been cleared to work or at least maybe
22  not in written fashion to Accenture, but verbally
23  cleared to work by my doctors that I had every interest
24  and intention of resuming my career with Accenture.

25      Q   And in your notes it says, "HR team note from

1    doctor, condition set up for success."  Do you know
2    what that note meant?
3        A    I believe it meant that Michelle was going to
4    the people at HR, that they would need written
5    authorization from a doctor approving me to return to
6    work and I recall initially particularly with Dr.
7    Kaplan but also with Dr. Sica talking about how it was
8    important that conditions be set up for success upon my
9    return in order to facilitate my recovery as opposed to
10   setting me back and I remember communicating with
11   Michelle and that seemed like a good idea for all
12   parties involved.
13       Q    And it says here, "Restriction parking,
14   travel local/far," what were those notes about?
15       A    At the recommendation of my doctors for
16   example, it was recommended that I park in the garage
17   at the building so that I did not spend valuable energy
18   walking across Hartford that I could be applying to
19   work at -- at Accenture.
20            As far as travel it was the fact that the
21   local travel or regional travel would be acceptable,
22   but any kind of distance travel would both -- uh -- it
23   would take energy again that could be used for more
24   productive purposes as well as not be a condition for
25   success and also possibly cause me to miss any doctors'

1    in total I had. I may be overlooking an engagement as
2    I go back through it, but it appears to my experience
3    to be about a third of my projects.
4        Q    Required travel outside of the
5    Hartford/Springfield area?
6        A    Correct.
7        Q    Okay. And in your notes here on page 1 of
8    Exhibit 19 you say "times, days of week, quiet
9    location, environment."
10       A    Uh-hum.
11       Q    What did you mean by that?
12       A    These are all again, conditions for success.
13   Times was what hours of the day would make the most
14   sense. For example, my doctors had recommended that I
15   start at nine instead of eight so that I wouldn't spend
16   valuable energy fighting rush hour traffic, for
17   example. Days of the week was Monday, Wednesday,
18   Friday so that I would have an opportunity to recover
19   in between. This is when I was cleared to work three
20   days a week as opposed to four. And the quiet location
21   and environment was to try to set up an environment or
22   a work situation where I would be best able to apply my
23   ability to concentrate.
24       Q    It says, "Monday, Wednesday, Friday, three
25   hours nine to twelve." Is that what you were saying

1   you were willing to work?

2   A   That's what my doctors initially recommended
3   and that's what the original work release to Accenture
4   suggested.

5   Q   So do you recall it's got three dates here,
6   "Michelle Holt, January 31 '01, 2-14-01 and 2-22-01,"
7   are those the dates of your conversations with Michelle
8   about returning?

9   A   I believe they are.

10  Q   And during those conversations do you recall
11  telling her that your doctor said you could come back
12  to work as long as you could park near the building and
13  not have to travel beyond the Hartford/Springfield
14  area, work Monday, Wednesday and Friday from nine to
15  twelve in a quiet environment?

16  A   I do recall telling her that, yes.

17  Q   So that was what she was charged with,
18  finding you a job with those restrictions?

19  A   That was and please understand that that
20  changed over time as I recovered and I was later on
21  cleared to work five days a week, four hours a day.

22          MS. KAPPELMAN:   I'd like to ask the
23      court reporter to mark this as the next
24      exhibit, please?

25          (Whereupon, the referred to

```
 1                  document was Marked For Identification as
 2                  Defendant's Exhibit No. 20).
 3      BY MS. KAPPELMAN:
 4          Q    So she asked you to get a letter from your
 5      doctor saying that stuff, right?
 6          A    That was a condition of my return to work,
 7      yes.
 8          Q    Okay.  Directing your attention to what we've
 9      marked as Exhibit 20 for your deposition, can you
10      identify that document for the record, please?
11          A    This appears to be my clearance to return to
12      work from Dr. Gerald Kaplan at Gaylord to Paula Miller
13      at the Benefit Center of Accenture.
14          Q    And this was a letter that your doctor sent
15      explaining the restrictions on your return to work
16      correct?
17          A    Yes, this is the letter that Accenture had
18      requested and if I recall there was some back and forth
19      in terms of both sides trying to get and state the
20      information that they required, but I believe this is
21      the result of that effort.
22          Q    Okay.  So what the doctor says here is that
23      you can work "three hours a day, three days a week, and
24      then increase to four hours a day, three days a week,"
25      and you are supposed to work "Monday, Wednesday and
```

```
 1        Friday 9:00 a.m. to noon," right; is that what that
 2        letter says?
 3             A    I'm just reviewing it.  That's correct.
 4             Q    It also says you are only supposed to be
 5        assigned to your home office and not sent to other
 6        locations until you are reassessed, right, and that you
 7        be set up in an office that minimizes possible
 8        distractions?
 9             A    That's what it says.  The reference to home
10        office I think is a bit -- a bit misleading in that it
11        implies just the One Financial Plaza office as opposed
12        to the Hartford/Springfield area.
13             Q    And did you talk to Michelle Holt after she
14        received this letter?
15             A    I believe I did, yes.
16             Q    And what did she say to you and what did you
17        say to her about these restrictions?
18             A    I recall discussing them with her and her
19        understanding and agreement that this is what -- what
20        the doctors were recommending for me.
21             Q    Did she mention to you during this period of
22        time that the company was going through a reduction in
23        force?
24             A    I don't recall.
25             Q    Did she mention to you that the company,
```

