1  she was making to find a job for you within the
2  restrictions you had provided?
3      A   Okay. I remember that she was talking with
4  Marty Strong on an internal project. I know that she
5  talked with Mark Raymond, Marty Kohl and Rick Hedgewood
6  about a number of government opportunities. I know
7  that there was also an agreement at one point that the
8  government market unit would take me back even if
9  unassigned.
10     Q   Tell me what she said to you about her
11 conversations with Marty Strong in her efforts to find
12 you a position?
13     A   May I refer to the notes, or are you asking
14 me to do this from memory?
15     Q   Absolutely, refer to anything that would
16 refresh your recollection--
17     A   Okay.
18     Q   --about what Michelle Holt told you about her
19 opportunities to find you replacement employment within
20 the restrictions you provided?
21             (Witness looking at notes).
22     A   I'm not seeing it in these notes. Either I
23 missed it or it's not included.
24     Q   Look at May 1, 2001, the bottom of the page
25 it says "two possibilities, government," and then

1   "internal."

2   A   Okay, thank you for finding that for me.

3   Q   Yes.

4   A   My recollection much as the note suggests is
5   that Marty needed some help as the notes mention "was
6   in crunch mode," and Michelle was looking to set up a
7   conversation for ways that I could assist her in that.

8   Q   And what happened with that?

9   A   I do not recall if that conversation ever
10  took place.  I don't have a recollection of it.

11  Q   What else do you remember that Michelle Holt
12  did to try to find you work in this timeframe?

13  A   She granted me permission to attend a
14  government community meeting where I had a chance to
15  meet some other members of the government community and
16  network.  Based on her conversations with me she talked
17  to people at both the local and market level and maybe
18  even the national level trying to find opportunities
19  for me and/or get agreement for me to come back
20  unstaffed to work on one, training and getting my
21  skills quickly back up to speed or to work on proposals
22  to sell new work.

23  Q   Did she tell you why she was having a hard
24  time finding a position for you?

25  A   At some point she told me that the company

1   was preparing for an initial public offering and I
2   think the phrase that she used was that the company was
3   being run very lean.
4       Q   So they weren't hiring a lot of new people;
5   is that what you took from that?
6       A   I took that to mean they didn't want people
7   who were unstaffed, not necessarily that they weren't
8   hiring them, but they wanted people to be staffed and
9   that's why their preference would be to get me directly
10  on a project, but they also did agree to take me back
11  if not.
12      Q   Okay. You say here, "One possibility May 1,
13  2001 was in the government market unit with Mark
14  Raymond."  Do you see that in revenue services?
15      A   I do.
16      Q   Okay. What happened with that opportunity
17  that she tracked down for you?
18      A   There were a number of government
19  opportunities and some of them were not won. Others
20  kept getting delayed past the point where I was
21  ultimately terminated.
22      Q   Okay. So in your notes you have a message to
23  Mark Raymond that we were just looking at where you
24  talk about "a ton of changes"?
25      A   Are you referring to the list on May 22nd?

```
 1      Q    The one that Amy typed up for you?
 2      A    That was notes.  If you want to look at the
 3 actual call, it's on the next page.
 4      Q    On May 22nd, okay.  You said, "I have been
 5 working with Michelle Holt for several months to make
 6 it happen."  When you say you have been working with
 7 her, so Michelle Holt was trying to find you a position
 8 for several months, right?
 9      A    Based on me contacting her in January and
10 this being in May, yes.
11      Q    Okay.  And all those phone calls that you had
12 with her?
13      A    Correct.  Again, I can't -- I can only tell
14 you what she told me she was doing--
15      Q    Right.
16      A    --but that's my understanding of it.
17      Q    Okay.  And you say your "progress is slow.  I
18 am in an unusual situation.  I want to return
19 part-time."
20      A    Uh-hum.
21      Q    That was an unusual situation for Accenture?
22      A    Unusual in the sense that as you have
23 indicated most people are there on a fulltime basis.
24 What I was looking to do to come back in any capacity
25 including assisting somebody who is overworked.
```

