UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| TODD BENNETT | : | CIVIL ACTION NO. |
| | : | 3:03CV0080 (AVC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ACCENTURE, LLP | : | |
| | : | |
| Defendant. | : | |

2004 FEB 24 A 11: 36

DISTRICT COURT
HARTFORD, CT

## AFFIDAVIT OF TONI L. CORBAN

I, Toni L. Corban, being duly sworn, hereby depose and say:

1. I am over eighteen years of age and understand the obligation of an oath.

2. I am aware of the action filed by the above-referenced Plaintiff, entitled <u>Bennett v. Accenture, LLP</u>, Civil Action No. 3:03CV0080.

3. I make this affidavit based upon my own personal knowledge and information assembled by me with the assistance of authorized employees and in support of Defendant Accenture, LLP's ("Accenture") motion for summary judgment filed simultaneously herewith. I attest that the assertions herein are true and correct to the best of my knowledge, information and belief. I also attest that the documents attached hereto as true and accurate copies of documents that Accenture maintained in the normal course of business.

4. I am an Employee Relations Manager for United States Personnel Matters for Accenture. I have held this position since September 1, 2001 to the present. Prior to my current position, I was an Employee Relations Specialist for Accenture from September 1, 1999 until September 1, 2001.

5. Accenture is a global management and technology consulting firm.

6. The Company's primary mission is to help clients become more successful in their own businesses and operations.

7. The Company serves the major global industries through its five Market Units (Resources, Communications and High Technologies, Financial Services, Products and Government) and a number of Global Service Lines.

8. Todd Bennett began his employment as an analyst in Accenture's Connecticut office, located in Hartford, on August 17, 1992.

9. Prior to August 2002, Accenture's Hartford office was the Company's only location in Connecticut.

10. Soon thereafter Accenture promoted Mr. Bennett to staff consultant.

11. As a staff consultant, Mr. Bennett was primarily responsible for solving the business problems of his Accenture's clients by directing them to the most effective technologies to meet their business needs.

12. Specifically, Mr. Bennett worked with clients at their own facilities to maintain and solve problems with their computer systems.

13. It is fairly common to work long hours, in excess of eighty hours per week, as an analyst or a consultant at Accenture.

14. Mr. Bennett performed reasonably well, and the Company promoted him once and granted him annual salary increases.

15. In or about December 1996, Mr. Bennett took several intermittent sick leaves claiming fatigue and weakness.

16. Mr. Bennett applied for a short-term disability leave on February 14, 1997, and began that leave on April 7, 1997. *See* Application For Family and/or Medical Leave of Absence attached hereto as Exhibit A.

17. According to correspondence from Mr. Bennett's physician, Dr. Robban Sica, Mr. Bennett suffered from hypothyroidism and candida enteritis, which caused him fatigue, weakness, chronic sinusitis and multiple allergies. *See* letter from Dr. Robban Sica, dated May 23, 1997, attached hereto as Exhibit B.

18. By letter, Dr. Sica stated that he expected Mr. Bennett to recover within two to three months. *See* Exhibit B.

19. Thereafter, Mr. Bennett submitted a long-term disability leave application to Accenture's insurance carrier on June 17, 1997.

20. Accenture's long-term disability insurance carrier approved Mr. Bennett's application and he began long-term disability leave on July 7, 1997. *See* letter from Daniel Dolyak, dated August 30, 1997, attached hereto as Exhibit C.

21. Mr. Bennett received Long-Term Disability benefits from July 6, 1997 until April 7, 2002.

22. During Mr. Bennett's medical leave from 1997 to 2001, Accenture made several organizational changes.

23. The largest change occurred in the Spring of 2000 when Accenture deployed its practice personnel, including consultants, into various Market Units based on industry.

24. Because Mr. Bennett did not focus on a particular industry at the time he began his disability leave, Accenture could not yet assign him to a Market Unit.

25. Mr. Bennett, however, remained assigned to the Hartford office.

*Toni L. Corban*
Toni L. Corban
Accenture LLP
Employee Relations Manager for United States Personnel Matters

Subscribed and sworn to before me this 19 day of February 2004.

*Geri Frawley*
Notary Public
My Commission Expires: 3/27/05

**GERI FRAWLEY**
**Notary Public State of New Jersey**
Qualified in Sussex County
Commission Expires March 27, 2005

4

A

## APPLICATION FOR FAMILY AND/OR PERSONAL MEDICAL LEAVE OF ABSENCE

Name: Todd Bennett    Personnel #: 054941

Office: Hartford    Division Name: Technology (25)

Reason For Leave: Fatigue, weakness

Relationship to Employee, if for family leave: Same

Anticipated Start Date: 12-16-96

Expected Date of Return: Flexible, based on recovery. FMLA hours to be applied intermittently.

