

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TODD BENNETT                              :

VS.                                       : NO. 3:03CV0080(AVC)

ACCENTURE LLP                             : MARCH 8, 2004

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, TODD BENNETT, respectfully requests an extension of time of twenty (20) days, up to and including March 29, 2004, to respond to the defendant's Motion for Summary Judgment.

In support of this motion, the plaintiff represents as follows:

1. The motion was filed on or about February 23, 2004.

2. Counsel for plaintiff has several similar motions to respond to in the next two weeks and she is also going to be out of the office for one week during this period.

3. The attorney who filed the motion, Lynn Kappelman of Seyfarth Shaw, was contacted by counsel for the plaintiff, and she has no objection to the extension of time to March 29.

4. This is the plaintiff's first request for an extension of time

regarding defendant's motion.

5. No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the court grant this motion for the reasons stated above.

THE PLAINTIFF

BY _____
KATRENA ENGSTROM
Federal Bar No. ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: 203.562.9931
FAX: 203.776.9494
kengstrom@johnrwilliams.com

CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on March 8, 2004, to the following counsel of record:

Attorney Lynn A. Kappelman
Seyfarth Shaw
Two Seaport Lane, Suite 300
Boston, MA 02110

Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06604

_____
KATRENA ENGSTROM