FILED
2004 MAR -9 P 1: 18
DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TODD BENNETT             :

VS.                      : NO. 3:03CV0080(AVC)

ACCENTURE LLP            : MARCH 8, 2004

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, TODD BENNETT, respectfully requests an extension of time of twenty (20) days, up to and including March 29, 2004, to respond to the defendant's Motion for Summary Judgment.

In support of this motion, the plaintiff represents as follows:

1. The motion was filed on or about February 23, 2004.

2. Counsel for plaintiff has several similar motions to respond to in the next two weeks and she is also going to be out of the office for one week during this period.

3. The attorney who filed the motion, Lynn Kappelman of Seyfarth Shaw, was contacted by counsel for the plaintiff, and she has no objection to the extension of time to March 29.

3:03CV0080(AVC). As the relief requested herein has previously been granted, see Endorsement to Doc. 29, the motion for an extension of time (document no. 30) is DENIED as moot.
SO ORDERED.
          Alfred V. Covello, U.S.D.J.

FILED 2004 MAR 12