

# Supplemental Employer's Statement

RECEIVED

JUN 09 1997

| Employer's Name | Control | |
|---|---|---|
| ANDERSEN CONSULTING | | A2725 |

1. Employee's Name __Todd A. Bennett__   SSN __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__

2. List inclusive dates of all time off work by reason of the disability for which benefits are being claimed.

   See Attached
   
   From _____  Through _____
   From _____  Through _____
   From _____  Through _____
   From _____  Through _____

3. Give complete details of employee's occupational duties or attach copy of written job description. If employee's occupational duties or responsibilities vary significantly from the attached job description, please explain.

   See Attached

4. Rate and comment on employee's job performance

   ☐ Excellent   ☒ Good   ☐ Satisfactory   ☐ Fair   ☐ Poor

5. Was there a noticeable deterioration in the employee's physical or mental functioning prior to the date last worked? If yes, please describe.

   Yes. Employee has been on intermittant sick leave since December of 1996 due to severe fatigue and extreme weakness. Todd was hospitalized April 8 - 11, 1997 as his conditioned worsened.

6. Comment on the employee's attitude and motivation.

   Todd's attitude and motivation have always been good. He has consistently been rated an "Outstanding" performer since his start with the firm and his career has followed the typical progression of a recruit to this firm. Even during Todd's intermittant absences, he made every effort possible to keep up with his work and frequently contacted his manager with updates of his condition.

**40-002**

GC-382 (7-93)
CAT. 2000062100

7. Outline the employee's work history with your company/organization. If the employee worked in any other capacity prior to most recent position, list below.

| Occupation | From | To | Duties Performed |
|---|---|---|---|
| Technology Analyst | 8/17/92 | 9/1/94 | Technology Consulting |
| Technology Consultant | 9/1/94 | Present | Technology Consulting |

8. Indicate briefly any information you may have regarding the employee's education and job history with previous employers. Attach copy of resume if available.

> Todd graduated from Clarkson University in Spring of 1992. He received a Bachelor of Science Degree and had a dual major, MIS and Interdisciplinary Engineering and Management. He joined the firm shortly after his graduation. He had been recruited in January of 1992 with a planned start date of 8/17/92.

9. Has the employee filed a Workers' Compensation claim? If yes, indicate the date, status of the claim, and the compensation carrier. For approved claims indicate the effective date, amount, and frequency of payment.

> No.

10. Is the employee entitled to a pension from your company/organization at this time or some later date? If yes, please furnish the date the pension was, or will be effective and the amount. Provide any other details concerning your pension program for disabled employees which you feel are pertinent to this claim.

> Todd is not eligible for retirement. Individuals in Todd's job category are not pension eligible.

_____
Supervisor
Maria M. Bloom, HR Director

_____  Pamela Johnson, Benefits
(Employer's Authorized Representative)  Contact
June 4, 1997
(Date)

1-860-280-0575

AETNA 369

Revision # 2

ANDERSEN CONSULTING

# ANNUAL REVIEW

| REVIEWEE | | | Fiscal Year 1996 |
|---|---|---|---|
| Name | Todd A. Bennett | Business Organization | Consulting |
| Personnel Number | 000054941 | Competency Group | Technology |
| GMU/LMU | 0253/025 | Skill Track | Technology Solution Delivery |
| Location | Hartford, United States | Career Level | Consultant |
| Role/Job Title | Team Lead | Industry/Market Unit | Cross Industry |
| Human Resources Representative | Michele B. Holt | Most Recent Promotion Date | 9/1/94 |

## ANNUAL REVIEWER

| Name | John A. Sundean | Business Organization | Consulting |
|---|---|---|---|
| | | Competency Group | Technology |
| | | Career Level | Associate Partner |
| | | Industry/Market Unit | Financial Services |
| | | Date of Discussion | 12/6/96 |

## ADDITIONAL REVIEWER

| Name | | Business Organization | |
|---|---|---|---|
| Role | | Competency Group | |
| | | Career Level | |
| | | Industry/Market Unit | |
| | | Date of Discussion/ Date Completed | |

# ANNUAL REVIEW

### Assessment:

- Skill Domains

Todd is a key player on the VISTA project. Todd was instrumental in the project's successful completion and testing of interfaces with the core external system. Todd's dedication, hard work and drive made this success possible.

