EXHIBIT 5

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| TODD BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:03CV0080 AVC |
| | ) | |
| ACCENTURE LLP, | ) | January 5, 2004 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT ACCENTURE'S RESPONSE TO
## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 26 and 34(b), Accenture LLP ("Defendant" or "Accenture")
responds as follows to Plaintiff Todd Bennett's ("Plaintiff" or "Mr. Bennett") Request for
Production of Documents ("Request"). Accenture agrees to produce those documents that are
responsive, not privileged, within its possession, custody or control, and that it has been able to
locate following a due and diligent search in the usual locations where such documents are
located, subject to and without waiving the following general objections and any specific
objections set forth below each individual request. Further, to the extent that other responsive
and non-privileged documents are located at a later time, Accenture reserves the right to
supplement its response. Accenture's agreement to produce a particular type of document shall
not be deemed to constitute admissions that: (1) any particular document exists, is relevant, or is
admissible in evidence; or (2) any statement or characterization in the plaintiff's request is
accurate or complete.

Further, Accenture responds to Plaintiff without waiving: (1) the right to object on any
ground to the use of any of the documents produced in response to this Request in any

proceeding, hearing, or trial of this or any other action; (2) the right to object on any ground at any time to any demand for further responses to this Request or any other requests for production or any other discovery involving the subject matter of this Request; and (3) the right at any time to revise, correct, supplement, or clarify these objections and this Response.

<u>GENERAL OBJECTIONS AND CONDITIONS OF PRODUCTION</u>

1.    Accenture objects to each and every request for production of documents, including every instruction thereto, to the extent that they attempt or purport to impose requirements or obligations on Accenture beyond those imposed by the Federal Rules of Civil Procedure.

2.    Accenture objects to each and every request for production of documents to the extent that it calls for documents protected by the attorney/client privilege, the work product doctrine, trial preparation materials or other material protected under Rule 26(b) of the Federal Rules of Civil Procedure, and Accenture reserves the right to withhold any privileged information or documents.

3.    Accenture objects to producing more than once any document that is responsive to more than one request. Where a single document is responsive to multiple requests, it will be produced in response to the first request to which it applies.

4.    Accenture objects to any request to the extent that it seeks production of confidential or proprietary business information or documents, and Accenture will not produce such documents without an appropriate confidentiality agreement or protective order in place.

5.    Accenture objects to any request to the extent that it contains undefined terms or phrases, embodies legal conclusions, or requires the drawing of legal conclusions.

6.    Accenture objects to any request to the extent that it seeks information or documents that are (i) no longer available to Accenture, or (ii) publicly available.

By producing documents responsive to this Request, Accenture does not waive, and shall not be deemed to have waived, the attorney-client privilege, the protection of the work product doctrine, the immunity from discovery that may attach to any document produced or to any other documents in its possession, custody, or control. Any inadvertent production of a document that is subject to any such privilege or immunity from discovery shall not be deemed to constitute a waiver of any such privilege or immunity. Accenture reserves its right to demand that the Plaintiff return to Accenture any such document and all copies thereof.

The following responses and objections are based upon information now known. Accenture has not yet completed discovery in this action, and therefore reserves the right to amend, modify, or supplement the responses and objections set forth below. Subject to the foregoing conditions, and without waiving any of the above-stated objections, Accenture responds as follows:

## SPECIFIC RESPONSES AND OBJECTIONS

### REQUEST NO. 1

Any and all e-mails, correspondence between the plaintiff and defendant from January, 2001 through December 31, 2002.

### RESPONSE NO. 1

Accenture states that it will produce responsive documents in its care, custody or control, herein, that address the specific issues articulated in Plaintiff's Complaint. Accenture further states that discovery is still ongoing and reserves its right to supplement this response should the existence of additional documents or information becomes known.

### REQUEST NO. 2

The plaintiff's personnel file.

3

**RESPONSE NO. 2**

Accenture states that it will produce plaintiff's personnel file herein.

**REQUEST NO. 3**

Portions of the defendant's personnel procedures/manual or policy memoranda sent to employees concerning their rights at the time of a lay-off or reduction in force.

**RESPONSE NO. 3**

Accenture objects to this request on the grounds that it is vague and ambiguous, and undefined in time. Accenture further objects to this request because it seeks information which is irrelevant and immaterial to this litigation and is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff's Complaint purports to state claims for handicap discrimination only. As a result, Plaintiff is not entitled to information regarding individuals, alleged incidents, policies, procedures, data, or activity outside of that construct. Lastly, Accenture objects to any assumptions or characterizations regarding information it may or may not provide to its employees at the time of any employment separation from Accenture.

