**EXHIBIT 13**

# ACCENTURE UNITED STATES
# CONSULTING SEPARATION BENEFITS PLAN
### (Effective as of September 1, 2001)

Accenture 0222

# ACCENTURE UNITED STATES
# CONSULTING SEPARATION BENEFITS PLAN

## TABLE OF CONTENTS

| | Page Number |
|---|---|
| Introduction | 1 |
| Eligibility | 1 |
| Base Separation Pay | 2 |
| Enhanced Separation Benefits | 3 |
| Separation Agreement | 6 |
| Re-employment - Repayment of Separation Benefits | 6 |
| Return of Accenture Property/Time Reports | 7 |
| Other Plans | 7 |
| Plan Administration/Benefit Determinations | 8 |
| Amendment/Termination | 8 |
| No Assignment | 8 |
| No Employment Rights | 9 |
| Plan Funding | 9 |
| Applicable Law | 9 |
| Severability | 9 |
| Benefit Claims Procedures | 9 |
| Your Rights Under ERISA | 10 |
| Information Required by ERISA | 11 |
| Glossary of Terms | 13 |
| Supplement A (Enhanced Retirement Program) | A-1 |

Accenture 0224

ACCENTURE UNITED STATES
CONSULTING SEPARATION BENEFITS PLAN
(Effective as of September 1, 2001)

INTRODUCTION

Accenture has established the Accenture United States Consulting Separation Benefits Plan to provide Separation Benefits to eligible employees.

In general, you are eligible for benefits under the Plan if you are an Accenture employee working in Accenture's Consulting Practice in the United States and your employment with Accenture is involuntarily terminated between September 1 and October 31, 2001, as part of the reduction of Accenture's Consulting Practice workforce. If you satisfy all the Plan's conditions for benefits, you will receive Base Separation Pay; however, you are eligible for additional Enhanced Separation Benefits only if you sign (and, if applicable, do not revoke) a written Separation Agreement in the form provided and approved by Accenture.

This booklet contains the rules of the Plan. Capitalized terms used in this booklet are defined in the Glossary of Terms at the end of this booklet. To better understand your rights under the Plan, you should familiarize yourself with these terms.

ELIGIBILITY

To be eligible for Separation Benefits under the Plan, you must meet all the requirements described in this Section. Employees eligible for Separation Benefits under the Plan are called "Participants." Only Participants are eligible for Separation Benefits.

You will become a Participant in the Plan if (i) you are on Accenture's regular payroll and employed in Accenture's Consulting Practice in the United States, and (ii) your employment with Accenture is involuntarily terminated between September 1 and October 31, 2001, in connection with the reduction of Accenture's Consulting Practice workforce. Even if you meet these two requirements, you will not become a Participant in the Plan, and will not be eligible for benefits under the Plan, if any of the following applies to you on or before your Termination Date:

   1. Your employment with Accenture terminates because of your voluntary terminatin, job abandonment, death, or any other reason not connected to the reduction of Accenture's Consulting Practice workforce.

   2. Your employment is terminated for Cause.

   3. You accept another job with Accenture (or an affiliate) prior to your Termination Date.

-1-

4.  You are on FlexLeave or you have requested FlexLeave (unless your FlexLeave request was denied).

5.  You become eligible to receive long-term disability benefits from Accenture.

6.  You fail to comply with the conditions under "Return of Accenture Property/Time Reports."

7.  You are classified as an intern.

8.  You are a temporary employee.

Any individuals performing services for Accenture who are not on Accenture's regular payroll (e.g., independent contractors, leased employees) are not eligible for the Plan, regardless of any subsequent reclassification of any such individual as an employee of Accenture. Employees classified by Accenture as "partners" are not eligible for the Plan.

## BASE SEPARATION PAY

If you satisfy the conditions of the Plan, you will receive Base Separation Pay as described in this Section.

Calculation of Base Separation Pay. Base Separation Pay consists of two components: weeks of Base Pay and, if applicable, a COBRA Payment, both of which are based on your career level as of your Termination Date and, if applicable, your Years of Service as of October 31, 2001, regardless of your actual Termination Date. You are eligible for the COBRA Payment only if you were enrolled in the Active Medical Plan and/or the Dental Plan immediately prior to your Termination Date.

