| | | |
|---|---|---|
| i. | Agent for Service of Legal Process | General Counsel<br>Accenture LLP<br>1661 Page Mill Road<br>Palo Alto, California 94304 |
| j. | Separation Agreements/Notices | Signed Separation Agreements or revocation notices should be sent to Accenture either (i) by fax to 312-737-1755; Attn: Michelle Stephens, Americas Service Center or (ii) by mail to Accenture, 180 North LaSalle Street, Chicago Illinois 60601-3110; Attn: Michelle Stephens, Americas Service Center, 6th floor.<br><br>Any other notices or documents required to be given or filed with Accenture under this Plan will be properly given or filed if delivered or mailed, by registered mail, postage prepaid, to Accenture at 100 South Wacker Drive, Chicago, Illinois 60606-4006; Attn: Plan Administrator/US Benefits. |
| k. | Plan Documentation | This booklet constitutes both the plan document and the summary plan description (SPD) for the Plan. |

Accenture 0236

# GLOSSARY OF TERMS

"Accenture" means Accenture LLP. Accenture is the sponsor and administrator of the Plan.

"Active Medical Plan" means the Accenture United States Group Medical Plan, as amended from time to time.

"Base Pay" means your base compensation as specified by Accenture and expressed on a weekly basis. Your Base Pay is determined as of September 1, 2001, and does not include overtime, bonus, incentive pay, or any other special compensation.

"Base Separation Pay" means the payment consisting of the specified weeks of Base Pay and, if applicable, the COBRA Payment.

"Cause" means conduct that, in the sole determination of Accenture, represents (i) gross misconduct, (ii) criminal activity, (iii) unsafe acts or unprofessional behavior, (iv) a violation of Accenture's ethical standards, company policies, or work rules (as modified from time to time), (v) a violation of the basic conditions and duties of employment, including but not limited to absenteeism or tardiness, (vi) willful malfeasance in the performance of your job, (vii) failure to perform the duties of your job to the reasonable satisfaction of Accenture, or (viii) other conduct deemed by Accenture, in its sole discretion, to constitute Cause

"COBRA Continuation Coverage" means continued coverage after your Termination Date under the Active Medical Plan and/or the Dental Plan, pursuant to the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

"COBRA Payment" means the total amount a Participant would be required to pay for COBRA Continuation Coverage for the number of months applicable to the Participant (as specified under the "Base Separation Pay" and/or "Enhanced Separation Pay" section, as applicable), based on the coverages in which the Participant was enrolled under the Active Medical Plan and/or the Dental Plan immediately prior to the Participant's Termination Date. In accordance with Accenture's procedures, the amount determined under the preceding sentence will be increased to reflect applicable tax withholding; however, there can be no guarantee that such increase will equal the actual taxes withheld from a Participant's COBRA Payment.

"Consulting Practice" means the business and technology consulting services practice of Accenture in which employees are in client-serving roles. For purposes of this Plan, the Consulting Practice does not include any employees who are classified by Accenture as Business Practices employees.

"Dental Plan" means the Accenture United States Group Dental Plan, as amended from time to time.

Accenture 0237

"Enhanced Retirement Program" means the special benefits described in this Plan that are provided (to the extent applicable) under the Retirement, Retiree Medical, Dental, and Life Insurance Plans for eligible Participants.

"Enhanced Separation Benefits" means Enhanced Separation Pay, Outplacement Services and, to the extent applicable to a Participant, the Lump Sum Pay Adjustment and the Enhanced Retirement Program, which benefits are provided only if an eligible Participant signs (and, if applicable, does not revoke) a Separation Agreement (and satisfies the other conditions of the Plan).

"Enhanced Separation Pay" means Enhanced Separation Pay (as described in the Plan) consisting of the specified weeks of Base Pay and, if applicable, the COBRA Payment.

"ERISA" means the Employee Retirement Income Security Act of 1974, as amended.

"Lump-Sum Pay Adjustment" means a lump sum payable in lieu of an increase in base salary for Accenture's 2002 fiscal year, as determined in accordance with Accenture's standard payroll practices.

"Outplacement Services" means Outplacement Services as described in the Plan.

"Participant" means an eligible employee in Accenture's Consulting Practice who has satisfied all the conditions for benefits under the Plan.

