UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:03CV0080 AVC |
| ACCENTURE LLP, | ) ) August 12, 2004 |
| Defendant. | ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Damian W. Wilmot as counsel for the Defendant, Accenture LLP in the above-referenced matter.

          Respectfully submitted,

          DEFENDANT,

          **ACCENTURE LLP**

          _/s/_

          Lynn A. Kappelman (ct03480)
          Daniel Klein (ct18934)
          Damian W. Wilmot (ct22694)
          **SEYFARTH SHAW**
          Two Seaport Lane, Suite 300
          Boston, Massachusetts, 02110
          (617) 946-4800

<u>DEFENDANT'S LOCAL COUNSEL</u>
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 Lafayette Blvd.
Bridgeport, CT 06604
(203) 333-9441
fax (203) 333-1489

## CERTIFICATION

I, Damian W. Wilmot, hereby certify that, I have, on this August 12, 2004, sent a copy of the foregoing document to the following counsel of record, via first class mail.

John R. Williams, Esq.
Katrena Engstrom, Esq.
Williams & Pattis LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Damian W. Wilmot, Esq.

2

BO1 15657138.1