UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT,<br><br>         Plaintiff,<br><br>v.<br><br>ACCENTURE LLP,<br><br>         Defendant. | Civil Action No. 3:03CV0080 AVC<br><br>August 12, 2004 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Damian W. Wilmot as counsel for the Defendant, Accenture LLP in the above-referenced matter.

Respectfully submitted,

DEFENDANT,

ACCENTURE LLP

_____
Lynn A. Kappelman (ct03480)
Daniel Klein (ct18934)
Damian W. Wilmot (ct22694)
**SEYFARTH SHAW**
Two Seaport Lane, Suite 300
Boston, Massachusetts, 02110
(617) 946-4800

DEFENDANT'S LOCAL COUNSEL
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 Lafayette Blvd.
Bridgeport, CT 06604
(203) 333-9441
fax (203) 333-1489

August 18, 2004.
SO ORDERED.
Alfred Covello, U.S.D.J.
GRANTED.