UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 27  A 11: 21

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| TODD BENNETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACCENTURE LLP,<br><br>　　　　　Defendant. | Civil Action No. 3:03CV0080 AVC<br><br>August 24, 2004 |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Lynn A. Kappelman of the law firm of Seyfarth Shaw LLP in the above-referenced matter on behalf of the Defendant, Accenture LLP, in addition to counsel-of-record, Daniel B. Klein.

　　　　　　　　　　　　　　　　DEFENDANT,

　　　　　　　　　　　　　　　　**ACCENTURE LLP**

　　　　　　　　　　　　　　　　_/s/ Lynn A. Kappelman_
　　　　　　　　　　　　　　　　Lynn A. Kappelman, Esq. (ct03480)
　　　　　　　　　　　　　　　　**SEYFARTH SHAW LLP**
　　　　　　　　　　　　　　　　Two Seaport Lane, Suite 300
　　　　　　　　　　　　　　　　Boston, Massachusetts, 02110
　　　　　　　　　　　　　　　　Telephone: (617) 946-4800
　　　　　　　　　　　　　　　　Facsimile: (617) 946-4801
　　　　　　　　　　　　　　　　E-mail: lkappelman@seyfarth.com

DEFENDANT'S LOCAL COUNSEL
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 Lafayette Blvd.
Bridgeport, CT 06604
Telephone: (203) 333-9441
Facsimile: (203) 333-1489

BO1 15663457.1

## CERTIFICATION

I, Lynn A. Kappelman, hereby certify that, I have, on this Tuesday, August 24, 2004, sent a copy of the foregoing document to the following counsel of record, via first class mail.

John R. Williams, Esq.
Williams & Pattis LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Lynn A. Kappelman