UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TODD BENNETT, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:03CV0080 AVC
)
ACCENTURE LLP, )
)
    Defendant. )
)

## DEFENDANT'S PROPOSED EXHIBITS[1]

| Number | Description | Identified | Admitted |
|---|---|---|---|
| A. | Bennett Complaint | | |
| B. | Bennett Deposition Transcript | | |
| C. | Bennett Responses To Interrogatories | | |
| D. | Bennett CHRO Complaint | | |
| E. | Bennett CHRO Dismissal After Merit Assessment Review | | |
| F. | E-Mail correspondence from Holt and Corban regarding Bennett disability status and job search | | |
| G. | Bennett Application For Employment | | |

---

[1] Defendant Accenture LLP reserves the right to amend this exhibit list prior to trial.

BOI 15666448.1

| Number | Description | Identified | Admitted |
|---|---|---|---|
| H. | Job Description: Technology Competency Analyst | | |
| I. | Accenture Leave of Absence Policies | | |
| J. | Todd Bennett Handwritten Notes | | |
| K. | Application for FMLA leave dated December 16, 1996 | | |
| L. | Application for FMLA Leave dated February 14, 1997 | | |
| M. | Approval of FMLA Application dated April 29, 1997 | | |
| N. | Letter from Robin Sicca dated May 23, 1997 | | |
| O. | Letter granting LTD Benefits August 30, 1997 | | |
| P. | Todd Bennett Medical Records | | |
| Q. | Text of Todd Bennett telephone call | | |
| R. | February 28, 2001 Paula Miller Memo to J. Kaplan | | |
| S. | Letter from Jerold Kaplan dated March 5, 2001 | | |
| T. | E-mail correspondence from Holt To Bennett June 12, 2001 | | |
| U. | Memo from Kim Schneller to Paula Miller dated December 11, 2001 | | |
| V. | February 6, 2002 Michele Holt termination letter to Bennett | | |

BO1 15666448.1