47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 26 A 11:06
DISTRICT COURT

| | |
|---|---|
| TODD BENNETT,<br>Plaintiff,<br>v.<br>ACCENTURE LLP,<br>Defendant. | Civil Action No. 3:03CV0080 AVC<br><br>April 25, 2005 |

**JOINT EMERGENCY MOTION**
**FOR CONTINUANCE OF TRIAL DATE**

The Parties in the above-captioned case jointly and respectfully request that the Court continue the trial date in this matter, currently scheduled for May 5, 2005 (jury selection) by thirty (30) days. As grounds for this Joint Motion, the Parties state as follows.

1. On April 19, 2005, the Court notified the parties that jury selection in this matter was scheduled for Thursday, May 5, 2005.

2. After immediately notifying its witnesses of the trial date, the Defendant, Accenture LLP ("Defendant" or "Accenture"), learned that its primary witness, Michelle Holt, is gravely ill and may not be available to testify at trial. (For privacy purposes, Ms. Holt's specific condition is not included herein, but Accenture can share this information with the Court separately, if necessary.) Accenture is assessing whether Ms. Holt is able to testify by some means, but at this time, it cannot determine if and how Ms. Holt will be able to testify.

3:03CV0080(AVC) April 27, 2005. The joint motion for continuance(doc. no. 47) is GRANTED. The court will hold jury selection on June 2, 2005 at 10:00am. The court will set a trial date at jury selection. SO ORDERED.

Alfred V. Covello, U.S.D.J.