UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT | : |
| VS. | :   NO.  3:03CV80(AVC) |
| ACCENTURE, LLP | :   MAY 14, 2005 |

### MOTION FOR ADJOURNMENT OF TRIAL

The plaintiff respectfully moves to adjourn the trial of this action until September for the reasons that follow:

1. At the request of the defendant, this court recently adjourned jury selection herein to June 2, 2005.

2. The plaintiff's wife is schedule to give birth during the month of June. The weeks thereafter will be a time in which the plaintiff's presence at home will be essential.

3. Because of the plaintiff's physical disability, he cannot physically endure the combination of a trial of this action with the responsibilities associated with the weeks following the birth of a child in his home.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Attorneys Lynn A. Kappelman, Daniel Klein and Damian W. Wilmot at Seyfarth Shaw, Two Seaport Lane, Suite 300, Boston, MA 02110; and Douglas Varga, Esq., Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, Bridgeport, CT 06604.

_____
JOHN R. WILLIAMS