UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TODD BENNETT                          :

VS.                                   :    NO. 3:03CV80(AVC)

ACCENTURE, LLP                        :    MAY 14, 2005

### MOTION FOR ADJOURNMENT OF TRIAL

The plaintiff respectfully moves to adjourn the trial of this action until September for the reasons that follow:

1. At the request of the defendant, this court recently adjourned jury selection herein to June 2, 2005.

2. The plaintiff's wife is schedule to give birth during the month of June. The weeks thereafter will be a time in which the plaintiff's presence at home will be essential.

3. Because of the plaintiff's physical disability, he cannot physically endure the combination of a trial of this action with the responsibilities associated with the weeks following the birth of a child in his home.

3:03CV80(AVC) May 18, 2005, The motion is DENIED without prejudice to its filing in accordance with D. Conn. L. Civ. R. 7(b)(3). Specifically, the motion "shall include a statement from the moving counsel that (1) he or she has inquired of opposing counsel and that there is an agreement or objection to the motion . . ." D. Conn. L. Civ. R. 7(b)(3).
SO ORDERED.

Alfred V. Covello, U.S.D.J.