UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TODD BENNETT                          :

VS.                                   :        NO.  3:03CV80(AVC)

ACCENTURE, LLP                        :        MAY 23, 2005

## RENEWED MOTION FOR ADJOURNMENT OF TRIAL

The plaintiff respectfully renews his motion for an adjournment of the trial of this action to any date after September 1, 2005, for the following reasons:

1.  Defense counsel have no objection to this motion, provided that trial is not conducted during July or August.

2.  There was one prior adjournment of the trial, to June 2, 2005, caused by the severe health problems of a defense witness.

3.  The plaintiff's wife is schedule to give birth during the month of June. The weeks thereafter will be a time in which the plaintiff's presence at home will be essential.

4.  Because of the plaintiff's physical disability, he cannot physically endure the combination of a trial of this action with the responsibilities associated with the weeks following the birth of a child in his home.

THE PLAINTIFF


BY_____
                  JOHN R. WILLIAMS (ct00215)
                  51 Elm Street
                  New Haven, CT 06510
                  (203) 562-9931
                  FAX:  (203) 776-9494
                  E-Mail: jrw@johnrwilliams.com
                  His Attorney


<u>CERTIFICATION OF SERVICE</u>

On the date above stated, copies hereof were mailed to Attorneys Lynn A. Kappelman and Daniel Klein at Seyfarth Shaw, Two Seaport Lane, Suite 300, Boston, MA 02110 [E-Mail: dklein@seyfarth.com]; and Douglas Varga, Esq., Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, Bridgeport, CT 06604.


_____
JOHN R. WILLIAMS