UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:03CV0080 AVC |
| | ) | |
| v. | ) | |
| | ) | |
| ACCENTURE LLP, | ) | August 23, 2005 |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION
## FOR CONTINUANCE OF TRIAL DATE

The Defendant in the above-captioned case respectfully requests that the Court continue the trial date in this matter, currently scheduled for October 6, 2005 (jury selection). As grounds for this Motion, Defendant states as follows:

1. On April 19, 2005, the Court notified the parties that jury selection in this matter was scheduled for Thursday, May 5, 2005.

2. After immediately notifying its witnesses of the trial date, the Defendant, Accenture LLP ("Defendant" or "Accenture"), learned that its primary witness, Michelle Holt, was gravely ill.[1] As a result, on April 25, 2005 the parties filed a joint motion for the continuance of the trial date. On April 27, 2005, the Court granted the parties' motion for continuance until June 2, 2005.

3. Once again, on May 14, 2005, Plaintiff requested a continuance of the trial date because his second child was due in June 2005, and he was concerned about the

---

[1] Ms. Holt ultimately passed away on June 8, 2005.

additional physical stress of an imminent trial. The Court granted Plaintiff's motion for a continuance until September 1, 2005,

4. On August 19, 2005, the clerk notified the parties that the Court had a conflict with the September trial date, and explained that she intended to postpone the trial until October and she would entertain a motion or request for an alternative date.

5. On August 18, 2005, the parties received notice that the Court had rescheduled jury selection in this matter for October 6, 2005.

6. Defendant files the instant motion for a continuance for a number of reasons. First, Defendant's lead counsel, Attorney Kappelman, is scheduled to give a speech in Minneapolis on October 6, and both Attorney Kappelman and Attorney Klein have numerous conflicts during the first two weeks of October due to the Jewish holidays.

7. In addition, Defendant's main witness, Toni Corban, is unavailable during the second two weeks in October.

8. Finally, Attorney Klein is scheduled to begin a trial in Massachusetts Superior Court on November 7, 2005.

9. As such, the first date that the parties, and their witnesses, are available for trial is November 28, 2005.

10. Pursuant to Local Rule 7(b)(3), Defendant's counsel conferred with Plaintiff's counsel, Attorney John Williams, regarding this request for a continuance, and he has indicated that he has no objection as long as the new trial date is not the last week in December or the first week in January.

2

11. No party will be prejudiced by a continuance.

WHEREFORE, the Defendant respectfully requests that this Court continue the trial date until a date after November 28, 2005.

Respectfully submitted,

ACCENTURE LLP

By its Attorneys,

By /s/ Lynn A. Kappelman
Lynn A. Kappelman (ct 03480)
lkappelman@seyfarth.com
Daniel B. Klein (ct 18934)
dklein@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
Fax: (617) 946-4801

Defendant's Local Counsel:
Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06604

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2005, a copy of the foregoing document was sent by first class mail to John Williams, Esq., John R. Williams & Associates LLC, 51 Elm Street, Suite 409, New Haven, CT 06510.

_____
Lynn A. Kappelman