UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:03CV0080 AVC |
| | ) |
| v. | ) |
| | ) |
| ACCENTURE LLP, | ) August 23, 2005 |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION
### FOR CONTINUANCE OF TRIAL DATE

The Defendant in the above-captioned case respectfully requests that the Court continue the trial date in this matter, currently scheduled for October 6, 2005 (jury selection). As grounds for this Motion, Defendant states as follows:

1. On April 19, 2005, the Court notified the parties that jury selection in this matter was scheduled for Thursday, May 5, 2005.

2. After immediately notifying its witnesses of the trial date, the Defendant, Accenture LLP ("Defendant" or "Accenture"), learned that its primary witness, Michelle Holt, was gravely ill.[1]  As a result, on April 25, 2005 the parties filed a joint motion for the continuance of the trial date. On April 27, 2005, the Court granted the parties' motion for continuance until June 2, 2005.

3. Once again, on May 14, 2005, Plaintiff requested a continuance of the trial date because his second child was due in June 2005, and he was concerned about the

---

[1] Ms. Holt ultimately passed away on June 8, 2005.

BO1 15732725.1

---

Margin annotations:

*Left margin (vertical):* 3:03CV0080(AVC) Aug.29th 2005. The defendant's motion for continuance of trial (document no.60) is GRANTED. The court will hold jury selection on December 1, 2005 at 10:00A.M. Trial is tentatively set to commence on December 13, 2005. SO ORDERED.

Alfred V. Covello, U.S.D.J.

*Stamps:* FILED 2005 AUG 25 P 12:18 U.S. DISTRICT COURT HARTFORD, CT.

FILED 2005 AUG 30 P 2:50 DISTRICT COURT (HARTFORD, CT)