UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 3:03CV0080 AVC ) |
| ACCENTURE LLP, | ) ) |
|       Defendant. | ) ) |

**DEFENDANT'S REVISED EXHIBIT LIST[1]**

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| A | Bennett Complaint | | |
| B | Bennett Deposition Transcript | | |
| C | Bennett Responses To Interrogatories | | |
| D | Bennett CHRO Complaint | | |
| E | Bennett CHRO Dismissal After Merit Assessment Review | | |
| F | Job Description: Technology Competency Consultant (1997) (AC 0473) | | |
| G | Accenture Leave of Absence Policies | | |
| H | Application for FMLA Leave dated February 14, 1997 | | |

---

[1] Defendant reserves the right to amend this exhibit list prior to trial.

| | | | |
|---|---|---|---|
| I | Approval of FMLA Application dated April 29, 1997 | | |
| J | Letter from Dr. Robban Sica dated May 23, 1997 | | |
| K | Letter granting LTD Benefits August 30, 1997 | | |
| L | Todd Bennett Medical Records | | |
| M | Todd Bennett Handwritten Notes | | |
| N | Text of Todd Bennett telephone call | | |
| O | June 12, 2001 M. Holt e-mail correspondence to Bennett | | |
| P | Feb. 6, 2002 M. Holt letter to Bennett confirming termination | | |
| Q | June 28, 2002 M. Holt letter to Bennett effecting termination | | |
| R | Feb. 28, 2001 – Mar. 1, 2001 e-mail correspondence between Toni Corban & Paula Miller re: memo to Dr. Kaplan (AC 0472) | | |
| S | Feb. 28, 2001 P. Miller Memo to Dr. Kaplan | | |
| T | Mar. 5, 2001 letter from Dr. Jerold Kaplan | | |

| | | | |
|---|---|---|---|
| U | May 9, 2001 T. Corban e-mail to Y. Molina (AC 470) | | |
| V | Aug. 2, 2001 M. Holt e-mail to Tara Parisi & T. Corban re: status of Gov't MU possibilities (AC 0468) | | |
| W | Aug. 16, 2001 T. Corban e-mail to P. Zackrison (AC 0479 - 0480) | | |
| X | Aug. 27, 2001 T. Corban e-mail to M. Holt re: Bennett termination (AC 0467) | | |
| Y | Nov. 8, 2001 e-mail correspondence between M. Holt & T. Corban (AC 0474 – 0475) | | |
| Z | Jan. 10, 2002 T. Corban e-mail to P. Zackrison re: Bennett's 401K question with attached e-mail string from Nov. 8, 2001, Nov. 12, 2001 & Nov. 15, 2001 re: Bennett's questions (AC 0476 – 0480) | | |
| AA | Jan. 15, 2002 T. Corban e-mail to M. Holt re: Bennett's questions with attached e-mail string from Nov. 7, 2001 & Jan. 10, 2002 (AC 0481 – 0482) | | |
| BB | Feb. 5, 2002 P. Zackrison e-mail to T. Corban & Aetna (AC 0465) | | |
| CC | Mar. 8, 2002 T. Corban e-mail to P. Zackrison & M. Holt re: Bennett's Mar. 8, 2002 conversation w/M. Holt (AC 0492) | | |
| DD | Mar. 19, 2002 P. Zackrison e-mail to T. Corban & M. Holt re: Bennett's request for Accenture to write letter on his behalf to Aetna (AC 0483) | | |
| EE | May 30-31, 2002 e-mail correspondence between P. Zackrison, T. Corban & Aetna (R. Seccombe) re: Bennett's LTD status w/attached Aetna LTD termination form, dated May 31, 2002 (AC 0484 – 0488) | | |

| FF | Affidavit of Michelle Holt | | |
|----|---------------------------|---|---|
| GG | Summary Memo of T. Corban & M. Holt (AC 0489 – 0491) | | |
| HH | Bennett's 2001 – 2004 Tax Returns & Related Documents | | |

BO1 15734711.1