UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT | : |
| VS. | :   NO.  3:03CV80(AVC) |
| ACCENTURE, LLP | :   SEPTEMBER 11, 2005 |

### BRIEF IN OPPOSITION TO MOTION IN LIMINE

The defendant has moved to exclude entirely any testimony whatsoever from six witnesses named on the plaintiff's witness list, all on the sole ground that the defendant cannot think of any admissible testimony any of these witnesses might have to offer.  In each instance, the plaintiff's portion of the Joint Trial Memorandum sets forth admissible evidence to be offered by the witness.  The defendant doubts that any of these witnesses will be able to present such testimony.

If plaintiff's counsel asks a question of any of these witnesses – or of any other witness, for that matter – for which defense counsel thinks a proper foundation has not been established, counsel presumably will have the wit and skill to stand up and object; the court then can rule on a full record.

The defendant is seriously abusing the office of a motion in limine here.  It is not a proper function of a motion in limine to determine in advance of trial

speculative issues impossible to decide out of the trial context. Weiss v. La Suisse, Societe D'Assurances Sur La Vie, 293 F. Supp. 2d 397 (S.D.N.Y. 2003); TVT Records v. Island Def Jam Music Group, 250 F. Supp. 2d 341 (S.D.N.Y. 2003); United States v. Chan, 184 F. Supp. 2d 337 (S.D.N.Y. 2002); United States v. Paredes, 176 F. Supp. 2d 192 (S.D.N.Y. 2001).

The Motion in Limine should be denied.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Attorneys Lynn A. Kappelman and Daniel Klein at Seyfarth Shaw, Two Seaport Lane, Suite 300, Boston, MA 02110 [E-Mail: dklein@seyfarth.com]; and Douglas Varga, Esq., Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, Bridgeport, CT 06604.

_____
JOHN R. WILLIAMS