UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03CV0080 AVC |
| ) | |
| v. ) | |
| ) | |
| ACCENTURE LLP, ) | November 15, 2005 |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S REPRESENTATION AT THE DEPOSITION OF UNAVAILABLE, THIRD PARTY WITNESS HILARY MCCRACKEN

Pursuant to Rules 30 and 32(a)(3)(B) of the Federal Rules of Civil Procedure, the Defendant, Accenture LLP ("Defendant" or "Accenture"), hereby respectfully moves this Court to compel Plaintiff's representation by counsel at the deposition of Hilary McCracken, a third party witness who is unavailable for trial in the above-captioned action; or in the alternative, to bar Plaintiff from objecting to the admissibility of the deposition under Rule 804(b)(1) of the Federal Rules of Evidence.

On November 9, 2005, Defendant notified Plaintiff's counsel of its intent to depose Ms. McCracken due to her unavailability at trial. Defendant seeks to depose Ms. McCracken in her home state of Georgia and will videotape the deposition for use at trial. Plaintiff's counsel is welcome to attend the deposition in person or participate by telephone or videoconference.

In support of this Motion, Defendant submits herewith a memorandum in support.

WHEREFORE, Defendant respectfully requests that the Court compel Plaintiff's representation at the deposition of Ms. McCracken on a mutually agreeable date in the coming weeks before trial; or alternatively, bar Plaintiff from objecting to the admissibility of the deposition under Fed.R.Evid. 804(b)(1).

Respectfully submitted,

**DEFENDANT
ACCENTURE LLP**

By its Attorneys,

By _____
Lynn A. Kappelman (ct 03480)
lkappelman@seyfarth.com
Daniel B. Klein (ct 18934)
dklein@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
Fax: (617) 946-4801

Defendant's Local Counsel:
Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06604

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2005, a copy of the foregoing document was sent by overnight delivery to John R. Williams, Esq., John R. Williams & Associates LLC, 51 Elm Street, Suite 409, New Haven, CT 06510.

_____
Daniel B. Klein