UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD BENNETT | : | |
| VS. | : | NO.  3:03CV80(AVC) |
| ACCENTURE, LLP | : | DECEMBER 4, 2005 |

### BRIEF IN OPPOSITION TO MOTION TO COMPEL REPRESENTATION

The defendant has moved to compel the plaintiff's attorney to attend a deposition in Georgia or, if he doesn't, to prohibit him from objecting to the introduction of the deposition testimony at trial.  The basis of the motion is that the witness will be "unavailable" for a trial commencing on December 13.

The trial of this action was indefinitely postponed subsequent to the filing of the present motion.  Accordingly, the motion is moot and should be denied as such.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX:  (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were transmitted to Attorneys Lynn A. Kappelman and Daniel Klein at Seyfarth Shaw, Two Seaport Lane, Suite 300, Boston, MA 02110 [E-Mail: lkappelman@seyfarth.com; dklein@seyfarth.com]; and Douglas Varga, Esq., Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, Bridgeport, CT 06604.

_____
JOHN R. WILLIAMS