UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03CV0080 AVC |
| ) | |
| v. ) | |
| ) | |
| ACCENTURE LLP, ) | November 15, 2005 |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO COMPEL
PLAINTIFF'S REPRESENTATION AT THE DEPOSITION OF
UNAVAILABLE, THIRD PARTY WITNESS HILARY MCCRACKEN**

Pursuant to Rules 30 and 32(a)(3)(B) of the Federal Rules of Civil Procedure, the Defendant, Accenture LLP ("Defendant" or "Accenture"), hereby respectfully moves this Court to compel Plaintiff's representation by counsel at the deposition of Hilary McCracken, a third party witness who is unavailable for trial in the above-captioned action; or in the alternative, to bar Plaintiff from objecting to the admissibility of the deposition under Rule 804(b)(1) of the Federal Rules of Evidence.

On November 9, 2005, Defendant notified Plaintiff's counsel of its intent to depose Ms. McCracken due to her unavailability at trial. Defendant seeks to depose Ms. McCracken in her home state of Georgia and will videotape the deposition for use at trial. Plaintiff's counsel is welcome to attend the deposition in person or participate by telephone or videoconference.

In support of this Motion, Defendant submits herewith a memorandum in support

3:03CV0080 (AVC) December _15_, 2005. As the trial in the instant case is no longer scheduled to commence at December 13, 2005, and the basis for the motion was the unavailability of a witness for that date, the motion is DENIED as moot.

SO ORDERED.



Alfred V. Covello, U.S.D.J.