59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 AUG 24 A 10: 57

| | |
|---|---|
| TODD BENNETT, | ) |
| Plaintiff, | ) Civil Action No. 3:03CV0080 AVC |
| v. | ) |
| ACCENTURE LLP, | ) August 23, 2005 |
| Defendant. | ) |

**DEFENDANT'S MOTION IN LIMINE TO
EXCLUDE WITNESSES WITH NO PERSONAL KNOWLEDGE AT TRIAL**

Pursuant to Rules 402, 403 and 602 of the Federal Rules of Evidence, the Defendant, Accenture LLP ("Defendant," "Accenture" or the "Company"), hereby respectfully moves this Court, *in limine*, to preclude six of Plaintiff's witnesses from testifying at trial on the grounds that they have no personal knowledge concerning the facts at issue in this matter and their testimony will merely confuse the jury.

**BACKGROUND AND PROCEDURAL POSTURE**

The Plaintiff, Todd Bennett ("Plaintiff" or "Mr. Bennett"), a former technology consultant for Accenture, claims that the Company failed to accommodate his alleged disability, copper toxicity poisoning, when he requested reinstatement in 2001 after a four-year disability leave. Specifically, Mr. Bennett contends that Accenture failed to accommodate him when the Company could not find him an available part-time position within his medical restrictions.

In his Pretrial submission on September 16, 2004, Plaintiff identified eighteen witnesses

---

3:03CV0080(AVC) March 31, 2006. The motion is DENIED. If, at the time of trial, the defendant believes that any witness is offering, or is about to offer, testimony that is irrelevant, prejudicial or about matters which they do not have personal knowledge, it can make an objection which the court will then consider.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.