UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, | ) |
| Plaintiff, | ) Civil Action No. 3:03CV0080 AVC |
| v. | ) |
| ACCENTURE LLP, | ) August 5, 2005 |
| Defendant. | ) |

**DEFENDANT'S MOTION IN LIMINE
TO ADMIT THE MICHELE HOLT AFFIDAVIT AT TRIAL**

Pursuant to Rule 807 of the Federal Rules of Evidence ("Rule 807"), the Defendant, Accenture LLP ("Defendant" or "Accenture"), hereby respectfully moves this Court, in limine, to admit the Affidavit of the late Michele Holt ("Ms. Holt") into evidence at trial in the above-captioned action. Ms. Holt's Affidavit (the "Holt Affidavit") is attached hereto as Exhibit A.

Ms. Holt, who passed away on June 9, 2005, was Accenture's primary witness in this matter. In support of this Motion, Defendant submits herewith a memorandum in support.

**ORAL ARGUMENT REQUESTED**

[Margin annotation: 3:03CV0080(AVC) March __, 2006. The motion is DENIED without prejudice to its reargument at the time of trial. SO ORDERED. Alfred V. Covello, U.S.D.J.]