UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BENNETT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03CV0080 AVC |
| ) | |
| v. ) | |
| ) | |
| ACCENTURE LLP, ) | August 5, 2005 |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION IN LIMINE TO ADMIT MEMORANDUM AT TRIAL

Pursuant to Rules 803(6) and 807 of the Federal Rules of Evidence ("Rule 807"), the Defendant, Accenture LLP ("Defendant" or "Accenture"), hereby respectfully moves this Court, in limine, to admit a Memorandum prepared by the late Michele Holt ("Ms. Holt") and Employee Relations Manager Toni Corban (the "Memorandum") into evidence at trial in the above-captioned action. The Memorandum is attached hereto as Exhibit A.

Ms. Holt, who passed away on June 9, 2005, was Accenture's primary witness in this matter. In support of this Motion, Defendant submits herewith a memorandum in support.

3:03CV0080(AVC) March 31, 2006. The motion is DENIED without prejudice to its reargument at the time of trial. SO ORDERED.

Alfred V. Covello, U.S.D.J.

**ORAL ARGUMENT REQUESTED**