UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TODD BENNETT | : | |
| VS. | : | NO. 3:03CV80(AVC) |
| ACCENTURE, LLP | : | JUNE 22, 2007 |

### STIPULATION FOR TRIAL BEFORE MAGISTRATE JUDGE

The parties to this action stipulate that it may be referred to a United States Magistrate Judge for all purposes, including trial, with appeal directly to the United States Court of Appeals.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS
His Attorney
(ct00215)

THE DEFENDANT

BY: _____
LYNN A. KAPPELMAN (ct03480)
Its Attorney