```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT


    TODD BENNETT,                  :
                                   :
        PLAINTIFF,                 :
                                   :       CASE NO. 3:03CV00080(AVC)
    V.                             :
                                   :
    ACCENTURE LLP,                 :
                                   :
        Defendant.                 :
```

ORDER

The parties have reported that this action has settled on July 23,2007. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before August 23,2007.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before August 23, 2007.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this 23th day of July, 2007.

```
                            _____/s/_____
                               Alfred V. Covello
                            United States District Judge
```