UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| TODD BENNETT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03CV0080 AVC |
| ) | |
| v. ) | |
| ) | |
| ACCENTURE LLP, ) | September 25, 2007 |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Todd Bennett ("Plaintiff"), and the Defendant, Accenture LLP ("Defendant"), in the above-captioned action hereby stipulate to the voluntary dismissal of all Counts of Plaintiff's Complaint against Defendant in this action with prejudice and without costs or interest. All rights of appeal are hereby waived.

Respectfully submitted,

**TODD BENNETT**                                **ACCENTURE LLP**

By his Attorney,                                By its Attorneys,


By   /s/ John R. Williams                       By   /s/ Daniel B. Klein
   John R. Williams (ct 00215)              Lynn A. Kappelman (ct 03480)
   jwilliams@johnrwilliams.com              lkappelman@seyfarth.com
   John R. Williams & Associates LLC        Daniel B. Klein (ct 18934)
   51 Elm Street, Suite 409                 dklein@seyfarth.com
   New Haven, CT 06510                      SEYFARTH SHAW LLP
   (203) 562-9931                           Two Seaport Lane, Suite 300
   Fax: (203) 776-9494                      Boston, MA 02210
                                            (617) 946-4800
                                            Fax: (617) 946-4801

2

<u>Defendant's Local Counsel:</u>
Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06604