1   parts of the company at least, were in a hiring freeze?
2   A   I don't recall that.
3   Q   Did you have a conversation about the fact
4   that the kind of job that you were hired to do didn't
5   fit necessarily within the nine to twelve, three day a
6   week timeframe?
7   A   I remember discussing with her that the job
8   may not, but my ability to assist somebody doing that
9   job who needed some help was much more feasible.
10  Q   Okay.  Did she mention to you that your
11  technical skills were not as up-to-date as someone's at
12  the company were?
13  A   I remember discussing with her what my skills
14  were and uh -- and what we could do upon my return to
15  quickly get me back up to speed.
16  Q   Okay.  And it says if you could direct your
17  attention--
18  A   May I refer back to the notes if that's what
19  you're reading from?
20  Q   Yes.  If I could direct your attention to
21  Exhibit 19 the third page.  It reflects a conversation
22  with Michelle Holt on March 26, 2001; do you see that
23  in the middle of the page?
24  A   I do.
25  Q   And it says, "Want to make sure not

1   jeopardizing long-term disability." What did you mean
2   by that?
3       A   I think what I meant was that I was trying to
4   play by the rules and follow a proper procedure so that
5   both Accenture and Aetna and I would work towards the
6   partial disability arrangement.
7       Q   So you wanted to be able to keep getting
8   disability payments, but go back to work Monday,
9   Wednesday, Friday?
10      A   I wanted to as the contract with Aetna
11  provides I wanted to move from an area of total
12  disability to partial disability in an effort to get
13  back on with my life.
14      Q   So you wanted to continue to receive
15  disability payments but come back to work Monday,
16  Wednesday, Friday nine to twelve?
17      A   I wanted to play by the rules towards partial
18  disability.
19      Q   Is there any part of my statement that isn't
20  true; you wanted to continue to receive disability
21  payments, but come back to work Monday, Wednesday,
22  Friday nine to twelve?
23      A   If you change disability to partial
24  disability, I agree with you.
25      Q   Okay. So when it says "long-term disability"

```
 1    in this note on page 3 "want to make sure I'm not
 2    jeopardizing long-term disability," what you meant by
 3    that is that you want to make sure you can still
 4    receive partial disability payments?
 5         A    Correct.
 6         Q    Okay.  At this point in March of 2001 what
 7    were your symptoms?
 8         A    My symptoms have never really changed.  It's
 9    a matter of degree.
10         Q    Okay.  How were you limited in your day to
11    day ability to perform functions in March of 2001 by
12    you condition?
13         A    I could at that point perform functions
14    reasonably well, but the limitations was the amount of
15    mental and physical energy that it would take out of me
16    to perform those functions.  So it's not a matter of
17    what I could do.  It's a matter of how well and how
18    long I could do it.
19         Q    Okay.  And how long could you do the
20    functions of your job in March of 2001?
21         A    I hadn't had an opportunity to test this
22    recommendation, but the recommendation, and I bought
23    into it, was to try it Monday, Wednesday, Friday for
24    three hours a day and go from there as my ability
25    improved.
```

1   variety of other opportunities.
2   Q   So are you saying that you could have worked
3   in San Francisco, but from your Connecticut office,
4   worked for someone in San Francisco from your
5   Connecticut office?
6   A   Yes, I believe I could or I could have
7   assisted somebody working in San Francisco.
8   Q   Did Ms. Holt tell you that she had contacted
9   Amy Salvatore the People's Matters Representative For
10  the Communications And High Technologies Market Unit?
11  A   The name is vaguely familiar to me, but I do
12  not recall any other details.
13  Q   Do you recall Michelle telling you that Ms.
14  Salvatore didn't have any communications positions
15  available in the Connecticut office?
16  A   I'm sorry.  I don't recall that.
17  Q   Do you recall that Ms. Holt spoke with Olga
18  Conway within the Financial Services Market Unit?
19  A   I do not recall that and let me -- let me
20  back up a step, if I may; when Michelle would tell me
21  the efforts that she was making a lot of times she
22  would not refer -- sometimes she would refer to people
23  by name, but often times she would not.
24  Q   Okay.  Why don't you tell me what you
25  remember about what Michelle told you about the efforts