1    Q    Now, if you look at the bottom of the page it
2    says that on May 30th you actually had a really good
3    conversation with Mark Raymond.
4    A    Uh-hum.
5    Q    Right?
6    A    That's what the note says, yes.
7    Q    And it says he was going to try to find a
8    role for you on a government ERP job using Oracle or
9    File Net, which were the two things that you said you
10   were conversant on, right?
11   A    Correct, I used those on a previous
12   engagement.
13   Q    And he invited you to a government community
14   meeting?
15   A    That's correct.
16   Q    What happened with his efforts to try to find
17   a role for you using Oracle and File Net?
18   A    As I mentioned before, there were a couple of
19   government opportunities and in my conversations with
20   Michelle I lost track of what happened to which one.  I
21   don't know if that was something that Accenture lost or
22   it was delayed past the point where I was terminated or
23   they just didn't find a match for me.  I can't tell you
24   that.
25   Q    So despite his efforts either they didn't

1   have the opportunity or it wasn't a good match for you?
2      A   Well, it didn't happen. Let's put it that
3   way.
4      Q   Did you get the impression that Mark wasn't
5   telling you the truth when you spoke to him on May 30
6   and that he wasn't looking for an opportunity for you?
7      A   Not at all.
8      Q   Did you get the impression in any of these
9   conversations with Michelle Holt that she wasn't truly
10  trying to find an opportunity for you within your
11  restrictions?
12     A   I was certainly frustrated by the lack of
13  progress.
14     Q   But listen to my question, it's very
15  important; did you get the impression during any of
16  these many conversations you reported with Michelle
17  Holt that she wasn't telling you the truth that she was
18  truly trying to find you an opportunity with your
19  restrictions?
20     A   I believe she was trying. I don't know how
21  hard or how big a priority it was for her or other
22  people based on how slow things moved.
23     Q   Okay, but you believe she was trying?
24     A   I believe she was trying and I have no reason
25  to believe she was lying to me. She's a good person.

```
 1      the other solutions that the government market unit
 2      uses?
 3           A    You're asking me a question I do not know the
 4      answer to.
 5           Q    Right.  Do you know whether you are
 6      conversant in the other solutions that the government
 7      market unit uses?
 8           A    I know that if there's something I'm not, I
 9      would get back up to speed on it very quickly.
10           Q    But as you sit here today you don't know if
11      you were conversant in 2001 in all of the technologies
12      that the government market unit was using?
13           A    You're asking me a question that I can't
14      answer because there are thousands of projects and I
15      don't know what technologies are in use.
16           Q    Right.  At some point Michelle Holt told you
17      that she couldn't find a position for you; is that
18      correct?
19           A    At some point she told me -- actually she
20      initially told my wife that -- that Accenture was
21      terminating me.
22           Q    At some point did it become clear that she
23      wasn't able to find a job for you with your skills and
24      your doctor's restrictions?
25           A    There was a point where it certainly wasn't
```

1   looking good and it wasn't looking promising and I had
2   hoped that my doctor's approval to ease the
3   restrictions to the point to where I was working four
4   hours a day, five days a week would open up additional
5   opportunities, but that did not occur.
6       Q   On August 13, 2001 you have a note which says
7   "left message with Janice Beebe. I called, please call
8   back. She called back with no progress." Do you see
9   where I am reading from?
10      A   I do and the she being Michelle Holt.
11      Q   "She had talked to the government HR rep, no
12  current positions, told her that I was getting
13  increased pressure from Aetna, told her 'I can't be the
14  only employee who is gone for a while who needs to come
15  back part-time.' Her response was 'You left two
16  reorganizations ago.'"
17          Does that refresh your recollection that at
18  least in August of 2001 Michelle told you that there
19  had been two reorganizations at Accenture while you
20  were away on leave?
21      A   Yes.
22      Q   Does it refresh your recollection at least
23  that in August of 2001 she said "there were no current
24  positions available in the government department"?
25      A   I took that to mean that they were going to

1   back out on their agreement to take me back unstaffed
2   and that things certainly weren't looking good.
3       Q   If you turn the page it was at least clear by
4   August 20 of 2001 that the government wasn't able to
5   find a home for you with your skill set and your
6   restrictions, correct?
7       A   You're referring to August 20?
8       Q   Right.
9       A   Correct.  As I said before, I took that to
10  mean that obviously things were going poorly and that
11  the agreement to take me back unstaffed was not going
12  to happen.
13      Q   In the bottom of this same page it says that
14  "November 7, 2001 Michelle told Amy you were being laid
15  off."
16      A   Correct.
17      Q   Okay.
18      A   And I think that she would not have -- I
19  think that Michelle was a little bit uncomfortable with
20  telling that to Amy and not to me, but they know each
21  other.  They met previously and I think she was
22  comfortable with that.  It was actually on the next day
23  that Michelle informed me; although, clearly I knew
24  what was happening from my conversation with my wife.
25      Q   And when did you start your training program