> I understand that a leave request based on my own serious health condition or that of my child, spouse or parent, must be accompanied by a certification from the health care provider.
>
> I hereby authorize a health care provider representing Arthur Andersen LLP to contact the health care provider to clarify information in the certification or confirm it was supplied by the health care provider.
>
> I understand that failure to return to work at the end of my leave period will be treated as a resignation unless an alternate arrangement has been previously agreed upon in writing with Arthur Andersen LLP.
>
> _Todd Bennett_    2-14-97
> Employee's Signature    Date

Approved by:

_____
Supervisor/Manager

_____
Director-Human Resources

Accenture 0197

c. If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment): _Continued investigation, with aid of specialist, (recently Dr Levy, Neurologist) of cause of disability_

7.a. If medical leave is required for the employee's absence from work because of the employee's own condition (including absences due to pregnancy or a chronic condition), is the employee unable to perform work of any kind? _Yes_

b. If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job (the employee or the employer should supply you with information about the essential job functions)? _____ If yes, please list the essential functions the employee is unable to perform: _daily, full-time consulting_

c. If neither a. nor b. applies, is it necessary for the employee to be absent from work for treatment?

b. If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery?

c. If the patient will need care only intermittently or on a part-time basis, please indicate the probable duration of this need: _TBD_

_____            _Internal Medicine_
(Signature of Health Care Provider)   (Type of Practice)

_960 Main Street, Branford_          _203-488-6358_
(Address)                             (Telephone number)

To be completed by the employee needing family leave to care for a family member:

State the care you will provide an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_____            _____
(Employee signature)                  (date)

Accenture 0198

B

# ROBBAN A. SICA, MD

325 Post Road - Suite 2A
Orange, CT 06477

Phone 203 / 799-7733
Fax 203 / 799-3560

May 23, 1997

Pam Johnson
Andersen Consulting
Fax: (860) 280-0871

Re: Todd Bennett

Todd Bennett has been under the care of my office since 04/21/97 for fatigue, weakness, chronic sinusitis, and multiple allergies. Testing has shown hypothyroidism and candida enteritis, secondary to antibiotics, for which he is receiving treatment. He is still unable to work but I anticipate a good prognosis for recovery over the next two to three months.

If you have any questions or concerns, please contact my office.

Sincerely,

Robban A. Sica, M.D.

D bennett0523 / 1

TOTAL P.01

Accenture 0199

C



151 Farmington Avenue
Hartford, CT 06156

Daniel R. Dolyak
Disability Analyst
Disability Claim
Aetna Health Plans, W44A
Aetna Life Insurance Company
1-800-325-7377
Fax: (860) 298-7469

August 30, 1997

Todd A. Bennett
75 Avonwood Rd Apt C-11
Avon, CT 06001



Dear Mr. Bennett:

Long Term Disability (LTD) Benefit Plan

Group Control: 653363
Employer: Andersen Worldwide SC
Employee: Todd A. Bennett

SS/Cert No: 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

We have reviewed your application for long term disability benefits and determined that, at present, you are totally disabled from your usual occupation according to the terms of your group insurance coverage. Therefore, you are eligible for monthly benefits commencing July 6, 1997, and continuing for up to 57 months as long as you remain disabled from your usual occupation.

## Criteria for Continuation of Benefits

Although we have determined that you presently meet the "usual occupation" test of disability, we will periodically re-evaluate your eligibility by requesting updated medical information from your attending physician or an independent physician of our choice. We may also request that you participate in a vocational assessment interview. If we conclude that you are capable of performing your usual occupation, LTD benefits will be terminated.

If you are still eligible for long term disability benefits on April 7, 2002, it will be necessary for you to meet a more stringent "any occupation" definition of disability. To qualify for LTD benefit eligibility, you must provide objective medical evidence that you are unable to perform any reasonable occupation for which you are qualified or could become qualified as a result of your education, training or experience. If you do qualify for extended benefit eligibility, we will continue to re-evaluate your eligibility and periodically request updated information from your medical providers, independent physicians and/or vocational specialists.

During the period of benefit eligibility, you may be contacted by our representatives regarding Aetna's rehabilitation program or our Social Security Advocacy Attorney Referral Program. While these programs are voluntary, we encourage you to cooperate when requested since these services may be highly beneficial to you.

Page 2
August 30, 1997
Todd A. Bennett

Based upon contractual provisions, your maximum period of entitlement will expire on the day you attain age 65. Therefore, the final date of your LTD eligibility is May 9, 2035.

## Computation of Monthly Benefit

LTD benefits supplement certain other income described in the enclosed Notice Concerning Benefits, so that the total amount from all applicable sources will not be less than 70% of your monthly rate of basic earnings of $4333.33, at the time your disability commenced. Your monthly LTD benefit is computed below:

July 6, 1997 - July 31, 1997
Gross
   Other Income                                    $ 2628.89
Net Benefit                                         0.00
                                               $ 2628.89

Aug. 1, 1997 - Apr. 30, 2035
Gross
   Other Income                                    $ 3033.33
Net Benefit                                          0.00
                                             $ 3033.33

May 1, 2035 - May 9, 2035
Gross
   Other Income                                    $ 910.00
Net Benefit                                          0.00
                                             $ 910.00

Under the terms of your coverage there is a minimum monthly benefit equal to $455.00.

Please carefully read the instructions on the enclosed Notice Concerning Benefits. Failure to comply with each applicable provision may jeopardize your future eligibility.

Under separate cover you will receive our draft for $2628.89, which represents benefits due for the period July 6, 1997 through July 31, 1997. Your August benefit in the amount of $3033.33, will be issued during the first week of September. Your September benefit in the amount of $3033.33, will be issued during the first week of October. Beginning with your October benefit, all future payments for which you may be eligible will be mailed to you prior to the last day of each month in which they are due.

If you have any questions, please contact us at 1-800-325-7377.

Page 3
August 30, 1997
Todd A. Bennett

Thank you for your cooperation.

Sincerely,

Daniel R. Dolyak

cc:

g1.doc