Todd has proven himself an extremely flexible player on the project. Although he joined the project later than others, he was able to adapt to multiple roles with little foreknowledge and supervision. His work as a Filenet liaison was extremely difficult as it involved working on the most technically complex component of the system. Additionally, he was responsible for supervising people who had several more years of experience than he. This role, in particular, was important as it gave Todd more technical responsibilities which will help him develop as a TIS experienced consultant.

Todd's key strengths include:
- Organization ability - Todd is extremely well organized and prepared. This was visible to all project members and was instrumental in his ability to successfully drive solutions.
- Flexibility - Todd was willing to take on any role, often more than one at a time.
- Motivating and supervising - Todd did an excellent job in managing the day to day tasks of multiple AC, client and business customers.

Todd should continue to develop the following:
- Project planning and estimating - Todd's estimating skills have improved over the past year. He should continue to develop his work planning and estimating skills.
- Work on 'push back' - Todd was responsible for numerous situations where there was a good deal of conflict. This included both ITT and vendors. Todd did a good job of managing these, but should continue to work on taking control and driving resolutions to where he feels they should be.
- Industry acumen - Todd is on track for a 9/97 promotion to manager. He has expressed an interest in FSI and should continue to develop his business knowledge here. This can occur from a mix of FSI related projects and other FSI courses and training material (LOMA, FIDEX, etc.)

Todd should also seek a more technical role in his next assignment.

- Contribution

Major roles include:

- Managed multiple system test teams including a mix of AC and client programmers and analysts in addition to business customers

- Filenet vendor liaison - managed all Filenet communication, issue tracking and resolution. Provided a clear path of communication between project resources and Filenet support and engineering.

- Team leader for the interface out team - took over a team that was quite behind in its work and brought the analysts and programmers back together to complete their tasks in an orderly fashion. Supported the project in all interface out testing needed.

Satisfied clients:
- Managed Filenet issues to resolution

## ANNUAL REVIEW

- Instituted and managed a tracking process to monitor interface testing
- Gained respect of clients at all levels
- Key member of the SIR board. Maintained a strong influence on the SIR board.
- Effective feedback to senior management

Motivated People:
- Sets a positive example
- Recognizes contribution of his team and other project members
- Committed to project and the firms values
- Highly motivated individual
- Identified development points in his team members and provided mentoring and counseling.

### Compensation

| | | | |
|---|---|---|---|
| Previous | $43,000.00 | as of | 9/1/95 |
| New | $51,500.00 | as of | 9/1/96 |

### Band/Performance Rating

| | | | |
|---|---|---|---|
| Previous | 2 - Outstanding | as of | 9/1/95 |
| New | 2 - Outstanding | as of | 9/1/96 |

### Discussion Points

### Goals

Todd's key goals are:

Earn promotion to Manager

Learn more about Financial Services industry

Further develop technical skills

Achieve a better balance between personal and professional lives

### Action Items

**- Training and Education**

Todd plans to attend Principles of Technical Architecture and Spirit of Facilitation training.

**- Job Experience**

Todd would like to increase the technology content of his next role, preferably with client/server, Internet/Intranet, imaging and/or workflow technologies. He would also like to gain more

# ANNUAL REVIEW

experience early in the life cycle -- planning, analysis and design.

- Self Development

Todd plans to complete industry, technology and leadership self-study material, and participate in at least one Technology Community of Practice.

- Other

**EXHIBIT 2**

Time off from Work for Tc    A. Bennett
SS #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

Following is a listing by pay period of illness time reported by Todd due to his condition. We are on a semi-monthly pay period.

| Pay Period Ending | Hours |
| --- | --- |
| Pay Period Ending December 15, 1996 | 16 hours |
| Pay Period Ending December 31, 1996 | 33 hours |
| Pay Period Ending January 15, 1997 | 20 hours |
| Pay Period Ending January 31, 1997 | 47 hours |
| Pay Period Ending February 15, 1997 | 30 hours |
| Pay Period Ending February 28, 1997 | 45 hours |
| Pay Period Ending March 15, 1997 | 54 hours |
| Pay Period Ending March 31, 1997 | 83 hours |
| Pay Period Ending April 15, 1997 | 81 hours |

RECEIVED
JUN 09 1997
A2725

Since April 7, Todd has been out continually. His last day of pay under our short-term disability will be July 6, 1997.

Todd's last day on which work was performed was Friday April 4, 1997. He worked for four hours only that day.