Notwithstanding its objections and without waiving same, Accenture states that it will provide samples of prior workforce reduction notification letters and its Separation Policy herein.

**REQUEST NO. 4**

Any employee handbook(s) which was distributed to personnel from 1992 through 2002.

**RESPONSE NO. 4**

Accenture objects to this request on the grounds that is vague, ambiguous and overly broad in time and undefined in scope. Accenture further objects in that it has traditionally maintained its personnel policies in the form of an on-line database, updating and/or editing its policies as changes have occurred. As such, it is impossible to historically recreate a discrete set of policies that may have existed for any given year.

4

Notwithstanding its objections and without waiving same, Accenture states that if plaintiff is willing to narrow his request to a particular policy in existence at a stated point in time, Accenture will attempt to ascertain what specific policy, if any, was in existence at that time. Further stating, Accenture will produce its current personnel policies, noting that there may have been modifications to its policies since the date of the termination of plaintiff's employment.

## REQUEST NO. 5

Any memoranda or e-mails exchanged by personnel within the defendant company concerning the plaintiff's request to return to work part-time.

## RESPONSE NO. 5

Accenture objects to this request to the extent it calls for and to the extent it seeks documents subject to the attorney-client and work product privileges and/or prepared in anticipation of litigation.

Notwithstanding its objections and without waiving same, Accenture states that it will provide responsive, non-privileged documents in its care, custody or control herein. Accenture further states that discovery is still ongoing and reserves its right to supplement this response should the existence of additional documents or information becomes known.

## REQUEST NO. 6

Any and all communications between the defendant and Aetna Life Insurance Disability Services concerning the plaintiff after January, 2001.

## RESPONSE NO. 6

Accenture objects to this request to the extent it calls for and to the extent it seeks

RESPONSE TO DOCUMENT REQUEST NOS. 5 AND 6

Accenture 0461

RE:  Todd Bennett (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)

Mr. Bennett's LTD benefits were terminated on 4/7/02. My apologies for
having overlooked the notification to you.


-----Original Message-----
From: peter.c.zackrison@accenture.com
[mailto:peter.c.zackrison@accenture.com]
Sent: Thursday, May 30, 2002 12:50 PM
To: Seccombe, Robert; Hollworth, Tad
Cc: toni.l.corban@accenture.com
Subject: Re: LTD Info


Can you guys verify if Todd Bennett is still getting LTD benefits? If
the
answer is no - what was the cut off date. Thanks.

Accenture 0462

```
------------------------------------------------------------------
----
-----------------------------------
```

Peter C. Zackrison
Accenture
U.S. Benefits
69-31619 312-693-1619
peter.c.zackrison@accenture.com


This message is for the designated recipient only and may contain
privileged, proprietary, or otherwise private information.  If you have
received it in error, please notify the sender immediately and delete
the
original.  Any other use of the email by you is prohibited.

This e-mail, including attachments, is intended for the exclusive use of
the
person or entity to which it is addressed and may contain confidential
or
privileged information.  If the reader of this e-mail is not the
intended
recipient or his or her authorized agent, the reader is hereby notified
that
any dissemination, distribution or copying of this e-mail is prohibited.
If
you think that you have received this e-mail in error, please advise the
sender by reply e-mail of the error and then delete this e-mail
immediately.
Thank you.  Aetna Inc.



Bennett, Todd.DOT

Accenture 0463

a

151 Farmington Avenue
Hartford, CT  06156-2964

Disability Claim, RT32
1-800-325-7377
Fax: (860) 952-2089

Date: __May 31, 2002__

RE: Employee ___Todd Bennett_____    Social Security Number    ___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_____

Employer ____Accenture_____    Control Number ___657455_____

We have received information concerning LTD benefits from the above mentioned
employee. Based on the information provided we have made a determination as indicated
below:

☐       The claim for LTD benefits has been **denied**.

        Denial Date: _____

✓       The LTD claim has been **terminated**.

        Termination Date: April 7, 2002

☐       The claim for LTD benefits has been **approved**.

        Effective Date: _____    End of Benefit Date: _____

        Test Change Date: _____

        Premium Waiver / DBO-AID :    ☐ Approved as of _____

                                      ☐ Denied    ☐ Not Applicable

        Attached is our monthly LTD benefit calculation.

Other: _Mr. Bennett is not totally disabled from performing the duties of any reasonable_
_occupation._____

Please be advised we have sent a letter to your employee as notification of our decision.

If you have any further questions, please contact me at (860) 273-5850.