The amount of a Participant's Base Separation Pay is determined in accordance with the following schedule:

| Career Level | Years of Service | Weeks of Base Pay | COBRA Payment - Months |
|---|---|---|---|
| Associate Partner | N/A | 12 | 3 |
| Senior/Experienced Manager (M4+) | 15 or more | 12 | 3 |
| | Less than 15 | 10 | 3 |
| Manager (M1-M3) | N/A | 8 | 2 |
| Consultant | N/A | 6 | 2 |
| Analyst | N/A | 2 | 1 |

Accenture 0226

Part-Time Employees. If you are a part-time employee, your Base Pay will be pro-rated to reflect hours actually worked.

COBRA Coverage. You will receive the COBRA Payment under this Plan whether or not you elect COBRA Continuation Coverage; however, your receipt of the COBRA Payment under the Plan does not automatically entitle you to COBRA Continuation Coverage. To receive COBRA Continuation Coverage, you must elect the coverage and pay the required premiums when due. COBRA Continuation Coverage will be governed by and will terminate in accordance with the provisions of the Active Medical Plan and/or the Dental Plan. The Accenture Benefits Center will provide you with separate information about COBRA Continuation Coverage.

Payment. Unless otherwise required by law, your Base Separation Pay will be paid to you in a cash lump sum on the next regular payroll date following your Termination Date (or as soon as administratively practicable thereafter). All legally required taxes will be deducted from your Base Separation Pay. Any amounts you owe to Accenture may be deducted from your Base Separation Pay.

Death Before Payment. If a Participant dies before receiving payment of his or her Base Separation Pay, such amounts will be paid to his or her estate.

## ENHANCED SEPARATION BENEFITS

If you submit a signed Separation Agreement to Accenture by the specified deadline and, if applicable, do not revoke the Agreement (and you satisfy the Plan's other conditions for benefits), you will receive Enhanced Separation Benefits in addition to your Base Separation Pay.

Enhanced Separation Benefits consist of Enhanced Separation Pay, Outplacement Services and, if you are eligible, a Lump-Sum Pay Adjustment and/or the Enhanced Retirement Program. As described below, you are eligible for the Enhanced Retirement Program only if you are a participant in the Retirement Plan and you will be at least age 53 and would have at least 3 Years of Vesting Service as of October 31, 2001 (regardless of your actual Termination Date).

Enhanced Separation Pay. Enhanced Separation Pay consists of two components: weeks of Base Pay and, if applicable, a COBRA Payment, both of which are based on your career level as of your Termination Date and, if applicable, your Years of Service as of October 31, 2001, regardless of your actual Termination Date. You are eligible for the COBRA Payment only if you were enrolled in the Active Medical Plan and/or the Dental Plan immediately prior to your Termination Date. The amount of a Participant's Enhanced Separation Pay is determined as follows:

Accenture 0227

| Career Level | Years of Service | Weeks of Base Pay (In addition to Base Separation Pay) | COBRA Payment - Months (In addition to Base Separation Pay) |
|---|---|---|---|
| Associate Partner | 15 or more | 8 plus 1 for each complete Year of Service equal to or greater than 15 Years of Service | 2 months plus 1 week for each complete Year of Service equal to or greater than 15 Years of Service (rounded up for a complete month) |
| | Less than 15 | 8 | 2 |
| Senior/Experienced Manager (M4+) | 15 or more | 8 | 2 |
| | Less than 15 | 6 | 2 |
| Manager (M1-M3) | N/A | 6 | 2 |
| Consultant | N/A | 4 | 1 |
| Analyst | N/A | 4 | 1 |

*STD/FMLA Leave.* If you are on short-term disability (STD) or a Family and Medical Leave Act (FMLA) leave as of September 1, 2001, or were otherwise scheduled to begin an STD or FMLA leave no later than thirty days following your Termination Date, your Enhanced Separatin Pay also will include an amount equal to your Base Pay for the number of weeks (if any) remaining in the paid-time portion of your scheduled leave or six weeks of your Base Pay, whichever is less.

*Part-Time Employees.* If you are a part-time employee, your Base Pay will be pro-rated to reflect hours actually worked.

*COBRA Coverage.* You will receive the COBRA Payment under this Plan whether or not you elect COBRA Continuation Coverage; however, your receipt of the COBRA Payment under the Plan does not automatically entitle you to COBRA Continuation Coverage. To receive COBRA Continuation Coverage, you must elect the coverage and pay the required premiums when due. COBRA Continuation Coverage will be governed by and will terminate in accordance wlt the provisions of the Active Medical Plan and/or the Dental Plan. The Accenture Benefits Center will provide you with separate information about COBRA Continuation Coverage.