"Plan" means the Accenture United States Consulting Separation Benefits Plan, as amended from time to time.

"Retirement Plan" means the Accenture United States Retirement Plan, as amended from time to time.

"Separation Agreement" means the written agreement (in the form provided and approved by Accenture) that a Participant must sign (and, if applicable, not revoke) in order to receive Enhanced Separation Benefits.

"Separation Benefits" means the benefits to which a Participant is entitled under the terms of the Plan.

"Termination Date" means the date specified by Accenture for termination of a Participant's employment with Accenture.

"Years of Service" means your years of service for purposes of vesting under the Retirement Plan, determined as of October 31, 2001, regardless of your actual Termination Date. (Your Years of Service are recorded for Retirement Plan purposes even if you are not a participant in the Retirement Plan.) However, only complete Years of Service will be counted for determining the amount of your Base Separation Pay and Enhanced Separation Pay (as applicable).

## SUPPLEMENT A

## ENHANCED RETIREMENT PROGRAM

You are eligible for the Enhanced Retirement Program if you (1) are a participant in the Retirement Plan immediately prior to your Termination Date, (2) will be at least age 53 as of October 31, 2001, and (3) would have at least 3 Years of Vesting Service as of October 31, 2001 (regardless of your actual Termination Date). If you are eligible, the Enhanced Retirement Program gives you special benefits under the Retirement, Retiree Medical, Dental, and Life Insurance Plans and is subject to the terms of those plans. The Enhanced Retirement Program is described in detail below.

Defined Terms. The following are defined terms used for purposes of the Enhanced Retirement Program. Terms used elsewhere in the Plan are defined in the "Glossary of Terms."

"Adjusted Age" means an eligible Participant's actual age as of October 31, 2001, plus two years.

"Adjusted Years of Benefit Service" means an eligible Participant's Years of Benefit Service plus two years.

"Adjusted Years of Vesting Service" means an eligible Participant's Years of Vesting Service plus two years.

"Average Monthly Earnings" means, in general, a Participant's highest three consecutive years of Retirement Plan earnings in the last ten years. For this purpose, a "year" means July 1- June 30.

"Life Insurance Plan" means the Accenture United States Group Life Insurance Plan, as amended from time to time.

"Retiree Medical Plan" means the Accenture United States Group Retiree Medical Plan, as amended from time to time.

"Retirement Plan" means the Accenture United States Retirement Plan, as amended from time to time.

"Years of Benefit Service" means your years of benefit service for purposes of determining the amount of your benefit under the Retirement Plan, determined as of October 31, 2001, regardless of your actual Termination Date.

"Years of Vesting Service" means your years of service for purposes of vesting under the Retirement Plan, determined as of October 31, 2001, regardless of your actual Termination Date.

Age and Service Credits. If you meet the eligibility requirements described above, you will receive the following credits:

- Two years will be added to your actual age as of October 31, 2001. This will be your "Adjusted Age." Your Adjusted Age will be used to: (i) determine your eligibility for retiree benefits under the Retiree Medical, Dental, and Life Insurance Plans; (ii) calculate any adjustments of your benefit under the Retirement Plan; and (iii) determine when you may commence payment of your benefit under the Retirement Plan.

- Two years will be added to your Years of Vesting Service determined as of October 31, 2001, regardless of your actual Termination Date. This will be your "Adjusted Years of Vesting Service." Your Adjusted Years of Vesting Service will be used to determine your eligibility for (i) benefits under the Retirement Plan and (ii) retiree benefits under the Retiree Medical, Dental, and Life Insurance Plans.

- Two years will be added to your Years of Benefit Service determined as of October 31, 2001, regardless of your actual Termination Date. This will be your "Adjusted Years of Benefit Service," which will be used to: (i) calculate the amount of your Retirement Plan benefit and (ii) determine your share of the cost of your coverage under the Retiree Medical Plan

For example: If as of October 31, 2001, you are age 53 and have 10 Years of Vesting Service and 10 Years of Benefit Service, your Adjusted Age would be 55, your Adjusted Years of Vesting Service would be 12, and your Adjusted Years of Benefit Service would be 12.