Please contact me at 1-860-280-0575 if you have any questions.


Pamela Johnson
Benefits Contact

**EXHIBIT 3**

GAYLORD HOSPITAL, INC. AND ITS AFFILIATES
P.O. BOX 400
Wallingford, Connecticut
06492

PATIENT: BENNETT, TODD A          HOSPITAL NO.: 80714
DATE:    01/26/01                  PHYSICIAN: Jerrold L Kaplan

PHYSICAL MEDICINE AND REHABILITATION
INITIAL EVALUATION

The patient is a 30-year-old man who has been referred for evaluation of copper toxicity. According to the patient, he was very healthy and active until 1996 when he began to become more and more tired and had difficulty with numerous activities. His condition got worse and he started having difficulty with his memory and concentration. It further exacerbated to the point where he was quite sensitive to sounds and was very easily distracted. His diagnosis was quite difficult to determine and he saw multiple physicians trying to find the etiology of his symptoms. He was finally diagnosed with having copper toxicity. He then went on to a variety of treatment interventions including chelation therapy and intravenous EDTA. He also had acupuncture, biofeedback and holistic medical interventions. He recently was at the University of Michigan for an extensive evaluation in December. This evaluation not only included numerous blood tests but also a liver biopsy and other diagnostic interventions. The patient also had genetic testing to make sure that he did not have Wilson's disease. According to the patient and his wife, the testing results showed no evidence of Wilson's disease. The presumption is that the copper toxicity might have come from well water. The patient has been participating in an outpatient rehabilitation program including physical therapy, occupational therapy and speech therapy. Both the patient and the wife feel he has made substantial progress.

At the present time, the patient still has significant fatigue but is getting more energy. He continues to have difficulty concentrating if he has significant distractions. He also cannot process information if it comes too quickly. He has recently had a neuropsychological evaluation performed at Gaylord.

PAST MEDICAL HISTORY

Noncontributory.

FAMILY HISTORY

Significant for coronary artery disease, breast cancer, and prostate cancer.

CONFIDENTIALITY OF THIS RECORD IS REQUIRED UNDER CHAPTER 899 OF THE CT GEN STAT. THIS MATERIAL SHALL NOT BE TRANSMITTED WITHOUT WRITTEN CONSENT OR OTHER AUTHORIZATION AS ...ED IN THE AFOREMENTIONED STATUTES.

**GAYLORD HOSPITAL, INC. AND ITS AFFILIATES**
P.O. BOX 400
Wallingford, Connecticut
06492

PATIENT: BENNETT, TODD A          HOSPITAL NO.: 80714
DATE:    01/26/01                 PHYSICIAN: Jerrold L Kaplan

PSYCHOSOCIAL HISTORY

The patient reports that prior to 1996 he was working as a project manager and computer consultant. He also was quite active physically, skiing, playing tennis, playing basketball, and going camping. He states he also used to use a ski machine. At the height of his illness, he wasn't even able to stand on the skiing machine for 30 seconds. He has gradually been building up his tolerance and states that he can now do some activity on a bike and treadmill and swim approximately four laps in a swimming pool. At the end of 1996 he worked on a limited basis and finally stopped working completely in April, 1997. He has not worked since that time. He denied any cigarette use, alcohol use or significant caffeine intake.

PHYSICAL EXAMINATION

On examination, the patient is a well-developed, well-nourished man who appears in no acute distress at rest.

HEENT: Normocephalic, atraumatic head. Pupils equal, round and reactive to light.

Neck: Supple. Cervical range of motion is within normal limits.

Bilateral upper extremity strength, sensation, and range of motion appear grossly within normal limits.

On back examination, the patient has good range of motion throughout. Bilateral lower extremity strength and sensation are within normal limits.

IMPRESSION/PLAN

The patient has been treated for copper toxicity with a variety of interventions. He has not been able to return to work since 1997. Although he still has significant fatigue, he has made dramatic progress. I feel it is appropriate for him to gradually return to the workforce. My recommendation would be to try to simulate some of his work tasks in occupational therapy. I would then recommend that he try a gradual resumption of his former duties. I would start by

Page 2

CONFIDENTIALITY OF THIS RECORD IS REQUIRED
BY CHAPTER 899 OF THE CT GEN STAT. THIS
SHALL NOT BE TRANSMITTED WITHOUT
CONSENT OR OTHER AUTHORIZATION AS
SPECIFIED IN SECT. STATUTES.