Sincerely,

Robert F. Seccombe

Accenture 0464

Peter C. Zackrison

02/05/2002 05:16 PM

To: EvansM2@aetna.com, SeccombeR@aetna.com,
HollworthT@aetna.com

cc: Toni L. Corban/Internal/Accenture@Accenture

Subject: Re: Todd Bennett

Todd Bennett will be terminated soon from Accenture. He wants a statement saying that losing employment with Accenture does not affect his LTD Benefit status with Aetna. (He has qualified for LTD Benefits).

I plan to send a statement which will say to Todd. "Once you have qualified for LTD benefits, termination from Accenture will not affect your eligibility to continue to receive LTD Benefits. You may verify this with X at Aetna (phone number).

1. Do you agree with my statement?
2. Can I use a name and number at Aetna to verify this?

Let me know-Thanks.

Accenture 0465

**Michele B. Holt**
11/08/2001 08:54 AM

To: Toni L. Corban/Internal/Accenture@Accenture
cc:
Subject: Todd Bennett: Questions on Termination

Toni,

Todd Bennett and his wife Amy called me this morning to discuss his employment status.  I let him/them know that we cannot return him from leave on a part time basis and unfortunately will terminate his employment with us.  Several questions came up.  Can you help me address these?

Redacted

Accenture 0466

Toni L. Corban

To: Michele B. Holt/Internal/Accenture@Accenture

08/27/2001 10:14 AM

cc:

Subject: RE: LTD Question

Let's talk about communicating to Todd that we do not have any open positions for him and therefore, his employment will be terminated.

Toni L. Corban
Accenture
US Personnel Matters - Employee Relations
Florham Park Office, 301/1350, Direct: (973) 301-1350
AIM - TLCorban

----- Forwarded by Toni L. Corban on 08/27/2001 10:15 AM -----

"Seccombe, Robert"
<SeccombeR@aetna.com>

To: Peter C. Zackrison@Accenture

cc: Toni L. Corban@Accenture, Yvette M. Molina@Accenture, "Evans, Michael" <EvansM2@aetna.com>, "Hollworth, Tad" <HollworthT@aetna.com>

08/22/2001 01:11 PM

Subject: RE: LTD Question

Mr. Bennett continues receiving his full long term disability benefits. Although the medical information indicates he may be capable of part time work he has not resumed work on a part time basis and is therefore eligible to continue to receive his full benefit.

-----Original Message-----
From: peter.c.zackrison@accenture.com
[mailto:peter.c.zackrison@accenture.com]
Sent: Wednesday, August 22, 2001 11:00 AM
To: Seccombe, Robert; Hollworth, Tad
Cc: toni.l.corban@accenture.com; yvette.m.molina@accenture.com
Subject: Re: LTD Question

Bob/Tad-can you tell us the LTD status of Todd Bennett (SSN# 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). Specifically, is he on full disability, partial disability or off LTD benefits altogether. Also, any history of when he made the status changes would be helpful. Thanks.

**Michele B. Holt**

08/02/2001 06:20 PM

To: Tara L. Parisi@Accenture
cc: Toni L. Corban@Accenture
Subject: Todd Bennett

Hi Tara,

Just wanted to check with you to see where we are on Todd Bennett's return to work.  Have you gotten confirmation from your market unit/leadership?  Todd is very anxious to come back and I'd like to give a status.

Any information would be great.

Thanks much,
Michele


Michele B. Holt
Northeast/Canada Insurance People Matters
Hartford
Direct Dial:  860-756-2639
VPN:  756-2639


----- Forwarded by Michele B. Holt on 08/02/2001 06:24 PM -----

**Michele B. Holt**

07/24/2001 03:32 PM

To: Tara L. Parisi@Accenture
cc:
Subject: Todd Bennett

Hi Tara,

Any word on Todd's ability to come back to the Government MU from LTD?  Please let me know where things stand.

Thanks much,
Michele


Michele B. Holt
Northeast/Canada Insurance People Matters
Hartford
Direct Dial:  860-756-2639
VPN:  756-2639

Accenture 0468

**Michele B. Holt**

07/24/2001 04:11 PM

To: Toni L. Corban@Accenture
cc:
Subject: Re: Todd Bennett

fyi

Michele B. Holt
Northeast/Canada Insurance People Matters
Hartford
Direct Dial:  860-756-2639
VPN:  756-2639