*Payment.* Unless otherwise required by law, your Enhanced Separation Pay will be paid to you in a cash lump sum on the next regular payroll date after you submit your signed Separation Agreement and, if you are age 40 or older (or reside in Minnesota), following the expiration of the revocation period for the Separation Agreement(or as soon as administratively practicable thereafter). Any amounts you owe to Accenture may be deducted from your Enhanced Separation Pay.

Accenture 0228

Outplacement Services. Outplacement Services will be provided by an outside firm selected by Accenture. You will receive separate, detailed information about the Outplacement Services, including the types of available services, how to enroll, and the locations of available programs. The following summarizes the Outplacement Services:

| Career Level | Outplacement Services |
| --- | --- |
| Associate Partner, Senior/Experienced Manager (M4+), or Manager (M1-M3) | 3-month executive program |
| Consultant | 1-month program |
| Analyst | 3-day workshop |

It is your responsibility to enroll in the available Outplacement Services; enrollment is not automatic. You may enroll for Outplacement Services after you submit your signed Separation Agreement and, if you are age 40 or older (or reside in Minnesota), following the expiration of the revocation period for the Separation Agreement. To receive Outplacement Services under the Plan, you must enroll no later than January 15, 2002.

You may not receive cash in lieu of Outplacement Services.

Lump-Sum Pay Adjustment. Except as provided below, employees whose employment is terminated as part of the Consulting Practice workforce reduction are not eligible for a Lump-Sum Pay Adjustment for fiscal year 2002. If Accenture determines that you would have received a Lump-Sum Pay Adjustment for fiscal year 2002 but for your termination of employment, you will receive the full amount of your Lump-Sum Pay Adjustment as part of your Enhanced Separation Benefits. Your Lump-Sum Pay Adjustment (if any) will be paid to you along with your Enhanced Separation Pay.

Enhanced Retirement Program. You are eligible for the Enhanced Retirement Program if you (1) are a participant in the Retirement Plan immediately prior to your Termination Date, (2) will be at least age 53 as of October 31, 2001, and (3) would have at least 3 Years of Vesting Service as of October 31, 2001 (regardless of your actual Termination Date). If you are eligible, the Enhanced Retirement Program gives you special benefits under the Retirement, Retiree Medical, Dental, and Life Insurance Plans. The Enhanced Retirement Program is described in detail in Supplement A, below.

Taxes. All legally required taxes will be deducted from your Enhanced Separation Benefits.

Death Before Payment. If a Participant dies before receiving payment of his or her Enhanced Separation Benefits (if any), such Enhanced Separation Benefits will be paid to his or her estate. However, the post-death payment of any benefits under the Enhanced Retirement Program will be governed by the terms of the applicable plans and programs.

**SEPARATION AGREEMENT**

A Participant is eligible for Enhanced Separation Benefits only if the Participant signs a Separation Agreement in the form provided and approved by Accenture. Accenture will provide the Separation Agreement to Participants. In order to receive Enhanced Separation Benefits, you must submit your signed Separation Agreement by the deadline specified in the Separation Agreement or as otherwise required by Accenture in its discretion.

If you are age 40 or older (or reside in Minnesota), you may revoke your signed Separation Agreement within the time period specified in the Separation Agreement; the revocation period generally expires seven days after the date you sign the Separation Agreement. Any such revocation must be made in writing to Accenture as specified in the Separation Agreement. If you timely revoke your Separation Agreement, you will not be eligible to receive any Enhanced Separation Benefits under the Plan.

Signed Separation Agreements or revocation notices should be sent to Accenture either (i) by fax to 312-737-1755; Attn: Michelle Stephens, Americas Service Center or (ii) by mail to Accenture, 180 North LaSalle Street, Chicago Illinois 606013110; Attn: Michelle Stephens, Americas Service Center, 6th floor.

**RE-EMPLOYMENT - REPAYMENT OF SEPARATION BENEFITS**

If you accept a job offer from Accenture after your Termination Date, but prior to payment of your Base Separation Pay and/or Enhanced Separation Pay, you will not be entitled to receive payment of your Base Separation Pay and/or Enhanced Separation Pay. If you are re-employed by Accenture after you receive your Base Separation Pay and/or Enhanced Separation Pay, you must repay to Accenture an amount equal to your Base Separation Pay and/or Enhanced Separation Pay (but not the cost of any Outplacement Services). Such repayment must be made within fifteen days following your reemployment date (or such later date as may be specified by Accenture).