Calculation of Retirement Plan Benefit  Under the Enhanced Retirement Program, your normal monthly benefit under the Retirement Plan would be calculated under the following formula:

1.25% of Average Monthly Earnings multiplied by
Adjusted Years of Benefit Service (up to a maximum of 25 years)

### PLUS

$20 multiplied by
Adjusted Years of Benefit Service (up to a maximum of 25 years).

Your total normal monthly Retirement Plan benefit cannot exceed a maximum monthly benefit of $2,250 ($27,000 per year).

For an estimate of your Retirement Plan benefit, call the Accenture Benefits Center at 1877-332-2242 and speak to a representative. Representatives are available weekdays between 9:00 a.m. and 5:00 p.m. (Central Time). When your call is answered, enter your Social Security number and your password when prompted. Then follow the prompts to reach the Retirement Plan section. You automatically will be connected to a representative.

Payment of Retirement Plan Benefit  If the present (lump sum) value of your normal monthly Retirement Plan benefit is $5,000 or less, the Retirement Plan requires that you automatically receive

a distribution of the present value in a lump sum. If the present value of your benefit is more than $5,000, you will receive a benefit in the form of a monthly annuity (in the form you elect). The Accenture Benefits Center will calculate the present value of your normal monthly benefit (using your actual age) and will advise you if you will receive a lump sum payment or a monthly annuity.

If you are eligible to receive an annuity from the Retirement Plan, payments may begin as follows:

- Early retirement benefit (reduced benefit)  If your Adjusted Age is between 55 and 62 years, your benefit may begin the first of any month following your Termination Date. However, your benefit may be subject to an early payment reduction of onehalf of one percent (.5%) for each month prior to age 62 (using your Adjusted Age at your benefit commencement date). The early payment reduction reflects the additional payments that you are entitled to receive prior to age 62, your normal commencement date.

- Rule-of-80 retirement benefit (no reduction)  If your Adjusted Age plus your Adjusted Years of Vesting Service total 80 or more as of October 31, 2001, your benefit may begin the first of any month following your Termination Date without an early payment reduction.

- Normal retirement benefit (no reduction)  If your Adjusted Age is at least 62 as of October 31, 2001, your benefit may begin the first of any month following your Termination Date without an early payment reduction. If your Adjusted Age reaches 62 after your Termination Date, your benefit may begin the first of the month following your birthday without an early payment reduction.

Retiree Medical, Dental, and Life Insurance Coverage  If you meet all of the following requirements, you will be eligible to elect retiree coverage under the Retiree Medical, Dental, and Life Insurance Plans:

- You are eligible for a benefit from the Retirement Plan; and

- Your Adjusted Age is at least 55 as of October 31, 2001; and

- You have at least 10 Adjusted Years of Vesting Service as of October 31, 2001, regardless of your actual Termination Date; and

- For retiree coverage under the Retiree Medical Planand the Dental Plan, you do not elect COBRA Continuation Coverage under the Active Medical Plan and/or the Dental Plan (as applicable).

Your Adjusted Years of Benefit Service (up to a maximum of twentyfive) will be used to determine your share of the cost of your coverage under the Retiree Medical Plan. Your share of the cost of coverage generally will decrease as your Adjusted Years of Benefit Service increase.

Retiree coverage under the Retiree Medical, Dental, and Life Insurance Plans is not automatic You must elect retiree medical and/or retiree dental coverage at the time you terminate employment with Accenture. Also, you must be enrolled in the Life Insurance Plan at the time you terminate employment with Accenture and must elect retiree life insurance at that time. If you do not elect

A-3

retiree coverage under those plans at the time of your termination of employment, you cannot enroll in the plans after your Termination Date for any reason.

The Accenture Benefits Center will send you more information about retiree coverage under the Retiree Medical, Dental, and Life Insurance Plans.

Re-employment. If you are re-employed by Accenture (or an affiliate), your benefits under the Enhanced Retirement Program following reemployment will be governed by the terms of the Retirement, Retiree Medical, Dental, and Life Insurance Plans.

Other Plans. The Enhanced Retirement Program is subject to the terms and conditions of the Retirement, Retiree Medical, Dental, and Life Insurance Plans. Nothing in this Plan will limit Accenture's right to, at any time or for any reason, modify, amend, or terminate the Retirement Plan, Retiree Medical Plan, Dental Plan, Life Insurance Plan, or any of Accenture's other employee benefit or compensation plans, programs, policies, or arrangements.