AETNA 231

GAYLORD HOSPITAL, INC. AND ITS AFFILIATES
P.O. BOX 400
Wallingford, Connecticut
06492

PATIENT:   BENNETT, TODD A           HOSPITAL NO.: 80714
DATE:      01/26/01                  PHYSICIAN: Jerrold L Kaplan

working four hours per day three days per week and advance as tolerated. I would like to see him for reevaluation a month after he returns to work.

_____
Jerrold L. Kaplan, M.D.

JLK/gbc

D: 02/08/2001 11:28:58
T: 02/14/2001 15:37:20

AETNA 232

Page 3

CONFIDENTIALITY OF THIS RECORD IS REQUIRED BY CHAPTER 899 OF THE CT GEN STAT. THIS RECORD SHALL NOT BE TRANSMITTED WITHOUT WRITTEN CONSENT OR AUTHORIZATION AS PROVIDED BY THE ABOVE QUOTED STATUTES.

# GAYLORD

Gaylord Hospital

Gaylord/Wallingford
P.O. Box 400
Gaylord Farm Road
Wallingford, CT 06492
203-284-2800
203-284-2800 fax

Gaylord/New Haven
One Long Wharf Drive
New Haven, CT 06511
203-624-3500
203-495-2500 fax

Gaylord/Woodbridge
Jewish Community Center
Amity Road Route 63
Woodbridge, CT 06525
203-387-7300

August 21, 2001

To Whom It May Concern:

RE:   Todd Bennett
      Gaylord MR #80714

    Todd Bennett was seen today for re-evaluation at Gaylord Hospital. He has been followed for a variety of difficulties associated with copper toxicity.

    It is my medical opinion that he is now able to return to work four hours per day, five days per week. I would like him to try to advance his work schedule by one hour per day each week; i.e. at one week's time 25 hours per week, at two week's time 30 hours per week and at three week's time 35 hours per week and at the end of the month, 40 hours per week. I will be in contact with the patient and readjust his schedule if needed.

Sincerely,

Jerrold L. Kaplan, M.D.
Vice President and Medical Director

JLK:smf

AETNA 142

**EXHIBIT 4**

**INTEGRATED MEDICAL**

Robban A. Sica, MD

8/20/01

Aetna US Healthcare
PO Box 285
Deerfield, IL 60015-0285

Re:        Todd Bennett
DOB:      5/9/70
Claim #:  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



Attention: Carrie Jo Peters
Disability Management Specialists

I am writing to dispute the physician consultant's opinion (James P. Cole, MD) regarding Me. Bennett. There are numerous factual errors, (including the spelling of my name), omissions, and faulty conclusions in this statement. Let me attempt to correct these errors.

Todd Bennett has been under my care since April 1997. In December of 1996, Todd found himself no longer able to perform everyday personal/professional activities. After seeing several other physicians without results, he came to me and presented with cognitive impairments: difficulty concentrating, reading, talking and writing. He also experienced weakness, fatigue, parasthesia, and muscle fasciculations. Lab work indicated elevated liver enzymes. Further testing revealed severe copper toxicity. To reduce copper levels, he was chelated with D-Penecillamine from 12/97-2/99 and EDTA from 7/98-12/99.

For your information, Connecticut's land is rich in copper, and copper toxicity within the water supply has been at times problematic. *The State of Connecticut passed laws in 2000 and 2001 requiring water companies to notify consumers about excess copper in their drinking water.* Such notifications did not occur in the past, though excess amounts of copper in the water have been documented at levels 8 times higher than the allowable limits. Although not on a municipal water supply, Todd lived approximately 20 years in close proximity to the first copper mine in the US (New-Gate Prison, East Granby, CT) and another copper mine even closer. His home (and well) was located approximately 2 miles away in a geologically similar location, in an area with a high water table. In addition to copper toxicity, he has also been diagnosed with chronic fatigue syndrome (consistent with CDC criteria), neuropathy, multiple endocrine dysfunctions (androgen, adrenal, and thyroid), Multiple inhalant allergies, and severe eczema.