----- Forwarded by Michele B. Holt on 07/24/2001 04:17 PM -----

**Tara L. Parisi**

07/24/2001 03:38 PM

To: Michele B. Holt@Accenture
cc:
Subject: Re: Todd Bennett

Michele,
I just spoke to Mark Raymond about this today.  He is going to speak with Rick Hegwood, the AP running the CT project, and see if he can put Todd up to the client for approval.  I will let you know as soon as I hear anything from Mark,
Thanks,
Tara

---

Tara L. Parisi
East Government People Matters
Boston

Tel.: 617-454-8155
Fax.: 617-454-4002
Octel: 454/8155
email: tara.l.parisi@accenture.com

Michele B. Holt

**Michele B. Holt**

07/24/2001 03:32 PM

To: Tara L. Parisi@Accenture
cc:
Subject: Todd Bennett

Hi Tara,

Any word on Todd's ability to come back to the Government MU from LTD?  Please let me know where things stand.

Thanks much,
Michele

Michele B. Holt
Northeast/Canada Insurance People Matters
Hartford
Direct Dial:  860-756-2639
VPN:  756-2639

Toni L. Corban

05/09/2001 11:50 AM

To: Yvette M. Molina@Accenture
cc:
Subject: Todd Bennett's doctor note

Hi Yvette. As we talked a bit about, we are at the point we need to talk to Mary/Marc about this. Can you add this to your status call with Mary tomorrow. Michele has really explored all her avenues (MU HR, etc.) She indicated the Hartford Community Partner is rarely around and will defer to her. His situation is outlined below:

Todd was part of the Hartford PVC before going out on STD in April - July 1997 and then LTD on July 6, 1997. He was a Technology Consultant not deployed to a MU as our Consultants were not deployed in 1997.

In March 2001, he contacted Paula Miller (Hartford Benefits) to discuss his return to work on a limited basis. Paula asked for doctor's documentation surrounding his limitations. He provided us a note that outlined that he can work three hours per day, three days per week for the first two weeks and then can increase to four hours per day, three days per week for the next two weeks. He can continue at that level until he is re-evaluated. The doctor suggested 9-12 M, W, F.

Michele spoke with Todd regarding the note and let him know that there isn't a Hartford PVC any longer; therefore, it would take some time for her to identify a group for him to join or work with temporarily. Michele has been working since that time with various HR groups in the MU's to identify potential groups that Todd can work with. She has been in communication with Todd regularly regarding status.

At this point due to the MU's really scrutinizing headcount, Michele has not been successful to date. She may be able to place Todd with the Client Satisfaction Survey team and potentially government, but if they do not work out, (she won't know for another week or so) we need to determine next steps and set Todd's expectations.

Let me know if you need more info.

Thanks,
tlc

Toni L. Corban
Accenture
US Personnel Matters - Employee Relations
Florham Park Office, 301/1350, Direct: (973) 301-1350
AIM - TLCorban

**Michele B. Holt**

03/07/2001 12:49 PM

To: Toni L. Corban@Accenture
cc: Paula W. Miller@Accenture
Subject: Todd Bennett's doctor note

Toni,

We received the note back form Jerrold Kaplan, Todd Bennett's doctor. I'm uncertain what the next steps are in this case. The note is very specific. I'm assurning we'll need to show it to someone in legal who can guide us on ADA.

Let me know your thoughts.
Michele

Michele B. Holt
Northeast/Canada Insurance People Matters
Direct Dial: 860-756-2639
VPN: 756-2639

**Paula W. Miller**

03/01/2001 03:09 PM

To: Toni L. Corban@Accenture
cc: Michele B. Holt@Accenture
Subject: Todd Bennett Fax for Doctor

FYI, I completed the memo to Dr. Kaplan and faxed it to his office today.

Thanks,
Paula

Accenture
GS U.S. People Matters Operations - ET/C&HT
Paula W. Miller, Hartford, (860) 756-2584, 756-2584

----- Forwarded by Paula W. Miller on 03/01/2001 03:07 PM -----

**Toni L. Corban**

02/28/2001 11:25 AM

To: Paula W. Miller@Accenture
cc: Michele B. Holt@Accenture
Subject: Todd Bennett Fax for Doctor

Hi Paula. As I mentioned in my AIM, attached is a memo to be sent to Todd Bennett's physician requesting information regarding his return to work. Please fax it to Dr. Jerrold Kaplan at (203) 284-2894. I completed the memo, with the exception of your fax number.



bennettdrnote.doc

Let me know if you have any Qs. Let's talk once you receive the info. Thanks.

Toni L. Corban
Accenture
US Personnel Matters - Employee Relations
Florham Park Office, 301/1350, Direct: (973) 301-1350
AIM - TLCorban

**Accenture 0472**