You will not, however, be required to repay your Base and/or Enhanced Separation Pay in the following circumstances:

(i) You will not be required to repay all or any portion of your Base and/or Enhanced Separation Pay if Accenture decides not to apply this requirement to you. Accenture has complete discretion to decide whether (and to what extent) to rquire repayment of any particular Participant, taking into account, among other things, the best interests of Accenture.

(ii) You will not be required to repay your Base and/or Enhanced Separation Pay if you are rehired by Accenture after a period equal to the total number of weeks represented by your Base and/or Enhanced Separation Pay. For this purpose, your COBRA

-6-

Payment and, if applicable, Lump-Sum Pay Adjustment will not be taken into account.

For example, assume you received eight weeks of Base Pay. If your re-employment date occurred eight weeks or more after your Termination Date, no repayment would be required. If your re-employment date occurred less than eight weeks after your Termination Date, you would be required to repay a portion of your Separation Pay. Thus, if your re-employment date occurred five weeks after your Termination Date, you would be required to repay three weeks of your Base Pay.

If you are eligible for the Enhanced Retirement Program, your benefits under the Program following re-employment will be governed by the terms of the Retirement, Retiree Medical, Dental, and Life Insurance Plans.

## RETURN OF ACCENTURE PROPERTY/TIME REPORTS

As a condition for receiving any benefits under the Plan: (i) you must return to Accenture all Accenture property (e.g., building keys, credit cards, documents and records, identification cards, office equipment, portable computers, car/mobile phones, parking cards, computer diskettes); (ii) the balance of any expenses against your Accenture personnel number must be zero; and (iii) you must submit final time reports. Any Accenture property must be returned to Accenture no later than your Termination Date.

## OTHER PLANS

The Plan supersedes all other severance or separation plans, programs, policies, or practices (whether formal or informal) covering Participants (including Accenture's Job Search Policy and FlexLeave Policy). Separation Benefits under this Plan are in lieu of any other severance, separation, or other benefits or programs (including Accenture's Job Search Policy and FlexLeave Policy).

Your Separation Benefits (if any) will not be included as eligible compensation for purposes of any of Accenture's pay-based benefits, such as 401(k), profit sharing, retirement, life insurance, and long-term disability.

Nothing in this Plan will limit Accenture's right to, at any time or for any reason, modify, amend, or terminate any of Accenture's employee benefit or compensation plans, programs, policies, or arrangements.

## PLAN ADMINISTRATION/ BENEFIT DETERMINATIONS

<u>Plan Administration</u>. Accenture is responsible for the administration and operation of the Plan. Accenture is the Plan's "plan administrator" and "named fiduciary" (within the meaning of such terms under ERISA).

Accenture may adopt from time to time such rules as may be necessary or desirable for the proper and efficient administration of the Plan and as are consistent with the terms of the Plan. These rules will be applied on a uniform basis to similarly situated individuals.

In administering the Plan, Accenture shall have the authority, exercisable in its sole discretion, to construe and interpret the provisions of the Plan and to make factual determinations thereunder, including the discretionary authority to determine the eligibility of employees (or other individuals) and the amount of benefits payable under the Plan. Any decisions made by Accenture in good faith shall be final and conclusive with respect to all questions concerning the Plan.

Accenture may delegate to one or more of its employees or other persons the responsibility for performing certain of Accenture's duties under the terms of the Plan and may seek such expert advice as Accenture deems reasonably necessary with respect to the Plan.

<u>Benefit Determinations</u>. No benefits will be provided to any individual under the Plan unless the benefits are provided for under the terms of the Plan (as amended from time to time). No benefits will be provided to any individual under the Plan unless Accenture decides in its discretion that the individual is entitled to benefits under the Plan.

No employee, officer, director, or agent of Accenture has the authority to alter, vary or modify the terms of the Plan, except by means of an authorized written amendment to the Plan. No verbal or written representations contrary to the terms of the Plan and its written amendments shall be binding upon Accenture or the Plan.

## AMENDMENT/TERMINATION

Accenture reserves the right in its sole discretion to amend or terminate the Plan at any time, retroactively or otherwise, by a written instrument adopted by Accenture's Administrator or by an individual or individuals authorized to act by Accenture's Administrator.

## NO ASSIGNMENT

Benefits under the Plan shall not be subject to anticipation, alienation, pledge, sale, transfer, assignment, garnishment, attachment, execution, encumbrance, levy, or lien, and any attempt to cause such benefits to be so subjected shall not be recognized, except to the extent required by applicable law.

Accenture 0232

## NO EMPLOYMENT RIGHTS

The Plan shall not confer employment rights upon any person. No person shall be entitled, by virtue of the Plan, to remain in the employ of Accenture, and nothing in the Plan shall restrict the right of Accenture to terminate the employment of any person at any time.