CH199 3771401-7.054815.0028



ACCENTURE UNITED STATES CONSULTING
SEPARATION BENEFITS PLAN SEPARATION AGREEMENT
(EMPLOYEE RELEASE)

_____, 2001

By Hand

Dear United States Consulting Practice employee:

As you are likely aware, Accenture LLP ("Accenture") is currently experiencing a slowdown in the growth of our business in the United States. We need to re-establish the necessary balance between the demand for client work and our supply of people. As a result, Accenture has decided to make reductions in certain United States Consulting Practice roles. We regret to inform you that your employment with Accenture will be terminated as a result of the United States Consulting Practice workforce reduction.

You will be paid your regular salary or wages (including any approved overtime) through the effective date of your termination, as well as any vacation time due in accordance with Accenture's policies. To mitigate your employment loss, Accenture is providing to all employees terminated as a result of the United States Consulting Practice workforce reduction Base Separation Pay, as fully explained in the Accenture United States Consulting Separation Benefits Plan (the "Plan") that was provided to you.

In addition to the Base Separation Pay, Accenture is also offering to all employees terminated as a result of the United States Consulting Practice workforce reduction the opportunity to receive Enhanced Separation Benefits in exchange for signing a general release of claims and the other terms and conditions set forth in this letter. If you accept the terms and conditions set forth below and want to enter into a binding agreement with Accenture, you must sign and date this letter where indicated no later than fourteen (14) days after the date you receive this letter and return it to Accenture by facsimile or mail as follows:

By Fax:      Accenture
             312-737-1755
             Attn: Michelle Stephens, Americas Service Center

By Mail:     Accenture
             180 North LaSalle
             Chicago, IL 60601-3110
             Attn: Michelle Stephens, Americas Service Center, 6th Floor

*Under Age 40 Release*                                          Accenture 0243

The terms and conditions of this separation agreement are set forth below and shall be referred to as the "Agreement."

1.  Enhanced Separation Benefits

In addition to the Base Separation Pay defined in the Plan and in consideration of your acceptance of all of the terms and conditions of this Agreement, Accenture will provide you with the following Enhanced Separation Benefits. Please note that capitalized terms used in this Agreement are defined in the Accenture United States Consulting Separation Benefits Plan (the "Plan"), a copy of which has been provided to you.

Enhanced Separation Benefits consist of Enhanced Separation Pay, Outplacement Services and, if you are eligible, a Lump Sum Pay Adjustment.

Enhanced Separation Pay. Enhanced Separation Pay consists of two components: weeks of Base Pay and, if applicable, a COBRA Payment, both of which are based on your career level and, if applicable, your Years of Service as of October 31, 2001, regardless of your actual Termination Date. You are eligible for the COBRA Payment only if you were enrolled in the Active Medical Plan and/or the Dental Plan immediately prior to your Termination Date. The amount of your Enhanced Separation Pay will be determined as follows:

| Career Level | Years of Service | Weeks of Base Pay (In addition to Base Separation Pay) | COBRA Payment - Months (In addition to Base Separation Pay) |
|---|---|---|---|
| Associate Partner | 15 or more | 8 plus 1 for each complete Year of Service equal to or greater than 15 Years of Service | 2 months plus 1 week for each complete Year of Service equal to or greater than 15 Years of Service (rounded up for a complete month) |
| | less than 15 | 8 | 2 |
| Senior/Experienced Manager (M4+) | 15 or more | 8 | 2 |
| | less than 15 | 6 | 2 |
| Manager (M1-M3) | N/A | 6 | 2 |
| Consultant | N/A | 4 | 1 |
| Analyst | N/A | 4 | 1 |

*STD/FMLA Leave.* If you are on a short-term disability (STD) or a Family and Medical Leave Act (FMLA) leave as of September 1, 2001, or were otherwise scheduled to begin an STD or FMLA leave no later than thirty days following your Termination Date, your

[Separation Agreement page 2 of 7]

*Under Age 40 Release*                                            Accenture 0244

Enhanced Separation Pay also will include an amount equal to your Base Pay for the number of weeks (if any) remaining in the paid-time portion of your scheduled leave or six weeks of your Base Pay, whichever is less.

*Part-Time Employees.* If you are a part-time employee, your Base Pay will be pro-rated to reflect hours actually worked.