Among numerous tests a MRI of the brain was done in April 1997. Results showed non-specific, tiny foci of hyperintensity of the white matter adjacent to the lateral ventricles. Clinical correlation was advised. A follow up was done in June of 1999, which indicated a stable MRI (unchanged). Todd's goal when he became my patient was to resume the active professional and personal life he had prior to becoming ill. This goal has not changed. Todd's symptoms have improved to the point that attempting to return to work is now a plausible option. However, I strongly disagree with the recommendation of a 40 hour workweek at this time. His copper level no longer appears to be toxic but he still experiences an aftermath of symptoms. These symptoms include muscle twitches, tingling in arms

830 Post Road East, Westport, CT 06880
370 Post Road, Orange, CT 06477

Phone: 203 / 226-4167        Fax: 203 / 454-5948
Phone: 203 / 799-7733        Fax: 203 / 799-3560

AETNA

and legs, and heaviness in extremities. It is the reduced concentration capacity and limited mental and physical stamina that poses the biggest problem.

After successful treatment of copper toxicity, it is not uncommon for associated symptoms to take years to diminish and in some cases may be permanent. These symptoms can be disabling and impact the patients ability to function both at work and home.

Todd is a Computer Consultant for Accenture (formerly Andersen Consulting). His primary responsibilities include supervising teams regarding the analysis, design, development, testing and implementation of complex business computer systems. This position requires extensive analytical and mental skills to accomplish the job. He is currently on leave of absence.

It is important to note that while Todd performed well on the 3-hour neuropsychological testing done at Gaylord Hospital, these results do not display the mental and physical drain that he experienced after this testing. While the testing is known to be grueling, it is not unlike the demands of his occupation. Based on this, a gradual return to work, close monitoring of progress, and gradual increase of hours is strongly recommended by myself as well as the rehabilitation specialists at Gaylord Hospital. These recommendations were made to his employer several months ago but the employer has yet to comply.

In summary, I strongly disagree with the recommendation of a 40 hour workweek at this time, as it is unlikely to be successful and may actually cause a relapse of chronic fatigue. Instead, Todd should resume work initially for 3 hours on Monday, Wednesday and Friday. As he progresses and his condition improves this time should be increased gradually. Hopefully, he eventually will return to work full time and a normal life.

Sincerely,

Robban Sica, MD

INTEGRATED MEDICAL ARTS, LLP
830 Post Road East, Westport, CT 06880
370 Post Road, Orange, CT 06477

Phone: 203 / 226-4167
Phone: 203 / 799-7733

Fax: 203 / 454-5948
Fax: 203 / 799-3560

MAR. 7.2002   6:19PM   CENTER FOR HEALING

# Center for the Healing Arts, pc

March 5, 2002

Robban A. Sica, MD, Medical Director

Carrie Jo Peters
Disability Management Specialist
Aetna Life Insurance Company
Group Benefits Department
P.O. Box 285
Deerfield, IL 60015-0285

RE:   Todd Bennett
      D.O.B. 5/9/70

Dear Ms. Peters,

As you know from my previous correspondence (most recent 8/20/01), Todd Bennett has been under my care since April 1997. I recently re-evaluated him on March 4, 2002. In the past year, he has gradually improved and has been able to return to work on a part-time basis. At this point, four hours per day is the maximum amount he is capable of working, despite his improvement.

As previously documented, Todd has been aggressively treated for sever copper toxicity. It is not uncommon for the symptoms associated with the damage from this type of heavy metal poisoning to take years to diminish. In some cases, the neurological impairment may be permanent. It is too early to predict whether or not Todd falls into this latter category. These symptoms are disabling and impact the patient's functional capacity both at home and at work.

His prior employer has not accommodated Todd's need for part-time employment and, as a result, Todd has been forced to seek employment in another occupation, where he will have the flexibility necessary to accommodate his health problems. He has had to acquire the necessary skills for this new position, which he has only been able to do because of the improvement in cognitive function and stamina. Currently, however, fatigue impairs his concentration and attention span after four hours, necessitating the shortened workday.

He therefore remains partially disabled by fatigue and cognitive impairment. He is able to perform the duties of an occupation on a part-time basis ONLY. While he continues to improve at a very slow rate, it is possible that his current status represents maximal medical improvement. If you have any further questions, please contact my office.

Sincerely,

Robban A. Sica, MD

370 Post Road, Orange, CT 06477
www.CenterHealingArts.com
Phone: 203 / 799-7733
Fax: 203 / 799-3560
support@CenterHealingArts.com

C_Bennett T 030502.doc