## PLAN FUNDING

The Plan does not confer on any Participant (or any other individual) any right in or title to any assets, funds, or property of Accenture. Any benefits payable under the Plan (other than benefs under the Enhanced Retirement Program) are unfunded obligations of Accenture and shall be paid from Accenture's general assets.

## APPLICABLE LAW

The Plan is governed and shall be construed in accordance with ERISA. To the extent not superseded by ERISA or other federal law, the laws of the state of residence of a Participant will govern the Plan as applied to that Participant.

## SEVERABILITY

If any provision of the Plan is found, held, or deemed by a court of competent jurisdiction to be void, unlawful, or unenforceable under any applicable statue, or other controlling law, the remainder of the Plan shall continue in full force and effect.

## BENEFIT CLAIMS PROCEDURES

You do not need to apply for benefits under the Plan. However, if you wish to file a claim for benefits, you (or your authorized representative) may make a claim by filing a written description of your claim with Accenture. Accenture will notify you in writing if your claim is granted. If your claim is denied, Accenture will notify you of its decision, setting forth the specific reasons for the denial, references to the Plan provisions on which the denial is based, additional information necessary to perfect the claim, if any, and a description of the procedure for review of the denial Any written claim decision will be sent to you within 90 days (or 180 days if warranted by special circumstances) after Accenture received your claim.

You (or your authorized representative) may request a review of a complete or partial denial of your claim for benefits. Any such request must be in writing and must be received by Accenture within 60 days after you received the notice of the denial of your claim. You will be entitled to review pertinent Plan documents and submit written issues and commats to Accenture. Within 90 days (or 180 days if warranted by special circumstances) after Accenture receives your request for review,

Accenture 0233

Accenture will furnish you with written notice of its decision, setting forth the specific reasons for the decision and references to the pertinent Plan provisions on which the decision is based.

You (or your authorized representative) may not challenge a decision of Accenture in court or in any other administrative proceeding unless you have complied with the claim and apeal procedures described above and such procedures have been completed. If your claim for benefits is finally denied by Accenture, you may only bring suit in court (or other administrative proceeding) if you file such action within 120 days after the date of the final denial of your claim by Accenture.

## YOUR RIGHTS UNDER ERISA

As a Participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that Participants will be entitled to:

- Contact Accenture US Benefits to examine all Plan documents or obtain copies, as applicable, of the documents without charge. These documents include any Plan documents filed with the U.S. Department of Labor.
- Obtain copies of official Plan documents and other Plan information upon a written request to Accenture. Accenture may make a reasonable charge for copies.
- Receive a copy of the Plan's annual report (Form 5500) and summary annual report (if any).

In addition to creating rights for Participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan:

- The people who operate the Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of Participants.
- No one, including Accenture or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.
- If your claim for Plan benefit is denied, in whole, or in part, you must receive a written explanation of the reason for the denial. You have the right to have Accenture review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from Accenture and you do not receive them within thirty days, you may file suit in a federal court. In such case, the court may require Accenture to provide the materials and to pay you up to $110 per day until you receive the materials, unless the material was not sent because of reasons beyond the control of Accenture. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or a federal court. If it should happen that the fiduciaries misuse a plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court

may order the person you have sued to pay these costfees. If you lose, the court may order you to pay these costs and fees; for instance, if it finds your claim to be frivolous.

If you have any questions about the Plan, you should contact Accenture. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest area office of the Pension and Welfare Benefits Administration, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration,U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You also may obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administrtaion.

## INFORMATION REQUIRED BY ERISA

| | | |
|---|---|---|
| a. | Name of Plan | Accenture United States Consulting Separation Benefits Plan |
| b. | Effective Date | September 1, 2001 |
| c. | Plan Year | September 1 - December 31, 2001; calendar year thereafter |
| d. | Plan Number | 610 |
| e. | Type of Plan | The Plan is an employee welfare benefit plan as defined in Section 3(1) of ERISA. |
| f. | Plan Sponsor/Participating Employer | Accenture LLP<br>100 South Wacker Drive<br>Chicago, Illinois<br>60606-4006 |
| g. | Plan Sponsor's Identification No. | 72-0542904 |
| h. | Plan Administrator | Accenture LLP<br>100 South Wacker Drive<br>Chicago, Illinois<br>60606-4006<br>Attn: Plan Administrator/US Benefits<br><br>telephone number: 877-693-0028 |