*COBRA Coverage.* You will receive the COBRA Payment whether or not you elect COBRA Continuation Coverage; however, your receipt of the COBRA Payment does not automatically entitle you to COBRA Continuation Coverage. To receive COBRA Continuation Coverage, you must elect the coverage and pay the required premiums when due. COBRA Continuation Coverage will be governed by and will terminate in accordance with the provisions of the Active Medical Plan and/or the Dental Plan. The Accenture Benefits Center will provide you with separate information about COBRA Continuation Coverage.

*Payment.* Unless otherwise required by law, your Enhanced Separation Pay will be paid to you in a cash lump sum on the next regular payroll date after you submit your signed Separation Agreement and following the expiration of any applicable revocation period (or as soon as administratively practicable thereafter). Any amounts you owe to Accenture may be deducted from your Enhanced Separation Pay.

Outplacement Services. Outplacement Services will be provided by an outside firm selected by Accenture. You will receive separate, detailed information about the Outplacement Services, including the types of available services, how to enroll, and the locations of available programs. The following summarizes the Outplacement Services:

| Career Level | Outplacement Services |
| --- | --- |
| Associate Partner, Senior/Experienced Manager (M4+), or Manager (M1-M3) | 3-month executive program |
| Consultant | 1-month program |
| Analyst | 3-day workshop |

It is your responsibility to enroll in the available Outplacement Services; enrollment is not automatic. You may enroll for Outplacement Services after you submit your signed Separation Agreement and following the expiration of any applicable revocation period for the Separation Agreement. To receive Outplacement Services under the Plan, you must enroll no later than January 15, 2002.

You may not receive cash in lieu of outplacement services.

[Separation Agreement page 3 of 7]

*Under Age 40 Release*                                                                Accenture 0245

Lump-Sum Pay Adjustment. Except as provided below, employees whose employment is terminated as part of the Consulting Practice workforce reduction are not eligible for a Lump-Sum Pay Adjustment for fiscal year 2002. If Accenture determines that you would have received a Lump-Sum Pay Adjustment for fiscal year 2002 but for your termination of employment, you will receive the full amount of your Lump-Sum Pay Adjustment as part of your Enhanced Separation Benefits. Your Lump-Sum Pay Adjustment (if any) will be paid to you along with your Enhanced Separation Pay.

Taxes. All legally required taxes will be deducted from your Enhanced Separation Benefits.

Death Before Payment. If a Participant dies before receiving payment of his or her Enhanced Separation Benefits (if any), such Enhanced Separation Benefits will be paid to his or her estate.

Re-Employment - Repayment of Separation Benefits. If you accept a job offer from Accenture after your Termination Date, but prior to payment of your Base Separation Pay and/or Enhanced Separation Pay, you will not be entitled to receive payment of your Base Separation Pay and/or Enhanced Separation Pay. If you are re-employed by Accenture after you receive your Base Separation Pay and/or Enhanced Separation Pay, you must repay to Accenture an amount equal to your Base Separation Pay and/or Enhanced Separation Pay (but not the cost of any Outplacement Services). Such repayment must be made within fifteen days following your reemployment date (or such later date as may be specified by Accenture).

You will not, however, be required to repay your Base and/or Enhanced Separation Pay in the following circumstances:

(i) You will not be required to repay all or any portion of your Base and/or Enhanced Separation Pay if Accenture decides not to apply this requirement to you. Accenture has complete discretion to decide whether (and to what extent) to require repayment of any particular Participant, taking into account, among other things, the best interests of Accenture.

(ii) You will not be required to repay your Base and/or Enhanced Separation Pay if you are rehired by Accenture after a period equal to the total number of weeks represented by your Base and/or Enhanced Separation Pay. For this purpose, your COBRA Payment and, if applicable, Lump-Sum Pay Adjustment will not be taken into account.

For example, assume you received eight weeks of Base Pay. If your re-employment date occurred eight weeks or more after your Termination Date, no repayment would be required. If your re-employment date occurred less than eight weeks after your Termination Date, you would be required to repay a portion of your Separation Pay. Thus, if your re-

[Separation Agreement page 4 of 7]

*Under Age 40 Release*

Accenture 0246

employment date occurred five weeks after your Termination Date, you would be required to repay three weeks of your Base Pay.

2.  General Release of Claims

As a material inducement to Accenture to enter into this Agreement and as part of the consideration for the Enhanced Separation Benefits offered to you, to which you agree you are not otherwise entitled, you hereby forever release, waive and discharge Accenture LLP, its parents, subsidiaries, divisions, affiliates, predecessors, successors and assigns, and all of their present and former directors, officers, partners, employees, representatives, fiduciaries, attorneys and agents ("Released Parties") from any and all claims of any nature whatsoever, known or unknown which you now have, or at any time may have had, against the Released Parties up to and including the date you sign this Agreement ("Claims"). This General Release of Claims includes, without limitation, any Claims related to your employment, your activities on behalf of Accenture and its predecessors, parents, subsidiaries, divisions and affiliates, the termination and layoff of your employment, Claims of wrongful discharge, Claims for the payment of any salary, wages, bonuses and commissions, Claims of discrimination under the common law or any federal or state statute (including, without limitation, Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act, all as amended), Claims relating to the Company's intellectual property, confidential and proprietary information and trade secrets, Claims of misrepresentation, Claims of detrimental reliance, and all other statutory, common law or other Claims of any nature whatsoever. This General Release of Claims does not apply to any Claims concerning a breach of this Agreement or any Claims arising after you sign this Agreement.

With respect to the Claims you are waiving herein, you are waiving your right to receive money or other relief in any action instituted by you or on your behalf by any person, entity or government agency. Nothing in this Agreement shall limit the rights of any government agency or your right of access to, cooperation or participation with any government agency, including without limitation, the United States Equal Employment Opportunity Commission.

*For California employees only:* You expressly waive any benefits of Section 1542 of the Civil Code of the State of California, which provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

3.    Entire Agreement

This Agreement constitutes the full understanding and entire Agreement between you and Accenture and supersedes any other agreements of any kind, whether oral or written, formal or informal concerning the subject matter of this Agreement, provided however, that you shall remain bound by and must comply with any continuing obligations under conditions of employment, and/or any intellectual property and/or confidentiality agreements, and you must continue to comply with Accenture's policies with respect to intellectual property and confidentiality.

4.    Miscellaneous

This Agreement is binding upon and shall inure to the benefit of you, your heirs, administrators, representatives and executors and upon the successors and assigns of Accenture. You and Accenture agree that the failure of either party at any time to require performance of any provision of this Agreement shall not affect, diminish, obviate or void in any way either party's full right or ability to require performance of the same or any other provisions of this Agreement at any time thereafter.

5.    Notice and Right to Consider

You should thoroughly review and understand the effect of this Agreement and its General Release of Claims before taking action upon them. You may have up to fourteen (14) days from the date you receive this Agreement to complete your review and sign it. You acknowledge that if you sign this Agreement prior to the expiration of the fourteen (14) day period that you did so voluntarily.

*For Minnesota employees only:* In accordance with Minn. S.A. § 363.031, you shall have fifteen (15) days from the date you sign this Agreement to change your mind and revoke it. You may revoke this Agreement by submitting a written notice of revocation to Accenture by facsimile or mail (as directed on the first page of this Agreement) no later than fifteen (15) days after the date you sign this Agreement. This Agreement will not become valid or enforceable until the fifteen (15)-day revocation period has expired.

6.    Acknowledgement

By signing this Agreement, you agree and acknowledge that you have carefully read and fully understand all of its provisions and that you are voluntarily entering into this Agreement. By signing this Agreement you agree and acknowledge that you have not relied upon any promise, inducement, representation or statement, whether oral or in writing, made by Accenture or Accenture's agents, representatives or attorneys with regard to the subject matter, basis, or effect of this Agreement, except as expressly set forth in this Agreement.

\*\*\*

If you wish to enter into this Agreement with Accenture, please sign and date below and return it to Accenture within the time period and as directed on the first page and in paragraph 5 of this letter.

We thank you for your service to Accenture and wish you the very best in the future.

Sincerely,

*Larry Solomon*

Larry F. Solomon
Managing Partner, U.S. Geographic Services

**I have reviewed the Agreement in its entirety. I understand its contents. I voluntarily agree to all of the terms and conditions of the Agreement.**

_____          _____
Employee signature                                              Date

Employee print name: _____

Employee social security number: _____